UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

METROPOLITAN PROPERTY AND          )
CASUALTY INSURANCE COMPANY,        ) 05 11287 RGS
Plaintiff,                         )
                                   )
                                   )
v.                                 )
                                   )
                                   )
HAI NHU HUYNH and                  )
SPINE CARE AND THERAPY, INC.,      )
Defendants.                        )

**PLAINTIFF, METROPOLITAN PROPERTY AND CASUALTY INSURANCE
COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. RULE 7.1**

1.    The Plaintiff, Metropolitan Property and Casualty Insurance Company

("Metropolitan") is a wholly-owned subsidiary of its parent company, MetLife, Inc.

2.    MetLife, Inc. is the only publicly held corporation that owns more than ten percent

(10%) of Metropolitan's stock.

Respectfully submitted,
By the Plaintiff,
Metropolitan Property and Casualty
Insurance Company,
By its attorney,

Glenda H. Ganem, Esq.
BBO# 564374
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451
(617) 723-1444

Date: June 20, 2005