COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

DISTRICT COURT
CIVIL ACTION
05-11287 RGS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE CO.
(Plaintiff)

)
)
)
)
)

v.

)
)

TRUSTEE'S ANSWER

SPINE CARE & THERAPY, INC.
(Defendant)

)
)
)
)

TD BANKNORTH, N.A.
(Trustee Defendant)

)
)
)

Now comes TD Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had no goods, effects, or credits in the name of "Spine Care & Therapy, Inc." in its possession.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 23rd DAY OF JUNE 2005.

TD BANKNORTH, N.A.

BY

James B. Everhart
Legal Assistant
Legal Department
TD Banknorth, N.A.

STATE OF MAINE
CUMBERLAND, SS.

June 23, 2005

Personally appeared the above-named James B. Everhart, who acknowledged that the foregoing Disclosure was true to the best of his knowledge and belief.

Before me,

Notary Public

JULIANNE H. NICKERSON
Notary Public, Maine
My Commission Expires June 16, 2011