UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Middlesex, ss.                                          Case No. 05-11287-RGS

Metropolitan Property and Casualty             )
Insurance Co.                                           )
    Plaintiff                                         )
                                                              )
                                                              )
vs.                                                          )
                                                              )
                                                              )
Hai Nhu Huynh                                        )
    Defendant                                    )     ANSWER OF
                                                              ) MIDDLESEX SAVINGS BANK,
and                                                         )        TRUSTEE
                                                              )
Middlesex Savings Bank, Trustee             )

Middlesex Savings Bank, summoned as Trustee in the above-entitled action, makes answer that at the time of the service of the Summons upon the said Trustee:

It had in its hands and possession the sum of $144,049.26 (w) standing in the name of Defendant, Hai Nhu Huynh. Signed under the penalties of perjury by Middlesex Savings Bank, this 24th day of June, 2005.

                                                  MIDDLESEX SAVINGS BANK

                                                  By: _____
                                                       Linda Nilsson,
                                                           Assistant Vice President

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

On this 24th day of June, 2005, before me, the undersigned notary public, personally appeared Linda Nilsson, proved to me through satisfactory evidence of identification, which was MA LIC, to be the person whose name is signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

                                                          _____
                                                               Notary Public
                                    My commission expires:

BRUCE STEVEN WEISBERG
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 6, 2010