UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC.. Defendants. | )<br>)<br>)<br>) |

### NOTICE OF CHANGE OF FIRM NAME

Please note the change of Plaintiff counsel's firm name from McGovern, Hug, Welch & Ganem, LLP, to McGovern & Ganem P.C.

                                                    Respectfully submitted,
                                                    By the Plaintiff,
                                                    Metropolitan Property and Casualty
                                                    Insurance Company,
                                                    By its attorney,

                                                    Glenda H. Ganem, Esq.
                                                    BBO# 564374
                                                    McGovern & Ganem, P.C.
                                                    21 Merchants Row, 4th Floor
                                                    Boston. MA 02451
                                                    (617) 723-1444

Date: 6/29/05

## CERTIFICATE OF SERVICE

I, Glenda H. Ganem, attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that I have this day mailed, postage prepaid, a copy of the within document direct to:

Hai Nhu Huynh
81 Hardwick Road
Ashland, MA 01721

Spine Care and Therapy, Inc.
413 Neponset Avenue
Dorchester, MA 02122

Signed under the pains and penalties of perjury this 27th day of June, 2005.

_____
Glenda H. Ganem, Esq.