**COMMONWEALTH OF MASSACHUSETTS**
COURT:   United States District Court

Suffolk, ss                                                        Date of Service:   June 21, 2005

Metropolitan Property and Casualty
Insurance Co.
       Plaintiff

vs.

Hai Nhu Huynh
       Defendant

CA No. 0511287RGS

Citizens Bank of Massachusetts
       Trustee

**ANSWER OF TRUSTEE**

Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

Title                                                 Balance Held

There are no accounts in the name of the defendant.

Signed under oath this 28th day of June, 2005.

By: _____
Donald J. Barry, Jr., BBO No. 031575
Sr. Vice President-Attorney for Trustee
Citizens Bank of Massachusetts
53 State Street, MBS 840
Boston, MA 02109
(617) 725-5810

**CERTIFICATION**

I hereby certify that on June 28, 2005, I mailed a copy of the within answer to the plaintiff's attorney, Glenda H. Ganem, McGovern Hug & Ganem, 21 Merchants Row, Boston, MA 02109.

_____
Donald J. Barry, Jr.