**Sovereign Bank**

TRUSTEE'S ANSWER                                             EFFECTS

THE COMMONWEALTH OF MASSACHUSETTS

BOSTONs                           UNITED STATES DISTRICT
COURT
                                  CASE NO. 05-11287 RGS


**Metropolitan Property and Casualty Insurance Co**

v.

**Spine Care & Therapy Inc**

ANSWER OF ALLEGED TRUSTEE

**And now Sovereign Bank, summoned as trustee of the principal defendant Spine Care & Therapy Inc**
in the above-entitled action, and appears by Laurie DiDiandomenico OAG Team Leader, and makes answer that it had in its hand subject to attachment the sum of **Thirty Eight Thousand Eight Hundred Sixty Five Dollars and Twenty Four Cents ($38,865.24)** standing in the name **Spine Care & Therapy Inc** , 0f this the said Laurie DiDiandomenico submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

                                        **Sovereign Bank**


                                        By: _____
                                        **Laurie DiGiandomenico**
                                        OAG Team Leader
July 5, 2005                            Mail Stop MA1 MB3 02 10
                                        P. O. Box 841005
                                        Boston, MA  02284
                                        Phone (617) 533-1789
                                        Fax (617) 533-1931

www.sovereignbank.com