*Commonwealth of Massachusetts*

*Suffolk, ss* *Civil Action No.05 11287 RGS*

*Metropolitan Property and Casualty Insurance Co.*

*Plaintiff(s)*

*vs.* *Answer of Trustee*
*Bank of America*

*Spine Care & Therapy, Inc.*

*Defendant(s)*

*and*

*Bank of America*

---

*And now the Bank of America, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Bank of America is holding $0.00 in the name of Spine Care & Therapy, Inc.*

*Signed under the pains and penalties of perjury.*

Bank of America

By: [signature]   Date: 7/5/05
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502