UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

v.

Hai Nhu Huynh , Defendant(s)

Sovereign Bank New England , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. _____, Plaintiff(s)

Case No. 05 11287 RGS

V.

Hai Nhu Huynh _____, Defendant(s)

Middlesex Savings Bank _____, Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh _____ of 81 Hardwick Road, Ashland, Massachusetts _____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. _____, of 700 Quaker Lane, Warwick, Rhode Island _____, whose attorney is Glenda H. Ganem, Esq. _____, of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts _____ may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 _____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 _____. This attachment was approved on 6/20/05 _____ by RICHARD G STEARNS _____, in the amount of $ 800,000.00 _____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 _____.

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

v.

Hai Nhu Huynh , Defendant(s)

Bank of America Corporation , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G STEARNS , in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. _____

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co._____, Plaintiff(s)

V.

Hai Nhu Huynh_____, Defendant(s)

Citizens Financial Group, Inc._____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co., Plaintiff(s)

v.

Hai Nhu Huynh, Defendant(s)

Case No. _____

**05 11287 RGS**

TD Banknorth, Inc., Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts, may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

Case No. _____

v.   **05  11287 RGS**

Hai Nhu Huynh , Defendant(s)

TD Banknorth, Inc. , Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts  may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00  (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS , in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE WRIT

Metropolitan Property and Casualty Insurance Co., Plaintiff(s)

Case No. 05 11287 RGS

V.

Hai Nhu Huynh, Defendant(s)

Middlesex Savings Bank, Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co., **Plaintiff(s)**

Case No. _____

v.

Hai Nhu Huynh, **Defendant(s)**

Citizens Financial Group, Inc., **Trustee**

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Case No. 05 1287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co._____, Plaintiff(s)

V.

Hai Nhu Huynh_____, Defendant(s)

Bank of America Corporation_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh _____ of 81 Hardwick Road, Ashland, Massachusetts _____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. _____, of 700 Quaker Lane, Warwick, Rhode Island _____, whose attorney is Glenda H. Ganem, Esq. _____, of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts _____ may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 _____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 _____. This attachment was approved on 6/20/05 by RICHARD G STEARNS _____, in the amount of $ 800,000.00 _____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 30th day of June 2005

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

v.

Hai Nhu Huynh , Defendant(s)

Sovereign Bank New England , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June, 2005 .

SARAH A. THORNTON
CLERK OF COURT
By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)