UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co., Plaintiff(s)

Case No. 05-11287-RGS

V.

Spine Care & Therapy, Inc., Defendant(s)

TD Banknorth, Inc., Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co., Plaintiff(s)

Case No. 05 11287 RGS

V.

Spine Care & Therapy, Inc., Defendant(s)

Middlesex Savings Bank, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05  11287 RGS

**TRUSTEE WRIT**

Case No. _____

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

v.

Spine Care & Therapy, Inc. , Defendant(s)

Citizens Financial Group, Inc. , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS , in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

V.

Spine Care & Therapy, Inc. , Defendant(s)

Bank of America Corporation , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)

v.

Spine Care & Therapy, Inc. , Defendant(s)

Sovereign Bank New England , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS , in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT
By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co.
_____, Plaintiff(s)

V.

Spine Care & Therapy, Inc.
_____, Defendant(s)

Sovereign Bank New England
_____, Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  Spine Care & Therapy, Inc.  of  413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff,  Metropolitan P & C Ins. Co. , of  700 Quaker Lane, Warwick, Rhode Island , whose attorney is  Glenda H. Ganem, Esq. , of  McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109   may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00  (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on  June 20, 2005 . This attachment was approved on 6/20/05  by RICHARD G. STEARNS , in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  20th  day of  June   2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TRUSTEE WRIT**    Metropolitan Property and Casualty Insurance Co. , Plaintiff(s)    Case No. _____ RGS

v.

Spine Care & Therapy, Inc. , Defendant(s)

Middlesex Savings Bank , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109   may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: *Elaine Flaherty*
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co.     , Plaintiff(s)

V.

Spine Care & Therapy, Inc.     , Defendant(s)

Bank of America Corporation     , Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co. , of 700 Quaker Lane, Warwick, Rhode Island , whose attorney is Glenda H. Ganem, Esq. , of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 . This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: Elaine Flaherty
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11287 RGS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co., Plaintiff(s)

Case No. _____

V.

Spine Care & Therapy, Inc., Defendant(s)

Citizens Financial Group, Inc., Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc. of 413 Neponsent Avenue, Dorchester, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 6/20/05 by RICHARD G. STEARNS, in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 20th day of June 2005.

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property and Casualty Insurance Co.
_____, Plaintiff(s)

Case No. _____ RGS

v.

Spine Care & Therapy, Inc.
_____, Defendant(s)

TD Banknorth, Inc.
_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Spine Care & Therapy, Inc._____ of 413 Neponsent Avenue, Dorchester, Massachusetts _____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co._____, of 700 Quaker Lane, Warwick, Rhode Island _____, whose attorney is Glenda H. Ganem, Esq._____, of McGovern Mc& Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts 02109 _____ may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 _____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005 _____. This attachment was approved on _6/20/05_____ by _RICHARD G. STEARNS_, in the amount of $ _800,000.00_____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this _20th_ day of _June 2005_____.

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)