AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern Division    DISTRICT OF    Massachusetts

**APPEARANCE**

Case Number: 05 11287 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Metropolitan Property and Casualty Insurance Company

I certify that I am admitted to practice in this court.

7/28/2005
Date

*[Signature]*
Signature

Clayton R. Henderson    659532
Print Name    Bar Number

McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor
Address

Boston    MA    02170
City    State    Zip Code

(617) 723-1444    (617) 723-3555
Phone Number    Fax Number