AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern Division     DISTRICT OF     Massachusetts

## APPEARANCE

Case Number: 05-11287 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hai Nhu Huynh and Spine Care and Therapy, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/29/05 | _(signature)_ |
| Date | Signature |
| | Geoffrey DuBosque     634793 |
| | Print Name     Bar Number |
| | 79 State Street |
| | Address |
| | Newburyport, MA 01950 |
| | City   State   Zip Code |
| | 978-462-2800     978-462-2559 |
| | Phone Number     Fax Number |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11287 RGS

METROPOLITAN PROPERTY AND )
CASUALTY INSURANCE COMPANY )
   Plaintiff )
)
v. )
)
HAI NHU HUYNH and, )
SPINE CARE AND THERAPY, INC. )
   Defendants )

## CERTIFICATE OF SERVICE

Now comes Geoffrey DuBosque, Counsel for the Plaintiff, and hereby certifies that on the 29th day of July, 2005, I served the following documents:

1. Notice of Appearance of Counsel; and
2. Certificate of Service.

Via First Class Mail Postage Prepaid Upon:

Glenda Ganem, Esq.
McGovern and Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451

Geoffrey DuBosque
BBO#634793
79 State Street, Suite 2000
Newburyport, MA 01950
(978) 462-2800