AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Eastern Division | DISTRICT OF | Massachusetts |
|---|---|---|

**APPEARANCE**

Case Number: 05 11287 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Metropolitan Property and Casualty Insurance Company

I certify that I am admitted to practice in this court.

| 7/28/2005 | *[signature]* |
|---|---|
| Date | Signature |

| Clayton R. Henderson | 659532 |
|---|---|
| Print Name | Bar Number |

McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor
Address

| Boston | MA | 02170 |
|---|---|---|
| City | State | Zip Code |

| (617) 723-1444 | (617) 723-3555 |
|---|---|
| Phone Number | Fax Number |