UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAI NHU HUYNH and ) | |
| SPINE CARE AND THERAPY, INC., ) | |
| Defendants. ) | |

## JOINT MOTION TO FURTHER ENLARGE THE TIME FOR FILING THE DEFENDANTS' ANSWERS

Now come the Plaintiff, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), and Defendants, Hai Nhu Huynh ("Dr. Huynh") and Spine Care and Therapy, Inc. ("Spine Care"), and respectfully request this Honorable Court, grant a further enlargement of the time prescribed by Fed.R.Civ.P. Rule 12(A)(1)(a) for filing of the Defendants' Answers. As reasons therefore, the parties state that settlement negotiations continue in an effort to resolve this matter prior to the need for filing the Defendants' Answers. If necessary, the Defendants have agreed to file their Answers on or before August 18, 2005.

**WHEREFORE**, the Plaintiff and Defendants respectfully request this Honorable Court grant their Joint Motion to Further Enlarge the Time for Filing the Defendants' Answers, and permit the Defendants to file their Answers on or before August 18, 2005.

| | |
|---|---|
| Respectfully submitted,<br>By the Plaintiff,<br>Metropolitan Property and Casualty<br>Insurance Company,<br>By its attorneys,<br><br>*/s/ Clayton R. Henderson/*<br>Glenda H. Ganem, Esq.<br>BBO# 564374<br>Clayton R. Henderson, Esq.<br>BBO# 659532<br>McGovern & Ganem, P.C.<br>21 Merchants Row, 4th Floor<br>Boston, MA 02451<br>(617) 723-1444<br><br>Date: 8/12/05 | Respectfully submitted,<br>By the Defendants,<br>Hai Nhu Huynh and<br>Spine Care and Therapy, Inc.<br>By their attorney,<br><br>*/s/ Andrew Nebenzahl (CRH)*<br>Andrew Nebenzahl, Esq.<br>BBO#<br>Nebenzahl DuBosque, LLP<br>79 State Street, Suite 2000<br>Newburyport, MA, 01950<br>(978) 462-2800<br><br>Date: 8/12/05 |

## CERTIFICATE OF SERVICE

I, Clayton R. Henderson, attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that I have this day mailed, postage prepaid, a copy of the within document direct to:

Geoffrey DuBosque, Esq.
Nebenzahl DuBosque, LLP
79 State Street, Suite 2000
Newburyport, MA 01950

**Signed under the pains and penalties of perjury this** 10TH **day of August, 2005.**

*/s/ Clayton R. Henderson/*
Clayton R. Henderson, Esq.