UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAI NHU HUYNH and<br>SPINE CARE AND THERAPY, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 05-11287-RGS |

**ASSENTED-TO MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Hai Nhu Huynh and Spine Care and Therapy, Inc. hereby move, with the assent of plaintiff, for an extension of the time until September 9, 2005, to answer or otherwise respond to the complaint in the above-referenced action. As grounds therefor, defendants state that (1) plaintiff has assented to this extension and (2) defendants have recently hired the undersigned as new counsel to assist in the defense of this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HAI NHU HUYNH and
　　　　　　　　　　　　　　　　　　　　SPINE CARE AND THERAPY, INC.,

　　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　　/s/ James C. Rehnquist
　　　　　　　　　　　　　　　　　　　　James C. Rehnquist (BBO# 552602)
　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 570-1000

          /s/ Andrew D. Nebenzahl
          Andrew D. Nebenzahl (BBO# 368065)
          NEBENZAHL │ DuBOSQUE, LLP
          One Post Office Square
          Sharon, MA  02067
          (781) 784-2000

Dated:  August 19, 2005