UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *******
                                      *
METROPOLITAN PROPERTY AND             *
CASUALTY INSURANCE COMPANY,           *
                                      *
          Plaintiff,                  *
                                      *       CIVIL ACTION
     v.                               *       NO. 05-11287-RGS
                                      *
HAI NHU HUYNH and                     *
SPINE CARE AND THERAPY, INC.,         *
                                      *
          Defendants.                 *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * *******
```

**ASSENTED-TO MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Hai Nhu Huynh and Spine Care and Therapy, Inc. hereby move, with the assent of plaintiff, for an extension of the time until September 16, 2005, to answer or otherwise respond to the complaint in the above-referenced action. As grounds therefor, defendants state that (1) plaintiff has assented to this extension and (2) defendants' counsel is unavailable due to a death in the family.

    Respectfully submitted,

    HAI NHU HUYNH and
    SPINE CARE AND THERAPY, INC.,

    By their attorneys,


    /s/ James C. Rehnquist
    James C. Rehnquist (BBO# 552602)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000

                                                             /s/ Andrew D. Nebenzahl  
                                                             Andrew D. Nebenzahl (BBO# 368065)  
                                                             NEBENZAHL │ DuBOSQUE, LLP  
                                                             One Post Office Square  
                                                             Sharon, MA  02067  
                                                             (781) 784-2000

Dated:  September 6, 2005