
# Sovereign Bank

TRUSTEE'S ANSWER                                                                                 EFFECTS

### THE COMMONWEALTH OF MASSACHUSETTS

BOSTON ss                                    UNITED STATES DISTRICT COURT
                                                      CASE NO. 05-11287 RGS

**Metropolitan Property and Casualty Insurance Co**

V

**Spine Care & Therapy Inc**

### ANSWER OF ALLEGED TRUSTEE

And now Sovereign Bank, summoned as trustee of the principal defendant **Spine Care & Therapy Inc** in the above-entitled action, and appears by Susan R. Davison, its Manager, and makes answer that it had in its hand subject to attachment the sum of **One Hundred Seventy Dollars and No Cents ($170.00)** standing in the name **Spine Care & Therapy Inc,** 0f this the said Susan R. Davison submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

Sovereign Bank

By: *[signature]*
**Susan R. Davison**
Manager

September 12, 2005                          Mail Stop MA1 MB3 02 10
                                            P. O. Box 841005
                                            Boston, MA  02284
                                            Phone (617) 533-1789
                                            Fax (617) 533-1931

www.sovereignbank.com