UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287RGS

METROPOLITAN PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
Plaintiff, )
)
v. )
)
HAI NHU HUYNH and )
SPINE CARE AND THERAPY, INC., )
Defendants.

## ANSWER OF THE DEFENDANT, SPINE CARE AND THERAPY, INC.,

1. Denied

2. Denied

3. Denied

4. This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

5. The Defendant specifically denies the factual allegations in the complaint. As such, Defendant, Spine Care And Therapy, Inc., denies that the Plaintiff is entitled to any relief sought.

6. The Defendant, Spine Care And Therapy, Inc., specifically denies the factual allegations in the Complaint. As such, Defendant, Spine Care And Therapy, Inc., denies that the Plaintiff is entitled to any relief sought.

7. The Defendant, Spine Care And Therapy, Inc., specifically denies the factual allegations in the Complaint. As such, Defendant, Spine Care And Therapy, Inc., denies that the Plaintiff is entitled to any relief sought.

8. The Defendant, Spine Care And Therapy, Inc., specifically denies the factual allegations in the Complaint. As such, Defendant, Spine Care And Therapy, Inc., denies that the Plaintiff is entitled to any relief sought.

9. The Defendant, Spine Care And Therapy, Inc., lacks sufficient knowledge to either admit or deny these allegations. Accordingly, the Defendant, Spine Care And Therapy, Inc., calls on the Plaintiff to prove same.

10. Admitted

11 Admitted

12. Denied

13. Denied

14. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

15. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

16. This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

17. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain factual allegation, it is denied.

18. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain factual allegation upon information and belief, it is admitted.

19. Denied.

20. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc.. To the extent it purports to a contain factual allegation, it is denied.

21. This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

22. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, upon information and belief, it is admitted.

23. This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

24. Denied

25. Denied

26. This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc. To the extent it purports to contain a factual allegation, it is denied.

27. Admitted

28. Denied

29. Upon information and belief, this allegation is admitted.

30. Upon information and belief, this allegation is admitted.

31. Denied

32. Denied

33. This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

34. Denied

35. Denied

36. Denied

37. Denied

38. Denied

39. Denied

40. Denied

41. Denied

42. Denied

43. Denied

44. Denied

45. Denied

46. Denied

47. Denied

48. Denied

49. Denied

50. Denied

51. Denied

52. Denied

53. Denied

54. Denied

55. Denied

56. Denied

57. Denied

58. Denied

59. Denied

60. Denied

61. Denied

62. Denied

64. Denied

65. Denied

66. Denied

67. Denied

68. Denied

69. Denied

70. Denied

71. Denied

72. Denied

73. Denied

74. Denied

75. Denied

76. Denied

77. Denied

78. Denied

79. Denied

80. Denied

81. Denied

82. Denied

83. Denied

84. Denied

85. Denied

86. Denied

88. Denied

89. Denied

90. Denied

91. Denied

92. Denied

93. Denied

94. Denied

95. Denied

96. Denied

97. Denied

98. Denied

99. Denied

100. Denied

101. Denied

102. Denied

103. Denied

104. Denied

105. Denied

106. Denied

107. Denied

108. Denied

109. Denied

110. The Defendant, Spine Care And Therapy, Inc., denies those procedures set forth in Paragraph 49 are supportive modalities. Accordingly, the Defendant, Spine Care And Therapy, Inc., cannot provide factual response to this allegation.

111. Denied

112. Denied

113. Denied

114. Denied

115. Denied

116. Denied

117. Denied

118. Denied

119. Denied

120. Denied

121. Denied

122. Denied

123. Denied

124.   Denied

125.   Denied

126.   Denied

127.   Denied

128.   This statement does not require a response from the Defendant, Spine Care And Therapy, Inc.

129.   Denied

130.   Denied

131.   Denied

132.   Denied

133.   Denied

134.   Denied

135.   Denied

WHEREFORE, the Defendant, Spine Care And Therapy, Inc., respectfully requests that this action be dismissed.

136.   This statement does not require a response from the Defendant, Spine Care And Therapy, Inc.

137.   This allegation is an incomplete statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

138.   This allegation is an incomplete statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

139.   Denied

140.	Denied

141.	Denied

WHEREFORE, the Defendant, Spine Care And Therapy, Inc., respectfully requests that this action be dismissed.

142.	This statement does not require a response from the Defendant, Spine Care And Therapy, Inc..

143.	Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

144.	This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

145.	Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

146.	This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

147.	Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

148.	This allegation is largely a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

149.    Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

150.    This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

151.    Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

152.    Denied.

153.    Denied. Further answering, the Defendant, Spine Care And Therapy, Inc., denies that he has any such duty which extends to this Plaintiff.

154.    Denied.

WHEREFORE, the Defendant, Spine Care And Therapy, Inc., respectfully requests that this action be dismissed.

155.    This statement does not require a response from the Defendant, Spine Care And Therapy, Inc..

157.    This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

158.    Denied

159.    Denied

160.    Denied

WHEREFORE, the Defendant, Spine Care And Therapy, Inc., respectfully requests that this action be dismissed.

161.    This statement does not require a response from the Defendant, Spine Care And Therapy, Inc.

162.    This allegation is a statement of law, and as such, it does not give rise to a factual response by the Defendant, Spine Care And Therapy, Inc.. To the extent it purports to contain a factual allegation, it is denied.

163.    The Defendant, Spine Care And Therapy, Inc., denies he committed any unfair or deceptive practices and otherwise denies this allegation.

164.    Denied

165.    The Defendant, Spine Care And Therapy, Inc., denies he committed any unfair or deceptive practices and otherwise denies this allegation.

WHEREFORE, the Defendant, Spine Care And Therapy, Inc., respectfully requests that this action be dismissed.

### AFFIRMATIVE DEFENSES

#### FIRST DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., denies each and every material allegation of the Complaint which has not specifically been admitted, denied or controverted.

#### SECOND DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that the Complaint fails to set forth a claim upon which relief can be granted, and thus must be dismissed.

#### THIRD DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that if the Plaintiff sustained damages, as alleged, which the Defendant denies, such damage were caused by someone for whose conduct the Defendant was not and is not legally responsible or answerable.

### FOURTH DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that all claims raised by Plaintiff are barred from recovery by virtue of the doctrine of estoppel.

### FIFTH DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that the Plaintiff is barred from any recovery by virtue of the applicable statute of limitations.

### SIXTH DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that Plaintiff is barred from any recovery by virtue of the doctrine of laches.

### SEVENTH DEFENSE

By way of affirmative defense, the Defendant states that Plaintiff is barred from any recovery by virtue its own fraud and misrepresentations.

### EIGHTH DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that if the Plaintiff sustained damages, as alleged, which the Defendant denies, such damages were caused by its own conduct.

### NINTH DEFENSE

By way of affirmative defense, the Defendant, Spine Care and Therapy, Inc., states that the Complaint must be dismissed as this Court is without jurisdiction.

<u>TENTH DEFENSE</u>

The Defendant, Spine Care and Therapy, Inc., hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings or investigations and hereby reserves the right to amend its answer to assert any such defense.

WHEREFORE, the Defendant, Spine Care and Therapy, Inc., respectfully requests that this action be dismissed.

The Defendant
Spine Care and Therapy, Inc.,
By their attorneys,

_/s/_ James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


__/s/ Andrew D. Nebensahl_____
Andrew D. Nebenzahl (BBO# 368065)
NEBENZAHL│DuBOSQUE, LLP
One Post Office Square
Sharon, MA  02067
(781) 784-2000

September 16, 2005