UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) ) |

## DEFENDANTS' MOTION TO DISMISS

The defendants, Hai Nhu Huynh and Spine Care and Therapy, Inc., hereby move this Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims in the Complaint filed by plaintiff Metropolitan Property and Casualty Insurance Company on June 20, 2005.

As set forth more fully in the accompanying Memorandum in Support of Defendants' Motion to Dismiss, dismissal of the Complaint in its entirety is required because plaintiff has failed to plead with particularity required by Rule 9(b) its fraud claim and as well as its other three claims (negligence, breach of contract and Chapter 93A), all of which are derivative of the Complaint's fraud allegations. Moreover, dismissal is required on all claims because plaintiff has failed to state a claim upon which relief can be granted under Rule 12(b)(6).

RULE 7.1 CERTIFICATE OF NON-CONCURRENCE

FOR HAI NHU HUYNH AND SPINE CARE AND THERAPY, INC.'S MOTION TO DISMISS

James C. Rehnquist, counsel for Defendants, has sought the concurrence with respect to the matters raised by this Motion of Plaintiff's counsel, Glenda Ganem, by telephone on September 16, 2005. The parties were unable to reach an agreement. Thus, counsel for Defendants certifies that counsel for Plaintiff does not concur with its Motion to Dismiss.

Respectfully submitted,

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.,

By their attorneys,

_/s/_James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


__/s/ Andrew D.Nebensahl_____
Andrew D. Nebenzahl (BBO# 368065)
NEBENZAHL │ DuBOSQUE, LLP
One Post Office Square
Sharon, MA  02067
(781) 784-2000

September 16, 2005

3

LIBA/1581705.2