UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Middlesex, ss.                                          Case No. 05-11287-RGS

Metropolitan Property and Casualty )
Insurance Co. )
    Plaintiff )
 )
vs. )
 )
Spine Care & Therapy, Inc. )
    Defendant ) ANSWER OF
 ) MIDDLESEX SAVINGS BANK
and ) TRUSTEE
 )
Middlesex Savings Bank, Trustee )

Middlesex Savings Bank, summoned as Trustee in the above-entitled action, makes answer that at the time of the service of the second Summons upon the Trustee:

It had in its hands and possession the sum of $5,670.09 standing in the name of Defendant, Spine Care & Therapy, Inc.. Signed under the penalties of perjury Middlesex Savings Bank, this 12th day of September, 2005.

MIDDLESEX SAVINGS BANK

By: _____
Linda Nilsson,
Assistant Vice President

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.
On this 12th day of September, 2005, before me, the undersigned notary public, personally appeared Linda Nilsson, proved to me through satisfactory evidence of identification, which was MASS LIC., to be the person whose name is signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

_____
My commission expires:

BRUCE STEVEN SBERG
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August ...