UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Middlesex, ss.                                            Case No. 05-11287-RGS

| | |
|---|---|
| Metropolitan Property and Casualty Insurance Co.<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| Hai Nhu Huynh<br>    Defendant | )<br>) ANSWER OF<br>) MIDDLESEX SAVINGS BAN<br>) TRUSTEE |
| and | ) |
| Middlesex Savings Bank, Trustee | ) |

Middlesex Savings Bank, summoned as Trustee in the above-entitled acti makes answer that at the time of the service of the second Summons upon the s Trustee:

It had in its hands and possession the sum of $59.38 standing in the name Defendant, Hai Nhu Huynh. Signed under the penalties of perjury by Middlesex Savir Bank, this 12th day of September, 2005.

MIDDLESEX SAVINGS BANK

By: _____
Linda Nilsson,
Assistant Vice Preside

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.
On this 12th day of September, 2005, before me, the undersigned nota public, personally appeared Linda Nilsson, proved to me through satisfactory eviden of identification, which was _____Mass. Lic_____, to be t person whose name is signed on the preceding or attached document in my presenc and who swore or affirmed to me that the contents of the document are truthful a accurate to the best of her knowledge and belief.

My commission expires

BRUCE STEVEN BERG
Notary Pub
Commonwealth of Massachusetts
My Commission
August 6, 20