UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

| | |
|---|---|
| _____ )<br>METROPOLITAN PROPERTY AND )<br>CASUALTY INSURANCE COMPANY, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>HAI NHU HUYNH and )<br>SPINE CARE AND THERAPY, INC., )<br>Defendants. )<br>_____ ) | |

## NOTICE OF APPEARANCE OF SHERYL A. KOVAL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sheryl A. Koval of

Goodwin Procter LLP as one of the counsel of record for defendants Hai Nhu Huynh and Spine

Care and Therapy, Inc. in the above-captioned matter.

Respectfully submitted,

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.,

By their attorneys,

_/s/_Sheryl A. Koval_____
James C. Rehnquist (BBO# 552602)
Sheryl A. Koval (BBO# 657735)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1403419.1

__/s/ Andrew D. Nebensahl_____
Andrew D. Nebenzahl (BBO# 368065)
NEBENZAHL │ DuBOSQUE, LLP
One Post Office Square
Sharon, MA  02067
(781) 784-2000

September 27, 2005