UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

_____
                                          )
METROPOLITAN PROPERTY AND                 )
CASUALTY INSURANCE COMPANY,               )
Plaintiff,                                )
                                          )
v.                                        )
                                          )
HAI NHU HUYNH and                         )
SPINE CARE AND THERAPY, INC.,             )
Defendants.                               )
_____ )

**SECOND AFFIDAVIT OF HAI NHU HUYNH
IN SUPPORT OF DEFENDANTS' MOTION TO DISSOLVE
PLAINTIFF'S EX PARTE ATTACHMENTS**

Defendants Hai Nhu Huynh and Spine Care and Therapy, Inc., hereby submit the

attached affidavit of Hai Nhu Huynh in further support of defendants motion to dissolve

plaintiff's *ex parte* attachments.

Pursuant to the suggestion of this Court at the hearing on defendants motion to dissolve

plaintiff's *ex parte* attachments on September 26, 2005, defendants attach hereto the following

evidence that account number 649000101102 at Sovereign Bank is a payroll account and used

solely for that purpose: Second Affidavit of Hai Nhu Huynh and the three most recent bank

statements covering the period from March 21, 2005 to June 19, 2005, attached hereto as Exhibit

A.  Pursuant to M.G.L. c. 246 § 20, "any moneys of the defendant deposited in any account

designated as a payroll account shall not be subject to attachment...".   As such, account number

649000101102 at Sovereign Bank is exempt from attachment.

Based on the foregoing, the defendants respectfully request that the attachment on account number 649000101102 at Sovereign Bank be dissolved.

Respectfully submitted,

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.,

By their attorneys,

_/s/_James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


__/s/ Andrew D. Nebensahl_____
Andrew D. Nebenzahl (BBO# 368065)
NEBENZAHL │ DuBOSQUE, LLP
One Post Office Square
Sharon, MA  02067
(781) 784-2000

September 27, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that the moving party has conferred in good faith with opposing counsel on the matters set forth in the foregoing in an attempt to resolve or narrow the issues and reports that the Plaintiff, Metropolitan Property and Casualty Insurance Company, has not assented.

_/s/_James C. Rehnquist_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287RGS

METROPOLITAN PROPERTY AND           )
CASUALTY INSURANCE COMPANY,          )
Plaintiff,                                          )
                                                       )
v.                                                     )
                                                       )
HAI NHU HUYNH and                      )
SPINE CARE AND THERAPY, INC.,       )
Defendants.

**SECOND AFFIDAVIT OF HAI NHU HUYNH**

I, HAI NHU HUYNH, BEING DULY SWORN, SAY AND DEPOSE AS FOLLOWS:

1.      I am a licensed chiropractor and President of Spine Care And Therapy, Inc. Spine Care and Therapy, Inc. is the corporation under which I practice as a chirporactor. The office of Spine Care and Therapy, Inc is located at 413 Neponset Avenue, Dorcester, Massachusetts.

2.      Spine Care and Therapy, Inc. was incorporated in Massachusetts on July 7, 2000. I am presently President, Vice President and Secretary of the corporation.

2.      The purpose of this affidavit is to identify for the Court the bank account which is designated by Spine Care and Therapy, Inc. as its payroll account, and used exclusively to issue paychecks to employees of the corporation.

3.      The Payroll account is account #649000101102 at Sovereign Bank.

4.      Attached to this affidavit are the three most recent bank statements covering the period from March 21, 2005 to June 19, 2005, along with copies of the paychecks issued from that account.

5.      Since the account was opened, it has been used exclusively to pay payroll to employees of Spine Care and Therapy, Inc. It has never been used for any other purpose.

SIGNED UNDER THE PAINS AND PENALTIS OF PERJURY THIS ____ DAY OF JULY, 2005

_____
HAI NHU HUYNH, D.C.

# Sovereign Bank

STATEMENT OF ACCOUNTS

140118 -11032
SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE
SUIT 2
DORCHESTER MA 02122

**Primary Account #: 64900101102**

*For your convenience our Business
Solution Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
Call us at 1-877-768-1145
www.sovereignbank.com*

*3*
*7 0 18 0*



### Effective August 1,2005, the Insufficient and Unavailable Funds Fees

will increase to $30.00 per debit. Our recent improvement in next
day availability of local and non-local checks from $100 to $750 may
help you avoid this Unavailable Funds fee.

DEPOSITS INSURED BY FDIC    EQUAL OPPORTUNITY LENDER    *64900101102*

PRIMARY ACCOUNT #: 64900101102

| **BUSINESS CHECKING I** | Statement Period 05/19/05 · 06/19/05 |
|---|---|

SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE

*Account # 64900101102*

## Balances

| Beginning Balance | $36,737.17 | Ending Balance | $41,127.79 |
|---|---|---|---|
| Deposits/Credits | + $24,272.26 | Average Daily Balance | $41,734.29 |
| Withdrawals/Debits | - $19,881.64 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 694 | 05/20 | $6,912.10 | 480026570 | 704 | 06/03 | $1,205.08 | 415180180 |
| 695 | 05/20 | $925.78 | 480014390 | 705 | 06/06 | $602.90 | 433203630 |
| 696 | 05/20 | $728.02 | 438730470 | 706 | 06/03 | $895.54 | 425607570 |
| 697 | 05/20 | $808.12 | 488816250 | 707 | 06/03 | $331.27 | 425871020 |
| 698 | 05/20 | $729.96 | 480014340 | 708 | 06/07 | $88.66 | 481027470 |
| 699 | 05/23 | $146.53 | 414831500 | 710* | 06/17 | $1,148.34 | 486180250 |
| 700 | 05/20 | $817.91 | 438730570 | 711 | 06/17 | $1,236.03 | 486186050 |
| 702* | 06/03 | $1,411.01 | 425608240 | 715* | 06/17 | $718.80 | 486180270 |
| 703 | 06/03 | $1,175.59 | 425870990 | | | | |

**17 Check(s) Posted = $19,881.64**
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 05-19 | **Beginning Balance** | | | | $36,737.17 |
| 05-20 | CASH CHK | 694 | | $6,912.10 | $29,825.07 |
| 05-20 | CHECK | 695 | | $925.78 | $28,899.29 |
| 05-20 | CASH CHK | 700 | | $817.91 | $28,081.38 |
| 05-20 | CASH CHK | 697 | | $808.12 | $27,273.26 |
| 05-20 | CHECK | 698 | | $729.96 | $26,543.30 |
| 05-20 | CASH CHK | 696 | | $728.02 | $25,815.28 |
| 05-23 | CHECK | 699 | | $146.53 | $25,668.75 |
| 05-26 | DEPOSIT | | $24,272.26 | | $49,941.01 |
| 06-03 | CHECK | 702 | | $1,411.01 | $48,530.00 |
| 06-03 | CASH CHK | 704 | | $1,205.08 | $47,324.92 |
| 06-03 | CASH CHK | 703 | | $1,175.59 | $46,149.33 |

**Sovereign Bank**

STATEMENT OF ACCOUNTS

**PRIMARY ACCOUNT #: 64900101102**

## Account Activity (Cont. for Acct# 64900101102)

| Date | Description | | Credits | Debits | Balance |
|------|-------------|---|---------|--------|---------|
| 06-03 | CASH CHK | 706 | | $895.54 | $45,253.79 |
| 06-03 | CASH CHK | 707 | | $331.27 | $44,922.52 |
| 06-06 | CHECK | 705 | | $602.90 | $44,319.62 |
| 06-07 | CHECK | 708 | | $88.66 | $44,230.96 |
| 06-17 | CHECK | 711 | | $1,236.03 | $42,994.93 |
| 06-17 | CASH CHK | 710 | | $1,148.34 | $41,846.59 |
| 06-17 | CASH CHK | 715 | | $718.80 | $41,127.79 |
| 06-19 | **Ending Balance** | | | | $41,127.79 |



**PRIMARY ACCOUNT #: 64900101102**

## Balance Sheet

**1** If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.

**2** Be sure that the service charge, if any, or other withdrawls shown on this statement, have been entered in your register as deductions.

**3** Compare checks paid (withdrawals) as shown on the front of this statement with your register.

**4** List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.

**5** Verify deposits recorded on this statement against deposits entered in your register.

**6** List all deposits not included on this statement in the space provided at the bottom right.

**7** Enter the ending balance shown on this statement.

**8** Enter Total Outstanding Deposits.

**9** Add #7 and #8.

**10** Enter Total Outstanding Checks (withdrawals).

**11** Subtract #10 from #9.

**12** You are in balance if this total agrees with your register.

| OUTSTANDING CHECKS (WITHDRAWALS) | |
|---|---|
| CHECK # | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| OUTSTANDING DEPOSITS | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

**IF THIS TOTAL DOES NOT AGREE WITH YOUR REGISTER**

**1** Verify additions and subtractions in your register, as well as the figures above.

**2** Verify that register balances have been carried forward correctly from page to page.

**3** Contact us - we can assist you in reconciling your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS
CALL OUR BUSINESS SOLUTION CENTER AT 1-877-768-1145
OR WRITE TO THE BANK
ATTN: BUSINESS SOLUTION CENTER
One Sovereign Way
RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

**Sovereign Bank**

STATEMENT OF ACCOUNTS



64900101102    # 694    05/20/05    $6,912.10

64900101102    # 696    05/20/05    $728.02

64900101102    # 698    05/20/05    $729.96



64900101102    # 695    05/20/05    $925.78

64900101102    # 697    05/20/05    $808.12



64900101102    # 699    05/23/05    $146.53









64900101102    # 700    05/20/05    $817.91

64900101102    # 702    06/03/05    $1,411.01

64900101102    # 703    06/03/05    $1,175.59

64900101102    # 704    06/03/05    $1,205.08

64900101102    # 705    06/06/05    $602.90

64900101102    # 706    06/03/05    $895.54

# Sovereign Bank

STATEMENT OF ACCOUNT





64900101102    # 707    06/03/05    $331.27

64900101102    # 708    06/07/05    $88.66

64900101102    # 710    06/17/05    $1,148.34

64900101102    # 711    06/17/05    $1,236.03

64900101102    # 715    06/17/05    $718.80

# Sovereign Bank

Statement of Account

128710-11096
SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE
SUIT 2
DORCHESTER MA 02122

**Primary Account #: 64900101102**

*For your convenience our Business
Solution Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
Call us at 1-877-768-1145
www.sovereignbank.com*

70180



DEPOSITS INSURED BY FDIC        EQUAL OPPORTUNITY LENDER        64900101102

PRIMARY ACCOUNT #: 64900101102

## BUSINESS CHECKING I

Statement Period 04/19/05 - 05/18/05

SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE

Account # 64900101102

## Balances

| Beginning Balance | $64,617.06 | Ending Balance | $36,737.17 |
| Deposits/Credits | + $0.00 | Average Daily Balance | $50,338.32 |
| Withdrawals/Debits | - $27,879.89 | | |

## Service Fees

| | # Transactions | Fee | Total |
|---|---|---|---|
| NON-SOVEREIGN ATM TRANSACTION FEE | 1 | 1.50 | $1.50 |
| Total | | | $1.50 |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 680 | 04/26 | $6,254.63 | 438393110 | 688 | 05/06 | $1,236.03 | 422134720 |
| 681 | 04/22 | $810.00 | 426582360 | 689 | 05/06 | $749.55 | 481699190 |
| 682 | 04/22 | $753.29 | 426576790 | 690 | 05/06 | $1,136.75 | 422134870 |
| 683 | 05/13 | $569.01 | 437522250 | 691 | 05/10 | $672.45 | 483268260 |
| 684 | 04/22 | $925.78 | 426575440 | 692 | 05/13 | $163.56 | 437522240 |
| 685 | 04/22 | $825.30 | 426578130 | 693 | 05/06 | $990.65 | 422133660 |
| 686 | 04/25 | $698.53 | 458558250 | 823* | 05/09 | $5,000.00 | 411097460 |
| 687 | 05/10 | $6,591.86 | 431429890 | | | | |

**15 Check(s) Posted = $27,377.39**
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 04-19 | **Beginning Balance** | | | | $64,617.06 |
| 04-22 | CHECK | 684 | | $925.78 | $63,691.28 |
| 04-22 | CHECK | 685 | | $825.30 | $62,865.98 |
| 04-22 | CASH CHK | 681 | | $810.00 | $62,055.98 |
| 04-22 | CASH CHK | 682 | | $753.29 | $61,302.69 |
| 04-25 | CHECK | 686 | | $698.53 | $60,604.16 |

64900101102

# Sovereign Bank

STATEMENT OF ACCOUNTS

**PRIMARY ACCOUNT #: 64900101102**

## Account Activity (Cont. for Acct# 64900101102)

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 04-26 | CHECK 680 | | $6,254.63 | $54,349.53 |
| 05-06 | CASH CHK 688 | | $1,236.03 | $53,113.50 |
| 05-06 | CHECK 690 | | $1,136.75 | $51,976.75 |
| 05-06 | CASH CHK 693 | | $990.65 | $50,986.10 |
| 05-06 | CASH CHK 689 | | $749.55 | $50,236.55 |
| 05-09 | CASH CHK 823 | | $5,000.00 | $45,236.55 |
| 05-09 | ATM CASH W/D 003832 BANKOFA 557TREMONTST BOSTON    MA | | $501.00 | $44,735.55 |
| 05-10 | CHECK 687 | | $6,591.86 | $38,143.69 |
| 05-10 | CHECK 691 | | $672.45 | $37,471.24 |
| 05-13 | CHECK 683 | | $569.01 | $36,902.23 |
| 05-13 | CHECK 692 | | $163.56 | $36,738.67 |
| 05-18 | TOTAL SERVICE FEES | | $1.50 | $36,737.17 |
| 05-18 | **Ending Balance** | | | $36,737.17 |



**PRIMARY ACCOUNT #: 64900101102**

## Balance Sheet

❶ If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.

❷ Be sure that the service charge, if any, or other withdrawls shown on this statement, have been entered in your register as deductions.

❸ Compare checks paid (withdrawals) as shown on the front of this statement with your register.

❹ List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.

❺ Verify deposits recorded on this statement against deposits entered in your register.

❻ List all deposits not included on this statement in the space provided at the bottom right.

❼ Enter the ending balance shown on this statement.

❽ Enter Total Outstanding Deposits.

❾ Add #7 and #8.

❿ Enter Total Outstanding Checks (withdrawals).

⓫ Subtract #10 from #9.

⓬ You are in balance if this total agrees with your register.

| OUTSTANDING CHECKS (WITHDRAWALS) | |
|---|---|
| CHECK #. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

| OUTSTANDING DEPOSITS | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| **TOTAL** | |

**IF THIS TOTAL DOES NOT AGREE WITH YOUR REGISTER**
① Verify additions and subtractions in your register, as well as the figures above.
② Verify that register balances have been carried forward correctly from page to page.
③ Contact us - we can assist you in reconciling your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS
CALL OUR BUSINESS SOLUTION CENTER AT 1-877-768-1145
OR WRITE TO THE BANK
ATTN: BUSINESS SOLUTION CENTER
One Sovereign Way
RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

Sovereign Bank

STATEMENT OF ACCOUNTS



64900101102    # 680    04/26/05    $6,254.63



64900101102    # 681    04/22/05    $810.00



64900101102    # 682    04/22/05    $753.29



64900101102    # 683    05/13/05    $569.01



64900101102    # 684    04/22/05    $925.78



64900101102    # 685    04/22/05    $825.30



64900101102   # 686   04/25/05   $698.53

64900101102   # 687   05/10/05   $6,591.86

64900101102   # 688   05/06/05   $1,236.03

64900101102   # 689   05/06/05   $749.55

64900101102   # 690   05/06/05   $1,136.75

64900101102   # 691   05/10/05   $672.45

**Sovereign Bank**

STATEMENT OF ACCOUNTS





64900101102   # 692   05/13/05   $163.56

64900101102   # 693   05/06/05   $990.65

64900101102   # 823   05/09/05   $5,000.00

**Sovereign Bank**

STATEMENT OF ACCOUNTS

135767 -11203
SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE
SUIT 2
DORCHESTER MA 02122

Primary Account #: 64900101102
*For your convenience our Business
Solution Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
Call us at 1-877-768-1145
www.sovereignbank.com*

7 0 18 0



## SPECIAL NOTICE REGARDING FOREIGN CURRENCY

If you make a purchase or withdraw cash in a foreign currency with
your Visa CheckCard or ATM card, the amount of the transaction will be
converted by Visa International into a U.S. dollar amount in
accordance with the operating regulations or conversion procedures in
effect at the time the transaction is processed. Currently, they
provide that the currency conversion rate to be used is either
(1) a wholesale market rate or (2) a government-mandated rate in
effect one day prior to the processing date. The currency conversion
rate in effect on the processing date may differ from the rate in
effect on the transaction date or posting date.

DEPOSITS INSURED BY FDIC    EQUAL OPPORTUNITY LENDER

64900101102

**PRIMARY ACCOUNT #: 64900101102**

| BUSINESS CHECKING I | Statement Period 03/21/05 · 04/18/05 |
|---|---|

SPINE CARE AND THERAPY INC
413 NEPONSET AVENUE

*Account # 64900101102*

## Balances

| Beginning Balance | $88,032.47 | Ending Balance | $64,617.06 |
|---|---|---|---|
| Deposits/Credits | + $0.00 | Average Daily Balance | $74,256.34 |
| Withdrawals/Debits | - $23,415.41 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 667 | 03/25 | $6,254.63 | 423158920 | 674 | 04/08 | $990.38 | 428485420 |
| 668 | 03/28 | $619.61 | 413666760 | 675 | 04/08 | $753.60 | 428485450 |
| 669 | 03/25 | $708.31 | 436708400 | 676 | 04/11 | $552.05 | 485724520 |
| 670 | 03/25 | $592.94 | 436468010 | 677 | 04/08 | $1,073.68 | 428483070 |
| 671 | 03/25 | $943.24 | 423586100 | 678 | 04/08 | $1,143.64 | 436021770 |
| 672 | 03/28 | $830.17 | 438622950 | 679 | 04/11 | $698.53 | 485955210 |
| 673 | 04/07 | $6,254.63 | 435032880 | | | | |

**13 Check(s) Posted = $21,415.41**

An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 03-21 | **Beginning Balance** | | | | $88,032.47 |
| 03-21 | ATM CASH W/D 005982 SOVEREIGN 780GALLIVA DORCHESTER MA | | | $500.00 | $87,532.47 |
| 03-25 | CHECK | 667 | | $6,254.63 | $81,277.84 |
| 03-25 | CASH CHK | 671 | | $943.24 | $80,334.60 |
| 03-25 | CASH CHK | 669 | | $708.31 | $79,626.29 |
| 03-25 | CHECK | 670 | | $592.94 | $79,033.35 |
| 03-28 | CHECK | 672 | | $830.17 | $78,203.18 |
| 03-28 | CHECK | 668 | | $619.61 | $77,583.57 |
| 04-07 | CASH CHK | 673 | | $6,254.63 | $71,328.94 |
| 04-08 | CASH CHK | 678 | | $1,143.64 | $70,185.30 |
| 04-08 | CHECK | 677 | | $1,073.68 | $69,111.62 |
| 04-08 | CASH CHK | 674 | | $990.38 | $68,121.24 |

**Sovereign Bank**

STATEMENT OF ACCOUNTS

PRIMARY ACCOUNT #: 64900101102

## Account Activity (Cont. for Acct# 64900101102)

| Date | Description | | Credits | Debits | Balance |
|------|-------------|---|---------|--------|---------|
| 04-08 | CASH CHK | 675 | | $753.60 | $67,367.64 |
| 04-11 | WTHDRWL | | | $1,500.00 | $65,867.64 |
| 04-11 | CHECK | 679 | | $698.53 | $65,169.11 |
| 04-11 | CHECK | 676 | | $552.05 | $64,617.06 |
| 04-18 | **Ending Balance** | | | | $64,617.06 |



64900101102

**PRIMARY ACCOUNT #: 64900101102**

## Balance Sheet

**1** If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.

**2** Be sure that the service charge, if any, or other withdrawls shown on this statement, have been entered in your register as deductions.

**3** Compare checks paid (withdrawals) as shown on the front of this statement with your register.

**4** List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.

**5** Verify deposits recorded on this statement against deposits entered in your register.

**6** List all deposits not included on this statement in the space provided at the bottom right.

**7** Enter the ending balance shown on this statement.  _____

**8** Enter Total Outstanding Deposits.  _____

**9** Add #7 and #8.  _____

**10** Enter Total Outstanding Checks (withdrawals).  _____

**11** Subtract #10 from #9.  _____

**12** You are in balance if this total agrees with your register.  _____

| OUTSTANDING CHECKS (WITHDRAWALS) | |
|---|---|
| CHECK # | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| OUTSTANDING DEPOSITS | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**IF THIS TOTAL DOES NOT AGREE WITH YOUR REGISTER**

① Verify additions and subtractions in your register, as well as the figures above.

② Verify that register balances have been carried forward correctly from page to page.

③ Contact us - we can assist you in reconciling your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT, STATEMENT OR ELECTRONIC TRANSFERS
CALL OUR BUSINESS SOLUTION CENTER AT 1-877-768-1145
OR WRITE TO THE BANK
ATTN: BUSINESS SOLUTION CENTER
One Sovereign Way
RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

# Sovereign Bank

STATEMENT OF ACCOUNTS



64900101102    # 667    03/25/05    $6,254.63

64900101102    # 668    03/28/05    $619.61

64900101102    # 669    03/25/05    $708.31

64900101102    # 670    03/25/05    $592.94

64900101102    # 671    03/25/05    $943.24

64900101102    # 672    03/28/05    $830.17



64900101102    # 673    04/07/05    $6,254.63

64900101102    # 674    04/08/05    $990.38

64900101102    # 675    04/08/05    $753.60



64900101102    # 676    04/11/05    $552.05

64900101102    # 677    04/08/05    $1,073.68



64900101102    # 678    04/08/05    $1,143.64

**Sovereign Bank**

STATEMENT OF ACCOUNTS



SPINE CARE AND THERAPY, INC.
413 NEPONSET AVENUE 2ND FLOOR
DORCHESTER, MA 02122

679

04/08/05        $**698.53

Pay  SIX HUNDRED NINETY EIGHT DOLLARS and 53 CENTS

TO THE
ORDER  TIEN T. NGUYEN
OF     28 BORDER STREET
       EAST BOSTON, MA 02128

64900101102    # 679    04/11/05    $698.53

GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000

# F A X   T R A N S M I T T A L

If problems with transmittal, call fax department at 617.570.1498.

| Date | Total pages | Attorney number | Client/matter number |
|------|-------------|-----------------|----------------------|
| September 27, 2005 | 26 | 07561 | 121087 / 160824 |

| To | Company | Fax number | Telephone |
|----|---------|------------|-----------|
| Glenda Ganem | | 617-723-3555 | 617-723-1444 |

| From | | Fax number | Telephone |
|------|--|------------|-----------|
| Sheryl A. Koval | | 617.523.1231 | 617.570.1147 |

**Message:**

The information contained in this communication is intended only for the personal and confidential use of the designated recipients addressed. This message may be an attorney-client communication from an attorney at the law firm of Goodwin Procter LLP and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us at the telephone number shown above, and return the original message to us by mail. Thank you.



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO            2051
CONNECTION TEL           #85516177233555
CONNECTION ID
ST. TIME            09/27 09:04
USAGE T             59'17
PGS. SENT           26
RESULT              OK
```

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000

# FAX TRANSMITTAL

If problems with transmittal, call fax department at 617.570.1498.

| Date | Total pages | | |
|------|-------------|---|---|
| September 27, 2005 | 26 | | |

| To | Company | Fax number | Telephone |
|----|---------|-----------|-----------|
| Glenda Ganem | | 617-723-3555 | 617-723-1444 |

| From | | Fax number | Telephone |
|------|---|-----------|-----------|
| Sheryl A. Koval | | 617.523.1231 | 617.570.1147 |

**Message:**