## COMMONWEALTH OF MASSACHUSETTS

United States District Court      ss.    COURT
CIVIL NO. 0511287 RGS

Metropolitan Property & Casualty Ins. Co.

**Plaintiff**

vs.

Spine Care & Therapy Inc

**Defendant**          **ANSWER OF TRUSTEE**

Century Bank

**Trustee**

---

Now comes CENTURY BANK AND TRUST COMPANY, by and through its keeper of the books and records, and makes answer that at the time of service of the summons the trustee had in its possession goods, effects, and credits of the defendant in the amount of $ 25,325.61.
SIGNED THIS 2nd day of September 2005.

CENTURY BANK & TRUST COMPANY

BY _____
     Gracine Copithorne

TITLE__ Vice President Corporate Security
        Keeper of the Records

Certificate of Service I Gracine Copithorne hereby certify that on this day I serviced a copy of the within answer of trustee upon the following parties by first class postage prepaid addressed to:

Attorney Glenda H. Ganem
McGovern & Ganem P.C.
21 Merchants Row
4th Floor
Boston, MA  02109


United States District Court
1 Courthouse Way
Boston  MA  02210