**COMMONWEALTH OF MASSACHUSETTS**

Middlesex ss.

                                                    **Court of the Trial Court**

**Metropolitan Property & Casualty Insurance Co.**    Civil action No. 0511287 RGS
       Plaintiff

vs.

Hai Nh Huynh

                                        **ANSWER OF TRUSTEE**
       Defendant

Century Bank and Trust Co.

       Trustee

---

Now comes CENTURY BANK AND TRUST COMPANY, by and through its keeper of the records, hereby states that at the time of service of the within Summons to Trustee Process, it had no goods, effects, or credits of said defendant in its hands or possession.

Whereof the trustee prays that it may be discharged and for its costs.

SIGNED THIS: 2rd day of September 2005..

CENTURY BANK AND TRUST COMPANY

BY: *[signature]*

**TITLE:**      Gracine Copithorne
                  Security Officer
                  Keeper of the Records

Certificate of Service, I Gracine Copithorne hereby certify that on this day I serviced a copy of the within answer of trustee upon the following parties by first class postage prepaid addressed to:

Attorney Glenda H Ganem
McGovern & Ganem
21 Merchants Row
4th Floor
Boston, MA 02109

United States District Court
1 Courthouse Way
Boston MA 02210