UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 11287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) |

### PLAINTIFF, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST TO ADJUDGE CHIROTHERAPY AND REHAB, INC. AS TRUSTEE AND ENTER A DEFAULT FOR FAILURE TO ANSWER SUMMONS TO TRUSTEE

Now comes the Plaintiff, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), and respectfully requests this Honorable Court, pursuant to M.G.L. c. 246 §18 to adjudge Chirotherapy and Rehab, Inc. ("Chirotherapy") as trustee and enter a default due to its failure to file an Answer with the Court within the time permitted by M.G.L. c. 246 §10.

As reasons therefore, Metropolitan states that Chirotherapy was properly served with an approved Summons to Trustee on September 2, 2005.[1]  Pursuant to M.G.L. c. 246 §10, a person summoned as trustee shall file his answer within twenty days after service of the trustee summons upon him, unless the court directs otherwise. To date, Chirotherapy has not filed an Answer, and is therefore in default. Pursuant to M.G.L. c. 246 §18, a person who, being duly summoned as a trustee, does not file an answer within 20 days after service of the summons, shall be defaulted and adjudged a trustee.

---

[1] See United States District Court District of Massachusetts Summons to Trustee Chirotherapy & Rehab, Inc., served to Chirotherapy and Rehab, Inc., on September 2, 2005, hereafter attached as Exhibit "A."

1

**WHEREFORE**, for the foregoing reasons, the Plaintiff, Metropolitan Property and Casualty Insurance Company respectfully requests that this Honorable Court, pursuant to M.G.L. c. 246 §18, adjudge Chirotherapy as trustee of the Defendant, Hai Nhu Huynh, enter a default against Chirotherapy and any other relief deemed just and proper.

Respectfully submitted,
By the Plaintiff,
Metropolitan Property and Casualty
Insurance Company,
By its attorneys,

_____
Glenda H. Ganem, Esq.
BBO# 564374
Clayton R. Henderson
BBO#659532
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451
(617) 723-1444

Date: 9/29/05

## CERTIFICATE OF SERVICE

I, Glenda H. Ganem, attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that I have this day delivered, via first class mail, postage prepaid, a copy of the within document direct to:

Andrew Nebenzahl, Esq.
Nebenzahl DuBosque, LLP
On Post Office Square
Sharon, MA 01950

James C. Rehnquist, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

Michael Nguyen, DC, President
Chirotherapy & Rehab, Inc.
13 Pleasant Street
Malden, MA 02148-5106

Signed under the pains and penalties of perjury this 29th day of September, 2005.

_____
Glenda H. Ganem, Esq.

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

Metropolitan Property & Casualty Insurance Company, Plaintiff(s)

Case No. 05 11287 RGS

V.

Hai Nhu Huynh, Defendant(s)

Chirotherapy & Rehab, Inc., Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Hai Nhu Huynh of 81 Hardwick Road, Ashland, Massachusetts, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Metropolitan P & C Ins. Co., of 700 Quaker Lane, Warwick, Rhode Island, whose attorney is Glenda H. Ganem, Esq., of Govern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts may recover in an action brought against the said defendant in this Court to the value of $ 800,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on June 20, 2005. This attachment was approved on 9/1/05 by RICHARD G. STEARNS DJ in the amount of $ 800,000.00.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this ___ day of _____ 2005

SARAH A. THORNTON
CLERK OF COURT

By: _Elaine D. Flaherty_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

September 8, 2005

I hereby certify and return that on 9/2/2005 at 3:10PM I served a copy of the within summons to trustee to the within named Trustee, CHIROTHERAPY & REHAB, INC., Trustee by giving in hand to LIEN LE, . A copy of the summons to trustee with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on . Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

_Lawrence McMahon_
Deputy Sheriff