UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 11287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) |

### PLAINTIFF, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S ASSENTED TO MOTION FOR LEAVE TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Now comes the Plaintiff, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), and respectfully requests this Honorable Court grant Metropolitan leave to file its Opposition to the Defendants' Motion to Dismiss on or before Tuesday, October 11, 2005. Counsel for both parties conferred on this matter and have assented to this request.

**WHEREFORE,** for the foregoing reasons, the Plaintiff, Metropolitan Property and Casualty Insurance Company, respectfully requests that this Honorable Court grant Metropolitan's leave to file its Opposition to Defendants' Motion to Dismiss on or before Tuesday, October 11, 2005.

1

Respectfully submitted,
By the Plaintiff,
Metropolitan Property and Casualty
Insurance Company,
By its attorneys,

_/s/ Glenda H. Ganem_
Glenda H. Ganem, Esq.
BBO# 564374
Clayton R. Henderson
BBO#659532
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451
(617) 723-1444

## LOCAL RULE 7.1 CERTIFICATION

I, Glenda H. Ganem, counsel for the Plaintiff, Metropolitan, do hereby certify that counsel for all parties have assented to Metropolitan's request for leave to file its Opposition to the Defendants Motion to Dismiss on or before Tuesday, October 11, 2005.

_/s/ Glenda H. Ganem_
Glenda H. Ganem, Esq.

Date: 9/29/05

## CERTIFICATE OF SERVICE

I, Glenda H. Ganem, attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that I have this day delivered, via first class mail, postage prepaid, a copy of the within document direct to:

Andrew Nebenzahl, Esq.                James C. Rehnquist, Esq.
Nebenzahl DuBosque, LLP               Goodwin Procter
One Post Office Square                Exchange Place
Sharon, MA 01950                      Boston, MA 02109

**Signed under the pains and penalties of perjury this 29th day of September, 2005.**

_/s/ Glenda H. Ganem_
Glenda H. Ganem, Esq.

2