UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) ) |
| v. | ) ) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUBMISSION OF ADDITIONAL AFFIDAVIT AND DOCUMENTS IN SUPPORT OF ITS MOTION TO DISSOLVE ATTACHMENT OF SOVEREIGN ACCOUNT NO. 649000101102**

The defendants, Hai Nhu Huynh and Spine Care and Therapy, Inc. ("Spine Care"), hereby reply to plaintiff Metropolitan Property and Casualty Insurance Company's ("Metropolitan") Opposition to defendants' submission of an additional affidavit and documents in support of their motion to dissolve the *ex parte* trustee attachment on Sovereign Bank Account number 649000101102. As the basis for this Reply, defendants state as follows:

First, there is no requirement under M.G.L. c. 246, § 20 that the account in question be used exclusively as a payroll account to be immune from attachment. M.G.L. c. 246, § 20 simply provides that, "any moneys of the defendant deposited in any account designated as a payroll account shall not be subject to attachment hereunder." Metropolitan has cited no authority to support the position that to be designated a payroll account, an account must be *exclusively* used for payroll purposes.

Second, as Dr. Huynh's Third Affidavit, attached hereto as Exhibit A, explains, the few transactions noted by Metropolitan are withdrawals that happen occasionally to pay for miscellaneous Spine Care expenses. *See* Third Affidavit of Hai Nhu Huynh, at ¶ 3. These withdrawals are not the purpose, nor are they the typical activity, of this account and are *de minimus* in comparison to the use of the account for payroll purposes. *Id.* In the ordinary course of business, the account in question is used exclusively as a payroll account. *Id.* at ¶ 2.

For the foregoing reasons, the attachment on Sovereign Bank Account number 649000101102 should be dissolved.

    Respectfully submitted,

    HAI NHU HUYNH and
    SPINE CARE AND THERAPY, INC.,

    By their attorneys,

    _/s/_James C. Rehnquist_____
    James C. Rehnquist (BBO# 552602)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000

    __/s/ Andrew D.Nebensahl_____
    Andrew D. Nebenzahl (BBO# 368065)
    NEBENZAHL │ DuBOSQUE, LLP
    One Post Office Square
    Sharon, MA  02067
    (781) 784-2000

October 4, 2005

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287RGS

METROPOLITAN PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
Plaintiff, )
)
v. )
)
HAI NHU HUYNH and )
SPINE CARE AND THERAPY, INC., )
Defendants. )

**THIRD AFFIDAVIT OF HAI NHU HUYNH**

I, HAI NHU HUYNH, BEING DULY SWORN, SAY AND DEPOSE AS FOLLOWS:

1. Account number 649000101102 at Sovereign Bank is designated by Spine Care and Therapy, Inc. as its payroll account.

2. In the ordinary course of business, this account is exclusively used as a payroll account.

3. Occasionally, money from this account is used to pay for miscellaneous expenses of Spine Care and Therapy, Inc. These types of withdrawals, noted by plaintiff, are *de minimus* in comparison to the primary use of the account as a payroll account.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4TH DAY OF October 2005.

_____
HAI NHU HUYNH