UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11287-RGS

Metropolitan Property & Casualty Insurance Company
*Plaintiff*

v.

Hai Nhu Huynh &
Spine Care & Therapy, Inc.
*Defendants*

## ANSWER OF TRUSTEE

NOW COMES Chirotherapy & Rehab, Inc., summonsed as Trustee in the above-entitled action, answers that at the time of service of the Summons upon the Trustee, Hai Nhu Huynh held 25 shares of common stock in Chirotherapy & Rehab, Inc. and that the value of the stock is $149,000.00.

Signed under penalties of perjury this 5th day of October, 2005.

Chirotherapy & Rehab, Inc.
By it's President

_____
Michael Nguyen, President

CERTIFICATE OF SERVICE

      I, Paul R. Matthews, attorney for Chirotherapy & Rehab, Inc., hereby certify that I have this day delivered, via first class mail, postage prepaid, a copy of the within document direct to

Andrew Nebenzahl, Esq.
Nebenzahl DuBosque, LLP
One Post Office Square
Sharon, MA 01950

James C. Rehnquist, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

Glenda H. Ganem, Esq.
Clayton R. Henderson, Esq.
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451

      Signed under the pains and penalties of perjury this 5th day of October, 2005

_____
Paul R. Matthews, Esq.
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock Street
Quincy, MA 02170
(617) 479-7770