UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11287-RGS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

v.

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.

ORDER ON DEFENDANT'S MOTION
TO DISSOLVE EX PARTE ATTACHMENTS

October 12, 2005

STEARNS, D.J.

After review of the supplemental affidavit of Mark O. Huard and the supporting exhibits, the court finds that plaintiff Metropolitan Property and Casualty Insurance Company has established that it will likely succeed on the merits and that its damages exceed the $800,000 attachment authorized by the court. Consequently, the motion to dissolve the ex parte attachment is DENIED with the exception of the attachment on Sovereign Bank Account No. 649000101102. The latter account the court finds exempt from attachment by operation of G.L. c. 246, § 20.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE