UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

METROPOLITAN PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
Plaintiff, )
)
v. )
)
HAI NHU HUYNH and )
SPINE CARE AND THERAPY, INC., )
Defendants. )



### DEFENDANTS' MOTION TO QUASH
### SUBPOENA OF DR. DANIEL REIDA

The defendants, Hai Nhu Huynh and Spine Care and Therapy, Inc., hereby move this Court, to quash the subpoena served on Dr. Daniel Reida. As basis for this motion, defendants state the following reasons:

First, although there is no Massachusetts case directly on point, New York law prohibits compelling an expert to give testimony and the same reasoning applies in this instance. *Krumme v. West Point Pepperell, Inc.*, 735 F. Supp. 575, 578 (S.D.N.Y. 1990). Experts should not be compelled to perform work they do not want to do, nor be forced to do work pro bono. *Id.* at 579.

Second, if Dr. Reida is compelled to testify, his testimony must be limited to opinions already formed and Metropolitan is prohibited from asking Dr. Reida to form new opinions. *See e.g., Kaufman v. Edelstein*, 539 F.2d 811, 822 (2nd Cir. 1976); *Carter-Wallace, Inc. v. Otte*, 474

F.2d 529, 536 (2nd Cir. 1972); *Snyder v. American Motors Corp.*, 115 F.R.D. 211, 212 (D. Az. 1987); *Tahoe Insurance Co. v. Morrison-Knudsen Co.*, 84 F.R.D. 362, 364 (D. Idaho 1979).

Third, subpoenaing the opposing party's expert implicates work-product and attorney-client privilege protections. Metropolitan should not be allowed to invade these protected areas by asking Dr. Reida about matters that implicate his communications with counsel and client, and which necessarily reflect matters that he has been exposed to only as a result of these communications. *Pinkett v. Brittingham*, 567 A. 2d 858, 860 (Del. 1989).

Fourth, at minimum, if Dr. Reida is required to testify, Metropolitan must pay his regular fees for his testimony. *Fitzpatrick v. Holiday Inns, Inc.*, 507 F. Supp. 979, 979-80 (E.D. Pa. 1981).

        Respectfully submitted,

        HAI NHU HUYNH and
        SPINE CARE AND THERAPY, INC.,

        By their attorneys,

        */s/ James C. Rehnquist*
        James C. Rehnquist (BBO# 552602)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

        */s/ Andrew D. Nebenzahl*
        Andrew D. Nebenzahl (BBO# 368065)
        NEBENZAHL | DuBOSQUE, LLP
        One Post Office Square
        Sharon, MA 02067
        (781) 784-2000

September 26, 2005