UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, <br><br> v. <br><br> HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT'S OCTOBER 12 ORDER DENYING MOTION TO DISSOLVE ATTACHMENTS**

Defendants' Hai Nhu Huynh and Spine Care and Therapy, Inc. ("Spine Care") hereby move for reconsideration of this Court's order of October 12, 2005, which denied defendants' motion to dissolve plaintiff's *ex parte* attachments. Reconsideration is warranted because defendants' motion was denied without consideration of its response to plaintiff's supplemental materials justifying the original *ex parte* attachments.

Respectfully submitted,

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.,

By their attorneys,

_/s/_James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

                    __/s/ Andrew D.Nebensahl_____
                    Andrew D. Nebenzahl (BBO# 368065)
                    NEBENZAHL │ DuBOSQUE, LLP
                    One Post Office Square
                    Sharon, MA  02067
                    (781) 784-2000

October 18, 2005

## REQUEST FOR ORAL ARGUMENT

Defendants request a hearing, and believe that oral argument may assist the Court in deciding the motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that the moving party has conferred in good faith with opposing counsel on the matters set forth in the foregoing motion in an attempt to resolve or narrow the issues and reports that the plaintiff, Metropolitan Property and Casualty Insurance Company, has not assented to this motion.

                    _/s/_James C. Rehnquist_____

LIBA/1585436.1