UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

_____
                                        )
METROPOLITAN PROPERTY AND               )
CASUALTY INSURANCE COMPANY,             )
Plaintiff,                              )
                                        )
v.                                      )
                                        )
HAI NHU HUYNH and                       )
SPINE CARE AND THERAPY, INC.,           )
Defendants.                             )
_____)

**RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO
DEFENDANTS' MOTION TO DISSOLVE PLAINTIFF'S EX PARTE
ATTACHMENTS (OR, ALTERNATIVELY, MEMORANDUM IN SUPPORT
OF MOTION FOR RECONSIDERATION OF COURT'S
OCTOBER 12 ORDER DENYING MOTION TO DISSOLVE ATTACHMENTS)**

Defendants Hai Nhu Huynh and Spine Care and Therapy, Inc. ("Spine Care") submit this

response to Metropolitan Property and Casualty Insurance Company's ("Metropolitan")

supplemental opposition to defendants' motion to dissolve the *ex parte* attachments in the

amount of $800,000. Alternatively, defendants submit this pleading as a memorandum in

support of defendants' motion for reconsideration of the Court's October 12 order denying

defendants' motion to dissolve the attachments.[1]

## INTRODUCTION

Despite having been given a second bite at the apple, Metropolitan is unable to muster

"specific facts" demonstrating that it is reasonably likely to prevail on the merits at all, and

certainly not in the amount of $800,000. As a threshold matter, Metropolitan's attempt to

---

[1] The Court denied defendants' motion on October 12, 2005 even though it had yet to receive defendants'
response to plaintiff's supplemental materials. Defendants wrote a letter to the Court seeking clarification of
the ruling. A copy of the letter is attached as Defendants' Exhibit D.

demonstrate that 269 claims were fraudulent by citing just eight examples fails to comport with Mass. R. Civ. P. 4.1(h)'s requirement that affidavits supporting an attachment must set forth specific facts.

Even Metropolitan's eight examples fail to demonstrate fraud, or even error. As explained below, Metropolitan mischaracterizes the relevant documentation as well as the patients' testimony, testimony which is often unreliable in its own right. Metropolitan's questioning of patients and analysis of patients' records also reveals, if not carelessness or deception, a failure to understand the basics of chiropractic treatment. The incorrect CPT codes that Metropolitan relies on, moreover, are a complete red herring, as there is no practical billing difference between the "new patient" and "existing patient" codes. In short, Metropolitan has not "met its burden of demonstrating that a recovery…of any specific amount is likely," and an attachment is unwarranted. Sheehan v. NetVersant-New England, Inc., 345 F. Supp. 2d 130, 132 (D. Mass. 2004).

## BACKGROUND

On September 26, 2005, this Court held a hearing on defendants' motion to dissolve *ex parte* attachments that it had issued on June 20 and September 9, 2005. Apparently recognizing that the vague and wholly anecdotal submission on which the *ex parte* attachments had been based was insufficient, this Court allowed plaintiff to submit materials that would support its motion for attachment and demonstrate that Metropolitan is likely to succeed on the merits of its claim in an amount greater than $800,000. At the hearing, the Court agreed that plaintiff's supplemental submission would be due on September 30 and defendants' response thereto on October 14.

In its supplemental submission, plaintiff did not make any new legal arguments, but submitted a twenty-seven page supplemental affidavit of its Special Investigator, Mark O. Huard

(the "Huard affidavit").  Mr. Huard alleges that Metropolitan has been "fraudulently induced" by defendants to pay over $800,000, a figure he calculates by assuming that each and every one of defendants' 269 claims were fraudulent.  Huard Aff. ¶ 142-147.

To support his position that each and every one of these 269 claims were fraudulent, Mr. Huard alleges that defendants have engaged in an "extensive and continuing pattern" of fraud. Huard Aff. ¶ 6.  The allegations that purport to support this sweeping allegation fall into three categories.  First, Mr. Huard identifies eight patients of the universe of 269 and alleges that for those eight patients Dr. Huynh and Spine Care provided treatment for fictitious injuries or billed for treatment never provided.[2]  Huard Aff. ¶¶ 6-109, 130-41.  Mr. Huard states, in a footnote, that these patients are "identified and addressed by way of example only" and that "[t]he insurance fraud scheme implemented and orchestrated by defendants is by no means limited to these individual claims, but rather the referenced claims depict and illustrate, with specificity, the pattern of defendants' scheme."  Huard Aff. p.2 n.2.  Mr. Huard does not allege that Metropolitan was damaged by any of these eight claims; to the contrary, he alleges that none of these claims were paid.  Huard Aff. ¶¶ 19, 31, 44, 61, 88, 109.

Second, the Huard affidavit identifies ten patients whose treatment was allegedly billed under the "CPT" code for new patients when they should have been billed under the code for an existing patient.  Huard Aff. ¶¶ 110-11.  There are no additional allegations for these patients,

---

[2]     Among the exhibits attached to Mr. Huard's affidavit are the transcripts of testimony of these eight patients. Mr. Huard asserts that "[c]ontrary to the assertions made by defense counsel at the September 26 hearing…the Defendants have been aware, since at least August 2005, of virtually of the information contained within this affidavit," and that this testimony was provided to defendants along with a copy of plaintiff's Massachusetts Division of Licensure Complaint.  Huard Aff. ¶¶ 4, 5.  While defendants had received transcripts related to the licensure complaint, it was totally unclear to defendants which, if any, patients were referenced in the original Huard affidavit, which merely referenced the testimony of "several patients" without identifying a single one. Huard Affidavit (June 20, 2005), ¶ 6.  The licensure complaint contained references to over eighteen patients, a subset of which have been referenced in plaintiff's supplemental submission.  In addition to that subset, Mr. Huard has identified four additional patients (Thuy Tran, Toan Tran, Linda Le and Son Khac Vu) for whom Metropolitan had not previously provided testimony or records and, in the case of Thuy Tran and Toan Tran, still has not provided testimony or records.

and no allegation that anything else about their treatment or billing was improper.  Mr. Huard

says nothing about any damages to Metropolitan as result of the use of these alleged improper

billing codes, or even the difference in reimbursement rate between the two billing codes.

Third, Mr. Huard makes gratuitous allegations wholly unrelated to any bills submitted to

Metropolitan in an effort to demonize defendants.  He alleges darkly that defendants had

"improper relationships with attorneys," Huard Aff. ¶¶ 112-129, and that defendants never

provided treatment for patients that was billed for less than the $2000 tort threshold.  Id. at ¶ 144.

**ARGUMENT**

**I.      METROPOLITAN IS NOT LIKELY TO SUCCEED ON THE MERITS AT ALL, AND CERTAINLY NOT IN AN AMOUNT GREATER THAN $800,000.**

Metropolitan is not likely to succeed on the merits at all – and certainly not in an amount

in excess of $800,000 – for several reasons.  As a threshold matter, the examples of eight patients

out of 269 is insufficient to demonstrate – by the "specific facts" required under Mass. R. Civ. P.

4.1(h) – that the entire universe of 269 claims was fraudulent, the only predicate for a likely

$800,000 recovery.

In addition, Mr. Huard's allegations even with respect to these eight patients are simply

wrong, as explained below.  First, Dr. Huynh's general practices and procedures indicate that he

reliably and reasonably examines, diagnoses and treats patients.  Second, the example of patient

Stephen Nguyen, one of the cases on which Mr. Huard relies, illustrates the misleading and false

statements made by Metropolitan in support of its allegations of fraud.  Third, all of the

testimony on which Mr. Huard relies must be considered skeptically by the Court.  This

testimony is taken from patients for whom English is a second language, often with an

interpreter, and in proceedings where defendants' counsel was not present and there is no

opportunity for objections or cross-examination.  Fourth, Mr. Huard's allegation about

Metropolitan being defrauded by Spine Care's use of the "new patient" CPT codes is also false. Fifth, and finally, Mr. Huard's gratuitous allegations about "improper relationships with attorneys" and treatment in excess of the $2000 tort threshold, are misleading.

In short, defendants at a minimum have raised defenses that are "at least facially meritorious," and therefore the plaintiff's recovery is uncertain. Accordingly, an attachment in any amount would be unreasonable. See Sheehan v. NetVersant-New England, Inc., 345 F. Supp. 2d at 132 (denying motion for attachment where defendant's defenses were "at least facially meritorious," which indicated that plaintiff had not "met its burden of demonstrating that a recovery of … any specific amount is likely"). Metropolitan's $800,000 attachment, therefore, must be dissolved.

### A. Plaintiff's Eight Alleged Examples Are Insufficient to Meet the Standards of Mass. R. Civ. P. 4.1(h).

Despite being given ample opportunity to fully supplement basis for its *ex parte* attachments, plaintiff is only able to cobble together the cherry-picked testimony of eight patients to support its assertions that Dr. Huynh engaged in fraudulent billing practices. Although alleging that Dr. Huynh engaged in fraudulent billing for all 269 patients he saw and billed Metropolitan for since his practice in Massachusetts opened in 2001, Huard Aff. ¶¶ 142-143, Metropolitan comes up with only eight examples that purport to support its claims. Nor does Mr. Huard allege any facts supporting an inference that these eight examples are representative the universe of claims.[3] As to these eight examples, moreover, Metropolitan alleges no damages at all, alleging instead that "Metropolitan denied the Defendants' claims for payment." Huard Aff. ¶¶ 19, 31, 44, 61, 88, 109.

---

[3] There is no evidence that Metropolitan even conducted examinations under oath for any more than twenty patients before concluding that Dr. Huynh was engaged in pervasive "scheme" of fraud. Huard Aff., Exhibit 1, Massachusetts Division of Licensure Complaint.

Such allegations "by example" do not comport with the standard Massachusetts law requires before an attachment can be issued. Under Mass. R. Civ. P. 4.1(h), a party seeking an attachment must come forward with "<u>specific facts</u> sufficient to warrant the required findings." Although there is virtually no Massachusetts law fleshing out Rule 4.1(h)'s specificity requirement, logic dictates that the requirement must be at least as rigorous – given the enormous consequences to a defendant who must wage costly litigation even as his assets are attached – as that imposed by the particularity requirement of Rule 9(b) of the Federal Rules of Civil Procedure. Rule 9(b) requires the plaintiff to identify "the time, place, and content of an alleged false representation," <u>Doyle v. Hasbro, Inc.</u>, 103 F.3d 186, 194 (1st Cir. 1996), and the First Circuit has held that this standard is not relaxed simply because the alleged fraudulent acts are complex or large in number. <u>See</u> <u>Karvelis v. Melrose-Wakefield Hospital</u>, 360 F.3d 220, n. 14 (1st Cir. 2004) (noting that the First Circuit has not adopted a "relaxed Rule 9(b) standard because the defendants' alleged fraudulent schemes were complex and occurred over a period of several years."). Under Rule 4.1(h), at least an analogous quantum of specificity and particularity must be required. By only providing eight examples of the alleged fraudulent conduct, Metropolitan has not satisfied its burden under Mass. R. Civ. P. 4.1(h) as to the other 261 claims or the "scheme" briefly alluded to in the Huard affidavit.

**B.    Metropolitan's Allegations of Treatment for Fictitious Injuries And Fraudulent Billing Are False And/Or Misleading.**

    **1.    <u>Dr. Huynh's Practice Appropriately Examines, Diagnoses and Treats Patients Based on Their Needs and Properly Documents This Treatment.</u>**

Some background on Dr. Huynh's practice is helpful to place Metropolitan's allegations in context. As Dr. Huynh states in his affidavit, he comprehensively examines each patient during the patient's initial visit and makes objective findings. These objective findings are the

clinical rationale and the basis for the treatment program that is provided and rendered to each of his patients. Affidavit of Hai Huynh In Support of Defendants' Response to Plaintiff's Supplemental Opposition to Defendants' Motion to Dissolve Plaintiff's *Ex Parte* Attachments ("Huynh Aff."), attached hereto as Exhibit A, ¶ 2. The treatment in each case is appropriate, justified and documented. Id. The patients cited by Metropolitan all progressed in accordance with their diagnosis and the treatment provided, and all patients were discharged in a clinically reasonable time. Id. In reaching his conclusions, Mr. Huard overlooks one of the crucial principles of chiropractic medicine: often, objective findings may extend beyond the area of subjective complaint, and examination of and treatment for a particular area of complaint may require addressing adjacent muscle areas. Huynh Aff. ¶ 3. One well-known example of this phenomenon is sciatica. When a patient is suffering from sciatica, an injury resulting from a protruding disk in the lower spinal column (a back injury), the pain manifests itself in the legs. Treatment to the leg would do nothing to cure sciatica even though that is where the patient feels pain. To cure the leg pain, treatment must be rendered to a different part of the body and adjacent muscle areas. Id.[4]

As to the alleged billing errors, Dr. Huynh has taken measures to ensure that his bills are accurate. Huynh Aff. ¶ 4. The billing in each of these cases was consistent with the treatment deemed necessary, provided and recorded in the patient's records. Id. While billing errors may occur in a busy chiropractic practice such as Dr. Huynh's, bills were not inflated and there was no intent to submit inaccurate bills. Id. Furthermore, any billing disputes with insurance

---

[4]    Any allegation that Dr. Huynh improperly delegated clinical responsibilities is entirely false. Huynh Aff. ¶ 6. The regulatory scheme in Massachusetts permits the delegation of supportive modalities under appropriate supervision by the chiropractor, which was done in this case. Dr. Huynh (or, in his absence, a chiropractor covering his patients) made all clinical decisions and prescribed all treatment. Id. A licensed chiropractor was on the premises at all times. Id.

companies have been rare. Huynh Aff. ¶ 5. Such disputes are not uncommon and do not imply any sort of fraudulent scheme. Id.

Additionally, it is important to note that Dr. Huynh's patient population is largely Asian, consisting primarily of Vietnamese who speak little or no English. Huynh Aff. ¶ 7. Serving this community presents unique challenges both in recordkeeping and in communicating with patients. Patient records must be kept in English for submission to insurers and to comply with Dr. Huynh's regulatory obligations. Id. Dr. Huynh carefully maintains patient records and is certain to record all examinations, diagnoses and treatments contemporaneously with when they occur. Id. Language issues arise frequently in the course of Dr. Huynh's practice when diagnoses and treatments must be explained. Huynh Aff. ¶ 8. For example, there is no precise translation for the chiropractic term of art "manipulation." Id. Translation of this word would require an explanation of the procedure and cannot be captured in one word. Id. Therefore, it is difficult to determine how this word was translated during the examinations under oath of Dr. Huynh's patients and it is unclear if patients would even understand the interpreter's translation. Id. There are also unique cultural issues that arise in treating a population from a different culture. Id. Dr. Huynh's patients are reluctant to disclose personal information, including medical information, and often will only disclose that which they feel is directly necessary to their current injury. Id.

Any allegation of fraud is undercut by the forthcoming way Dr. Huynh responded during the investigation of his practices that has been conducted by Metropolitan. Huynh Aff. ¶ 9. Metropolitan's investigators visited Dr. Huynh's office on at least three occasions (once in 2001 and twice within the last year), and each time Dr. Huynh spoke with the investigator and allowed him to take pictures. Id. Despite Dr. Huynh's candor and openness, Metropolitan and Mr. Huard mischaracterize Dr. Huynh's procedures, records, and the testimony of his patients.

2.     **As Illustrated By the Case of Steven Nguyen, One of the Eight Patients Relied on By Mr. Huard, Metropolitan's Allegations of Fraud Are Baseless.**

Defendants will not undertake in this memorandum a point-by-point refutation of all of Metropolitan's allegations.  The case of Steven Nguyen, however, is emblematic of Metropolitan's flawed allegations.  Mr. Huard alleges that Mr. Nguyen was "falsely diagnosed" with a shoulder injury and that Metropolitan was "fraudulently billed" for treatments for Mr. Nguyen's "fictitious shoulder injury."  Huard Aff. ¶¶ 20-31.  Mr. Huard's statements relating to Mr. Nguyen's injuries and treatment are simply false.

As Dr. Huynh's affidavit states, Mr. Nguyen presented with cervicodoral (neck and upper area of the mid-back) pain and headache from a car accident.  Huynh Aff. ¶ 20.  Contrary to Mr. Huard's assertion that Dr. Huynh's Narrative Report "falsely diagnoses a shoulder injury," Huard Aff. ¶ 27, there is no such finding reported in the diagnosis section of the Narrative Report.  Huynh Aff. ¶ 21.  To the contrary, it states "Acute traumatic cervicodorsal sprain/strain…Myospasm …Headache…Cervical segmental dysfunction…Thoracic segmental dysfunction."  Id.; Huard Aff., Exhibit 11 at 3.  Mr. Huard may be confused by the reference to a "shoulder depression test" that was administered to Mr. Nguyen.  This test is an examination technique used to test to injury to the neck – the area of Mr. Nguyen's complaint.  Huynh Aff. ¶ 22.

Mr. Huard goes on to state that Mr. Nguyen was prescribed and received "significant treatment for shoulder injuries."  Huard Aff. ¶ 23.  Again, Mr. Huard's statement is false.  The only possible treatment that Mr. Huard could be referring to is "trigger point therapy" that is prescribed in the protocol for the "sub-occipital, bilateral shoulders, trapezius muscle and scapular areas."  Huard Aff., Exhibit 12 at 2; Huynh Aff. ¶ 23.  This treatment, however, is consistent with a neck injury, and the fact that therapy is administered to trigger-point areas in

the shoulder/trapezius does not mean it is a treatment for a "shoulder injury."  Huynh Aff. ¶ 23.

Mr. Huard also misstates the record by describing this treatment as "significant" – it was only

administered once at a cost of $40.  Id.

Mr. Huard's statements regarding bills for treatment of Mr. Nguyen are also inaccurate.

To support his statement that Metropolitan was billed for, but Mr. Nguyen never received,

infrared treatments, Mr. Huard relies on testimony from Mr. Nguyen elicited by uninformed or

misleading questioning conducted by Metropolitan's counsel.  Huard Aff. ¶ 24.  In the

Examination Under Oath, Metropolitan's counsel described infrared treatment as "pass[ing] a

machine over [the] body or neck area that had a red light."  Huard Aff., Exhibit 10 (Examination

of Steven Nguyen) at 61:3-5.  This description is just wrong.  The infrared machine does not

emit a light that is visible to the naked eye, it does not produce any sensation of light or heat

while it is working, and it is not passed over the body; rather it is placed on the affected and

adjacent areas for thirty second intervals.  Huynh Aff. ¶ 24.  No wonder Mr. Nguyen denied

receiving such treatment.  It is unlikely, moreover, that Mr. Nguyen would have ever seen the

infrared machine, as the patient lies face down when infrared treatments are administered, and

the base of the machine is not located near the area where the treatment is given.  Id.

Mr. Huard also makes the allegation that Dr. Huynh declared Mr. Nguyen on total

disability, even though he missed no work.  Huard Aff. ¶ 27-28.  This is yet another

mischaracterization of the actual facts.  As Dr. Huynh explains, he recommended that

Mr. Nguyen not attend work for one week because of his injuries – this was not a case of

permanent disability as Mr. Huard makes it sound.  Huynh Aff. ¶ 25.  Furthermore, Dr. Huynh

has no way of knowing what Mr. Nguyen did once he left his office and whether or not he went

to work and why.  Id.

The mischaracterizations and false statements Mr. Huard makes with regard to Mr. Nguyen are mere examples of the pattern of misrepresentations made in Mr. Huard's affidavit and during the patient examinations.  Mr. Huard and Metropolitan continually misconstrue the medically appropriate and reasonable findings and treatment rendered by Dr. Huynh in an attempt to make out its case for fraud.

3.    **As a General Matter, the Testimony Metropolitan Uses to Support Its Allegations is Unreliable.**

The patient testimony that Metropolitan relies on is generally unreliable for several reasons.  First, it is important to note that this is not deposition testimony but rather testimony Metropolitan obtained pursuant to its contractual rights to conduct an "examination under oath" (EUO) of anyone making a claim under an insurance policy.  Morales v. Pilgrim Ins. Co., 58 Mass. App. Ct. 722, 724 (2003).  There are significant differences from deposition testimony. Defendants' counsel did not attend any of those examinations – sometimes no counsel appeared for the patient – and there is no opportunity at EUOs for objections or cross-examination.

Second, all of these patients are Vietnamese or Vietnamese-American, and English is not their first language.  Although an interpreter was present in some instances, there is no direct translation into Vietnamese for some of the key terms – such as "manipulation."  Huynh Aff. ¶ 8. Meo Thi Tran, when asked about treatment with ice packs, stated she did not understand what that meant.  Huard Aff., Exhibit 21, 29:15-20.  Additionally, when Ms. Thuy Nguyen, not named in Mr. Huard's affidavit, but cited in Metropolitan's licensure complaint, Huard Aff., Exhibit 1, was asked which leg was injured, the interpreter interrupted and stated: "[s]he's saying her right leg, but she is pointing to the left leg."  Examination of Thuy Nguyen, attached hereto as Defendants' Exhibit B, at 36:18-37:1.  Ms. Thanh Le was completely confused throughout her

examination and could even remember what color car, black or white, she was riding in.  See Huard Aff., Exhibit 15 at 22:17:23:7.

Third, despite the language barrier, and despite (or perhaps because of) the lack of protections of an actual deposition (e.g., objections, right to cross-examination), counsel for Metropolitan continually intimidated witnesses by questioning their veracity. See Huard Aff., Exhibit 10 (Examination of Steven Nguyen) at 43:13-14 (counsel stating "No, no start with the truth."); Exhibit 15 (Examination of Thanh Le) at 23:8-15 (counsel questioning if Ms. Le was really in the accident); Exhibit 27 (Examination of Ani Bui) at 19:7-8, 28:1-15 (counsel told Mr. Bui that "[i]t's not a good sign that you're being investigated for both your accidents" and questioned his veracity when he stated he could not remember whether or not he was in school when his accident occurred); Exhibit 39 (Examination of Dugong Le) at 34:8-23 (counsel questioning whether sixteen year old Mr. Le was in the car during the accident because he was laying down in the back seat and was not seen by the other driver).  Steven Nguyen, who is discussed in more detail above, captured the tenor of the proceedings by stating at the beginning of his testimony that he "[felt] like a criminal."  See Huard Aff., Exhibit 10 at 35:16-36:2.

Fourth, in addition to this abusive questioning of witnesses, Metropolitan's counsel asked uninformed or misleading questions about the treatment Dr. Huynh had rendered.  A prime example was questioning about whether patients received "infrared" treatment, a treatment that Metropolitan alleges was fraudulently billed in several cases.  Counsel repeatedly incorrectly described infrared treatments, to patients other than Steven Nguyen, described above, by falsely

describing the treatment in a manner similar to that in the Nguyen examples.[5]  This questioning

is either intentionally misleading or reflects a gross misunderstanding of the treatments being

challenged.

In short, the EUO testimony Metropolitan relies on lacks reliability for several reasons.

This Court should be reluctant to base the draconian remedy of attachment on such infirm

"evidence."

### 4.    The Six Patient Cases Metropolitan Relies On Are Mischaracterized and Filled with Misleading Questioning.

In each of the six principal patient cases that Metropolitan has cherry-picked here, Mr.

Huard's fraud allegations are based on evidence that is unreliable for on reason or another.

Examples of this lack of reliability follow.

a.    Meo Thi Tran.  Mr. Huard alleges that "Mrs. Tran testified that Dr.

Huynh did not question her regarding previous motor vehicle accidents."  Huard Aff. ¶ 51.

(citing Exhibit 21 (Examination of Meo Thi Tran) at 63:1-9).  This assertion is simply wrong.

Ms. Tran was asked by Metropolitan's counsel whether she "notif[ied] Dr. Hai that you had been

in another automobile accident three months prior and that you had received treatment on your

same back portion?"  Id. at 63:4-6.  She replied not in the negative but responded instead:  "I

don't recall.  It is probably just because of my bad memory.  But if he asked I would have told

him about the previous accident."  Id. at 63:7-9.  Notably, the interpreter interrupted the

examination on several occasions, once indicating that he was having trouble interpreting

---

[5]    Ms. Thuy Nguyen was asked:  "... did anyone take a machine and hold it against one part of your body for treatment that would make it hot?"  Examination of Thuy Nguyen, attached hereto as Defendants' Exhibit B, 39:17-40:5.  Patient Duong Le was asked whether he received  treatment with "an infrared or a red light on his body" or a "machine that was pulled down and ran along his body."  Huard Aff., Exhibit 39 at 44:9-14.  Patient My Khiet was also asked whether she was treated with a "device that was passed along her body that has sort of red light to it."  Examination of My Khiet, attached hereto as Defendants' Exhibit C, at 80:9-10.

because of the length of Ms. Tran's answers and once because he did not think the witness understood the question.  Id. at 47, 49.

        b.    <u>Muoi Thi Huynh</u>.  Mr. Huard alleges that defendants falsely diagnosed Ms. Huynh's injuries to include back pain and then proceeded to fraudulently bill Metropolitan for medically unnecessary treatment for these "fictitious" injuries.  Huard Aff. ¶¶ 14-17.  The entire basis for these allegations is Ms. Huynh's testimony that she did not "report" back injuries to defendants.  Id. at ¶ 13 (Huard Aff., Exhibit 3 at 23:6-12, 44:6-22).

Although Ms. Huynh, an elderly Vietnamese woman, initially complained only of injuries to her knees and arm, the records make it clear that the initial examination conducted by Dr. Huynh indicated back pain as well, regardless of the injuries she initially reported.  <u>See</u> Huard Aff., Exhibit 4 at 1.  As Dr. Huynh explains in his affidavit, many of his patients are unable or even unwilling to articulate their injuries during their initial complaint, and therefore his initial examination seeks to elicit pain responses which the patient may not recognize as being associated with their initial symptoms yet are nonetheless related.  Huynh Aff. ¶ 3.  This was the case with Ms. Huynh.

Ms. Huynh's testimony is fully consistent with the explanation provided above.  The testimony Mr. Huard cites on p. 23 suggests that Ms. Huynh is describing only what she initially reported to the Spine Care staff, and not what she may have experienced during her initial examination by Dr. Huynh (which, naturally, she was not asked about).  The testimony Mr. Huard cites on p. 44 is based on confusing references to an exhibit that Metropolitan's counsel is apparently pointing to during the examination.  The cited testimony includes this exchange:

Q. So anything in these patient progress reports that refers to back, neck or shoulder pain was not provided by you, is that correct?

A. I didn't tell them that. I just told them whatever I was in pain.

Huard Aff., Exhibit 3 at 44:18-22. This testimony fully consistent with the explanation in Dr. Huynh's affidavit, as Ms. Huynh may well have meant simply that she did not articulate the location of her pain but instead responded to questions as to whether a particular examination procedure caused her pain.

        c.    <u>Nhut Cao</u>. Mr. Huard's allegations regarding Nhut Cao include the allegation that Metropolitan was fraudulently billed for infrared treatments even though Mr. Cao denied receiving any such treatment. Huard Aff. ¶104. This is a classic example of a misleading or uninformed description of infrared treatment, as Metropolitan's counsel described this treatment as "a machine that would move up and down your body… [t]hat somebody would control up and over your body, that would shine a red light." Huard Aff., Exhibit 32 at 56:1-6. As Dr. Huynh explains in his affidavit, this is an inaccurate description of infrared treatment. In short, this testimony is wholly unreliable.

        d.    <u>Ahn Bui</u>. Mr. Huard's allegations regarding this patient are confusing. For one thing, Mr. Huard incorrectly states that the claim was denied when in fact the claim was paid in the amount of $1,079.00. Huynh Aff. ¶ 13. For another, Metropolitan's counsel appears to find his testimony sufficiently unreliable that she asks Mr. Bui if he has mental health problems. Huard Aff., Exhibit 27 at 28:3-4. The principal allegation regarding this patient is that treatment should have been billed under an "existing patient" CPT Code. As explained below, this issue is a complete red herring.

        e.    <u>Thanh Le</u>. Mr. Huard's allegations regarding Ms. Le are similar to those regarding Muoi Thi Huynh. He alleges that Ms. Le did not "complain" to Spine Care staff

that she had back pain  as a result of her accident – only neck, head and shoulder pain – yet defendants "fraudulently diagnosed" back pain and "fraudulently billed" for treatment based on back pain.  Huard Aff.  ¶¶ 37, 39, 40-43.  Here, as with Ms. Huynh, the records of the initial examination by Dr. Huynh indicate that Ms. Le was experiencing back pain, regardless of the injuries she initially "complained" about.  Huard Aff., Exhibit 16 at 2. [6]

### 5.    Dr. Huynh's Use of the New Patient CPT Code Is Not Fraudulent.

Mr. Huard's allegations that Dr. Huynh somehow defrauded Metropolitan by using "new patient" CPT codes for ten patients are equally unfounded.  Huard Aff. ¶ 110-111.  Dr. Huynh's use of the new patient CPT code is completely benign.

For insurance billing purposes, the various types of examinations, modalities and therapies are assigned a CPT code.  Huynh Aff. ¶ 11.  Each CPT code is assigned a number of units based on geographic region.  In the Boston area, the new patient CPT code, 99203, is

---

[6]    The following excerpt from the examination of Ms. Lee is representative of Metropolitan's aggressive and confusing (misleading) questions.

|   |   |
|---|---|
| Q. | Did you receive treatment to your shoulder from the clinic? |
| A. | Yes. |
| Q. | But no treatment for your back? |
| A. | I don't know.  I just sit in the chair.  They did the whole thing, so… |
| Q. | Well, if your back wasn't injured, you shouldn't be treating for your back; right? |
| A. | Right. |
| Q. | So did you receive any medical treatment from the clinic for your back? |
| A. | Medical?  Oh, no. |
| Q. | Any treatment? |
| A. | They had the chair.  I mean they had the machine – not machine – the machine, yeah.  The chair and stuff to do it. |
| Q. | Right, but my point is, did you complain to anybody at the clinic that you had a back injury or pain? |
| A. | No. |

Huard Aff., Exhibit 15 at 60-61.

assigned 2.58 units and a maximum value of approximately $200; the existing patient CPT code, 99214, is assigned 2.2 units and a maximum value of approximately $170.  Id.  The maximum value is the amount up to which an insurance company will reimburse for the particular CPT code.

Dr. Huynh bills $150 for an examination for a new injury, regardless of whether the patient is new or existing.  Although he is permitted to bill a new patient more, for simplicity's sake, he has made the decision to bill all initial examination visits at the same price.  Huynh Aff. ¶ 12.  All of the patients Mr. Huard singles out in his affidavit with regards to CPT billing codes were billed $150 for their initial injury examinations, an amount well within the permissible reimbursement range for an existing patient..  Id.  Mr. Huard's allegations that Metropolitan is somehow defrauded by Dr. Huynh's alleged use of the new patient CPT code when an existing patient code should be used, Huard Aff. ¶ 110-11, are meritless.  Metropolitan is billed the exact same amount regardless of the code used.  And, there is no benefit to Dr. Huynh to use one code versus the other – there is not intent to defraud Metropolitan by use of the new patient CPT code.  Huynh Aff. ¶ 12.  Again, this is yet another example of Metropolitan manufacturing allegations of fraud.

### 6.    Mr. Huard's Other Gratuitous Allegations are Without Foundation.

In his affidavit, Mr. Huard makes additional gratuitous allegations that Dr. Huynh has "improper relationships" with attorneys, Huard Aff. ¶ 112-129, and that every patient that treats with Dr. Huynh surpasses the $2000 tort threshold, Huard Aff. ¶ 144.  These assertions are not only false and/or misleading, they are unrelated to any allegations of improper billing upon which Metropolitan basis its claims of fraud and are instead inserted to demonize Dr. Huynh.

Metropolitan bases its claims of improper relationships with attorneys on the testimony of four patients that Metropolitan claims illustrate that Dr. Huynh was personally involved in

establishing relationships with attorneys.  Huard Aff. ¶ 112-129.  As Dr. Huynh explains in his

affidavit, these allegations are baseless.  Dr. Huynh has never arranged for or attended meetings

with attorneys and he has never provided a referral for a specific attorney.  Huynh Aff. ¶ 14, 17.

Dr. Huynh's patients are nearly all immigrants and are largely unfamiliar with attorneys.  Id.  On

occasion, a patient will ask for a recommendation for an attorney.  Id.  Spine Care maintains a

list of over twenty attorneys with whom it is familiar for those occasions.  When a patient asks

for a recommendation, he is provided with the list of attorneys and may choose whichever

attorney he likes.  When Dr. Huynh has provided contact information for attorneys, this is only

after the patient has chosen an attorney from the list.  Huynh Aff. ¶ 15.  And, when Dr. Huynh's

staff has contacted an attorney, this has been specifically at the patient's request at a patient's

request.  Huynh Aff. ¶ 16.

It is not unusual for his patients to seek assistance in communicating with people who do

not speak Vietnamese – often Dr. Huynh and his staff are the few people that his patients come

in contact with who speak both Vietnamese and English.  Id.  There is no subversive motive and

Dr. Huynh is not helping attorneys to solicit business, rather his only purpose in providing the

list of attorneys and providing the means of contact is to aid his patients – an immigrant

population who are unfamiliar with the English language and American customs and procedures.

Dr. Huynh and his staff often provide assistance on matters unrelated to chiropractics, such as

translating and explaining everything from letters from insurance companies to utility bills.  Id.[7]

---

[7]  Metropolitan attempts to take this benign practice and turn it into something mischievous.  Aside from making
false accusations, the testimony of Mr. Duong Le is illustrative of Metropolitan's mischaracterization of
patient's testimony in this regard.  Mr. Le is only sixteen years old.  During his examination he was asked who
arranged the meeting between his mother and their lawyer, Mr. Le responded, "I think the doctor."  When asked
who the doctor was, Mr. Le stated, "I don't know his name."  See Huard Aff., Exhibit 39 (Examination of
Duong Le) at 38:18-21.  Yet Mr. Huard relies on his testimony to demonstrate that Dr. Huynh arranged this
meeting.  Huard Aff. ¶ 129.

Furthermore, Mr. Huard has not stated here, not has Metropolitan argued, that M.G.L. c. 221, § 44A prevents a licensed chiropractor from providing attorney referrals.  M.G.L. c. 221, § 44A simply provides that  no person affiliated with a "hospital, infirmary, or other institution…which receives patients for medical or surgical treatment" may not "communicate, directly or indirectly, with any attorney at law…for the purpose of enabling such attorney…to solicit employment to present a claim for damages…"  Plainly, the language of the statute does not prohibit providing a list of recommended attorneys and allowing the patient to contact the attorney of his or her own choice.

Metropolitan also alleges, incorrectly and without foundation, that "every patient" that treats with Dr. Huynh to completion passes the $2000 tort threshold.  Huard Aff. ¶ 144.  This statement is unfounded and completely untrue.  Patients routinely do not exceed to the $2000 tort threshold – patients either do not require extensive treatment or discontinue their treatment for various personal reasons.  Huynh Aff. ¶ 13.  Metropolitan was billed only $1095 for the treatment of patient Ani Bui, whom Mr. Huard discusses.  Id.  As Dr. Huynh explains in his affidavit, it is not uncommon for a patient to come close to the $2000 threshold but not surpass it.  Were Dr. Huynh treating with an eye to the $2000 threshold, it would have been easy for him to push these patients over with just one additional treatment.  Huynh Aff. ¶ 13.  Dr. Huynh bases the treatment regimen on the patients injuries, needs and progress.  He does not treat with a specific dollar value in mind.  Id.  This is yet another example of Mr. Huard and Metropolitan manufacturing fraudulent conduct.

## II.    METROPOLITAN IS NOT LIKELY TO RECOVER IN EXCESS OF $800,000.

As discussed above, it is not likely that Metropolitan will recover anything, let alone $800,000 in damages against the defendants.  Metropolitan's claims of fraudulent behavior are

unfounded, based on misrepresentations and mischaracterizations, and in many instances false. Because Metropolitan is not likely to succeed on its claims, it is not likely to recover any monies from defendants.  Even if Metropolitan has established billing errors its eight "example" claims and even if it had demonstrated that 100% of the bills were erroneous (which it has not), plaintiff at most would recover $23,895 based on the bills Metropolitan provided for eight of these patients. This amount is nearly thirty-four times less than the $800,000 attachment that Metropolitan has placed on Dr. Huynh's and Spine Care's assets.  Furthermore, Metropolitan has only paid $1079 of even this $23,895 amount – a far cry from $800,000.  The attachment on Dr. Huynh's property is unreasonable in light of Metropolitans submission.

## CONCLUSION

For the reasons set forth above, defendants respectfully request that this Court dissolve the attachments on defendants' property and bank accounts.

## REQUEST FOR ORAL ARGUMENT

Defendants request a hearing, and believe that oral argument may assist the Court in deciding the motion.

Respectfully submitted,

HAI NHU HUYNH and
SPINE CARE AND THERAPY, INC.,

By their attorneys,

_/s/_James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


_/s/_Andrew D.Nebenzahl_____
Andrew D. Nebenzahl (BBO# 368065)
NEBENZAHL │ DuBOSQUE, LLP

One Post Office Square
Sharon, MA  02067
(781) 784-2000

October 18, 2005

# EXHIBIT A
# Part 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND | ) | CIVIL ACTION |
| CASUALTY INSURANCE COMPANY, | ) | NO. 05-11287RGS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAI NHU HUYNH and | ) | |
| SPINE CARE AND THERAPY, INC., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF HAI NHU HUYNH IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO
DEFENDANTS' MOTION TO DISSOLVE PLAINTIFF'S EX PARTE ATTACHMENTS**

I, HAI NHU HUYNH, BEING DULY SWORN, SAY AND DEPOSE AS FOLLOWS:

1.      I have reviewed the affidavit of Mark O. Huard that was filed in connection with

Plaintiff, Metropolitan Property and Casualty Insurance Company's ("Metropolitan")

Supplemental Opposition to the Defendants' Motion to Dissolve *Ex Parte* Attachments ("the

Huard Affidavit").  I categorically deny the allegations in the Huard Affidavit that I or Spine Care

and Therapy, Inc. ("Spine Care") have treated patients for fictitious injuries (¶¶ 9-44), billed

Metropolitan (or any other insurer) for treatments never provided to patients (¶¶ 45-109),

fraudulently billed Metropolitan for new patient examinations (¶¶ 110-111), or that I have

improper relationships with attorneys (¶¶ 112-129).  I explain this more fully below.

2.      The treatment rendered to each patient in question was appropriate, justified and

documented as required.  Indeed, there was a comprehensive examination performed on each

patient's initial visit with objective findings that justify the type of care that I prescribed.

Correspondingly, there was an appropriate clinical rationale for the initiation of chiropractic

treatment for each patient and for the supportive modalities that were administered. Additionally, my records reveal proper justification for the on-going care of these patients, which were articulated in my initial examination and subsequent evaluation records. Finally, the progress of each patient is what would be expected of patient with the noted diagnoses and the treatment provided. In short, these patients responded fittingly to the treatment which was administered and each patient was discharged within a clinically reasonable time.

      3.     Additionally, it is important to note that regularly, in a chiropractic practice, clinically significant, objective findings are not limited to the areas of complaint. Frequently, injuries in one area can refer pain to a different anatomical area. One common example of this phenomenon is sciatica. When a patient is suffering from sciatica, an injury resulting from a protruding disk in the lower spinal column (a back injury), the pain manifests itself in the legs. Treatment to the leg would do nothing to cure sciatica even though that is where the patient feels pain. To cure the leg pain, I must treat a different part of the body and adjacent muscle areas. Also, certain injuries do not manifest into pain. My initial examination, therefore, must attempt to uncover the true areas of injury that a patient on his own may not associate with the pain he is feeling.

      4.     As to alleged billing errors, I have taken careful measures to assure that Spine Care's bills are accurate. That is not to suggest that in the course of a busy practice each and every bill was without error. However, that is distinct from the notion that bills were generally inflated. On the contrary, there was absolutely no intent to submit inaccurate bills or in any way bill for treatment which was not administered. Indeed, the billing in of these cases was consistent with the treatment provided and recorded in each patient's chart.

5.      While I have adopted procedures to assure accuracy in my billing, it would not be unexpected in a busy practice such as mine to have a certain amount of billing disputes. In my practice, these disputes are rare. Certainly there are benign procedures that have been adopted by insurers to address billing concerns, such as a review or audit. These procedures do not imply a fraudulent scheme as Metropolitan has alleged. It is noteworthy that I and my staff have responded to Metropolitan when occasional billing questions have arisen. Indeed, we have been responsive and candid in the course of any such inquiries.

6.      The allegation in Paragraphs 7(e), 60, 80, 85, 94, 102, and 103 of the Huard Affidavit that I delegated clinical decisions is false. The regulatory scheme in Massachusetts permits the delegation of supportive modalities under appropriate supervision by the chiropractor, which was done in this case. I (or, in my absence, a chiropractor covering my patients) made all clinical decisions. Similarly, I prescribed each patient's treatment plan. Additionally, I (or, in my absence, a chiropractor covering my patients) was on the premises during the administration of all supportive procedures.

7.      It is important to note that I serve a population of patients who are largely Asian. Indeed, most are Vietnamese and speak little or no English. As such, my office procedure with regards to maintaining treatment records was developed in recognition of the challenges of treating non-English speaking patients along with my obligations to submit records to English speaking insurers and comply with my regulatory obligations as promulgated by the Board of Registration of Chiropractors. Apart from those challenges, I have been careful to record each patient's condition at the time of each visit. I do so in that part of the patient records known as the "SOAP notes." SOAP notes are always completed by an attending physician and not by an

3

unlicensed staff member. Thus, these notes are always in chronological order and the entries are kept contemporaneously.

8.      Language challenges arise in a variety of respects when serving a clientele such as mine. Many of the English terms used to denote a specific examination or treatment procedure do not translate precisely from English to Vietnamese and vice versa. For example, there is no precise translation for the term "manipulation." A patient would require an explanation of what is happening when I am performing a manipulation to understand this word. As such, when Metropolitan's counsel used this term during the examinations under oath of my patients, I cannot be certain how it was translated or what explanation was given. Without having this information, it is unclear if the patients would know what counsel was asking about. Aside from the obvious language challenges, there are also significant cultural challenges. Clearly, those have been manifest in the cases cited by Metropolitan. Many patients are reluctant to disclose personal or confidential information, including matters of personal and medical history. Often, I am only able to elicit information that the patient thinks is related to the event that led him or her to seek treatment.

9.      I would also like to note that during Metropolitan's investigation of my practice, I was completely candid and forthcoming with Mr. Huard and any other investigator. Metropolitan's investigators showed up unannounced at my office on at least three occasions – once in 2001 and twice within the last year. I answered all questions asked about my practice and permitted Metropolitan to take pictures of the treatment area and equipment. My openness is inconsistent with Metropolitan's allegations that I was trying to be deceptive or fraudulent or conceal a "scheme."

## CPT BILLING CODES

10.     In Paragraphs 110 and 111 of his affidavit, Mr. Huard alleges that Spine Care "fraudulently billed" Metropolitan using ten new patient CPT Codes. This allegation is false.

11.     For billing purposes, each type of examination, modality and therapy are assigned a CPT code. Each CPT code is assigned a particular number of units and each unit is assigned a value based on geographic region. The CPT code for a new patient is 99203 and assigned a value of 2.58 units. The CPT code for an existing patient is 99214 and assigned a value of 2.2 units. An insurance company will reimburse up to the maximum value of the CPT code based on the number of units and value of each unit. The maximum value of CPT code 99203 in the Boston area is approximately $200. The maximum value for CPT code 99214 in the Boston area is approximately $170.

12.     Patients for whom I bill as code 99203 (new patient) are charged $150. This amount is well below the maximum reimbursable amount I could have charged a new patient and also well within the range for the reimbursable amount for an existing patient visit. For code 99214 (existing patient), I also charge $150. Attached to this affidavit as Exhibit 1 are examples of bills showing these charges. Notwithstanding the fact that it is permissible for me to charge more for a new patient and be reimbursed for that amount, all of my patients are charged the same for an initial visit regardless of whether they are a new or existing patient. All ten of the patients that Mr. Huard names in Paragraph 111 of his affidavit were billed $150 for their initial injury examinations – an amount well within the permissible reimbursement range for an existing patient. Therefore, while Mr. Huard claims that Metropolitan was fraudulently deceived by my billing patients as new patients when they were allegedly existing patients, Huard Aff. ¶¶ 110-11, there is no actual difference in the amount of the fee that I charge regardless of the code used.

This belies Huard's notion that I was improperly coding patients for fraudulent purposes. Attached to my affidavit as Exhibit 1 are examples of bills demonstrating my billing practices for new and existing patients.

## CLAIMS UNDER $2,000

13.     Mr. Huard states in Paragraph 144 that every patient I treat passes the $2,000 tort threshold. The evidence shows that this is false. For example, Anh Bui, whom Mr. Huard uses as an example, received only $1095 worth of treatment. In Mr. Huard's affidavit under oath, Metropolitan states that it denied this claim, but actually paid $1075 of Mr. Bui's chiropractic bills. In the course of my practice, it is not uncommon for a patient's bill to be less than $2000, and this does happen on a regular basis. A patient may not need extensive therapy or may fail to return to therapy for various personal reasons. When I treat my patients, I do not have a particular dollar value in mind. I prescribe a course of treatment appropriate for their injuries and treat the patient until he or she feels better and is healed. I do not attempt to purposefully bill over $2,000. In fact, there are several instances in my practice where a patient may come very close to this threshold amount and have $1,800 or $1,900 in bills. In those instances if I were purposefully attempting to reach $2,000 it would have been easy for me to do so by adding just one additional treatment, but I did not do so. Attached to this affidavit as Exhibit 2 are bills in which the total bills for treatment did not surpass $2000. Separately, there are several instances in which I have refused patients because I did not feel my objective findings indicated an injury, despite subjective complaints. Two such examples of this is attached hereto as Exhibit 3. In those cases, the bills amount to nothing more than an initial exam.

## "RELATIONSHIPS" WITH ATTORNEYS

14.    Mr. Huard states in Paragraph 112 of his affidavit, under the heading "Improper Relationships with Attorneys," that I "have been personally involved in establishing attorney-client relationships between local personal injury attorneys and Spine Care patients." To the extent Mr. Huard is alleging anything improper about my conduct, his assertions are false. My patients are often unfamiliar with attorneys and will, on occasion, ask me or my staff for a recommendation. We keep a list of over twenty attorneys that my office is familiar with and when a patient requests a recommendation, we provide him with that list. The list is attached hereto as Exhibit 4. We only provide this list upon the request of a patient for a recommendation.

15.    Mr. Huard alleges that Steven Nguyen, Anh Bui, and Thanh Nguyen all testified that I referred them to or gave them business cards for a single attorney. Huard Aff., at ¶¶ 121-126. While I did provide business cards with contact information for a particular attorney, this was only after each of these patients requested information about attorneys and then selected an attorney from the list I gave them.

16.    It is possible that a member of my staff has contacted an attorney on behalf of a patient after the patient selected an attorney from the list. It is not uncommon for my patients to ask my staff for assistance in communicating with people who do not speak Vietnamese as we are often part of a very small universe of people that our patients come in contact with that speak both Vietnamese and English. Patients often ask us for assistance in translating into English, or explaining to them, everything from letters from their insurance company to telephone bills.

17.    Contrary to the allegation in Paragraph 114 of the Huard Affidavit, I have never taken part in a meeting with a patient and an attorney. Attorney Katzman has been present in my

office on two or three occasions and I have never had any more involvement with him than to greet him briefly.

18.     In sum, I do not believe we are doing anything improper simply by providing this assistance to patients who ask for an attorney recommendation.

## PATIENT TREATMENT

19.     While I have a significant dispute with the characterization of the patient testimony, records and bills that Mr. Huard relies on in his affidavit, I will address one of the patients Mr. Huard singles out, Steven Nguyen, to demonstrate the flaws present in all of patient examples presented.  The essence of Mr. Huard's allegations is that Mr. Nguyen did not sustain an injury to his shoulder yet was "falsely diagnosed" with a shoulder injury and that Metropolitan was "fraudulently billed" for treatments for Mr. Nguyen's "fictitious shoulder injury."  Huard Aff. ¶¶ 20-31.

20.     On his initial visit, Mr. Nguyen complained of cervicodorsal pain and headache. Huard Aff., Exhibit 11 at 1.  The cervicodorsal area includes the neck and the upper portion of the mid-back; it is treated as one area and is not a separate back pain complaint.  The treatment that was rendered to Mr. Nguyen deals with that entire area as being symptomatic.  The initial examination shows some findings in the soft tissue of the shoulder area also.  Huard Aff., Exhibit 11 at 2.  As discussed above, often injury is not limited to the area in which the patient directly feels pain.  Thus, it is highly likely that when a patient complains of neck pain that there will be findings in the upper back or shoulder areas.

21.     In Paragraph 27 of his affidavit, Mr. Huard states that my Narrative Report "falsely diagnoses a shoulder injury."  This statement is simply false.  Nowhere in the diagnosis section of my narrative report does it indicate that I diagnosed Mr. Nguyen with a shoulder

injury. To the contrary, it states "Acute traumatic cervicodorsal sprain/strain...Myospasm ...Headache...Cervical segmental dysfunction...Thoracic segmental dysfunction." Huard Aff., Exhibit 11 at 3.

22.     Mr. Huard may have been confused by a reference in the report to a "Shoulder Depression Test" that I administered to Mr. Nguyen. Huard Aff. Exhibit 11, at 2. That test, however, in which I apply pressure to the patient's shoulder, is an examination technique used to test for injury to the neck.

23.     In Paragraph 29 of his affidavit, Mr. Huard states that I "prescribed and administered a treatment protocol involving significant treatment for shoulder injuries." This statement is also false. Mr. Huard may be confused by the reference in the treatment protocol to Trigger Point Therapy ("TPT") indicated for the "sub-occipital, bilateral shoulders, trapezius muscle and scapular areas." Huard Aff., Exhibit 12 at 2. Such treatment, however, is not a treatment exclusively for shoulder injuries, and is perfectly consistent with treatment for a neck injury. And, in fact, this was not a "significant treatment[]" — it was only given to Mr. Nguyen once, at a cost of $40. Huard Aff., Exhibit 13 at 4.

24.     Mr. Huard also alleges that Metropolitan was billed for treatments that were not given to Mr. Nguyen. In Paragraph 92 his affidavit, Mr. Huard states that "Mr. Nguyen denied receiving infrared treatments, even after being shown photographs of the instrument in the Spine Care clinic." This allegation, however, is based on a misunderstanding of how infrared treatment is administered, as well as misleading and confusing questioning of Mr. Nguyen. In the Examination Under Oath, Metropolitan's counsel described infrared treatment as "pass[ing] a machine over [the] body or neck area that had a red light." Huard Aff., Exhibit 10 (Examination of Steven Nguyen) at 61:3-5. It is important to note that the infrared machine does not emit a

9

light that is visible to the naked eye, it does not produce any sensation of light or heat while it is working, and it is not passed over the body; rather it is placed on the affected and adjacent areas for thirty second intervals. This treatment is also administered to a patient while the patient is laying face down, and the patient would not typically observe the apparatus during treatment. Furthermore, while the picture that Metropolitan's counsel referenced in examining Mr. Nguyen is not included with the exhibit to Mr. Huard's affidavit, it is likely that Mr. Nguyen, or any patient for that matter, would not recognize the infrared machine by sight. Not only is the treatment administered while the patient is laying face down, it is portable and kept on a trolley, located in a different area of the treatment room from where the patient receives therapy.

25.    Mr. Huard also alleges that I falsely diagnosed Mr. Nguyen with "Total Disability," even though Mr. Nguyen testified that he missed no work because of his injuries. Huard Aff. ¶¶ 27-28. This is unremarkable. Based on the complaints of Mr. Nguyen, I determined that his injuries prevented him from performing work and normal activities for a period of only one week. Huard Aff., Exhibit 11 at 3. I do not know, nor would I typically know if Mr. Nguyen worked or not during that period. The implication that my determination was part of some sort of fraudulent scheme is fallacious.

26.    In summary, Mr. Huard's allegations of my treatment of Mr. Nguyen are completely false and unfounded. I provided Mr. Nguyen with a reasonable and appropriate course of treatment based on his subjective complaints and my objective findings. The inaccuracies set forth in Mr. Huard's affidavit in the context of Steven Nguyen are representative of the repeated false statements and misleading questions throughout all of Mr. Huard's affidavit and the records and testimony he relies upon.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF OCTOBER, 2005

_____

HAI NHU HUYNH, D.C.

# EXHIBIT 1


MEDICAL EVALUATIONS
# bmegateway
MEDICAL SERVICES

## *Explanation of Medical Bill Repricing*
**This is not a bill.**

*Page 1 of 3*

| Date: | Thursday, August 18, 2005 | File No: | |
| Client: | | Patient Name: | |

| Provider: | SPINE CARE AND THERAPY<br>413 NEPONSET AVE. #2<br>DORCHESTER, MA 02122 | Date of Birth: | |
| | | SS #: | |
| | | Date of Injury: | |

| Tax ID#: | 043522358 | Network: | MEDICAL UCR |
| Statement #: | 99278008 | Diagnosis Codes: | 847.1  SPRAIN THORACIC REGION |
| Patient Invoice: | | | 847.2  SPRAIN LUMBAR REGION |
| DOS Range: | 04/27/2005 - 07/06/2005 | | 724.8  OTHER BACK SYMPTOMS |
| Total Charged: | $3,335.00 | | 728.85  SPASM OF MUSCLE |
| | $3,270.36 | | 739.2  SOMAT DYSFUNC THORAC REG |
| Total ...ion: | $64.64 | | |

RECEIVED
JUL 2 6 2005

| Date | Procedure/Services | | Procedure Charge | Units | Allowable Fees | Reason Code |
|---|---|---|---|---|---|---|
| 04/27/20.. | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 04/27/20.. | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 04/27/200.. | 97124 | THERAP PROC 1/> AREAS EA 15 MIN; MASSAGE | 40.00 | 1 | 35.96 | |
| 04/27/2005 | 99203 | OFC/OUTPT VISIT E&M NEW MODERATE SEVERITY 30 MIN | 150.00 | 1 | 150.00 | |
| 05/02/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 35.00 | 1 | 35.00 | |
| 05/02/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 05/02/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 05/02/2005 | 97124 | THERAP PROC 1/> AREAS EA 15 MIN; MASSAGE | 40.00 | 1 | 35.96 | |
| 05/02/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 05/04/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 35.00 | 1 | 35.00 | |
| 05/04/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 05/04/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 05/04/2005 | 97124 | THERAP PROC 1/> AREAS EA 15 MIN; MASSAGE | 40.00 | 1 | 35.96 | |
| 05/04/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 05/06/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 05/06/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 05/06/2005 | 97124 | THERAP PROC 1/> AREAS EA 15 MIN; MASSAGE | 40.00 | 1 | 35.96 | |
| 05/06/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 05/09/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 05/09/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 05/09/2005 | 97124 | THERAP PROC 1/> AREAS EA 15 MIN; MASSAGE | 40.00 | 1 | 35.96 | |
| 05/09/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 05/11/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 05/11/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |



**MEDICAL EVALUATIONS**
# bmegateway
**MEDICAL SERVICES**

## Explanation of Medical Bill Repricing
### This is not a bill.

*Page 1 of 3*

| Date: | Thursday, September 15, 2005 | File No: | |
| Client: | | Patient Name: | |

| Provider: | SPINE CARE AND THERAPY | Date of Birth: | |
| | 413 NEPONSET AVE. #2 | SS #: | |
| | DORCHESTER, MA 02122 | Date of Injury: | |

| Tax ID#: | 043522358 | Network: | MEDICAL UCR |
| Statement #: | 99284283 | Diagnosis Codes: | 847.0  SPRAIN OF NECK |
| ~~voice:~~ | | | 847.1  SPRAIN THORACIC REGION |
| | 07/12/2005 - 08/26/2005 | | 728.85  SPASM OF MUSCLE |
| | $2,353.00 | | 724.8  OTHER BACK SYMPTOMS |
| To~~~~ | $2,353.00 | | |
| Total | $0.00 | | |

RECEIVED OCT 0 7 2005 RECEIVED

| Date of ~~S~~ | Procedure/Services | Procedure Charge | Units | Allowable Fees | Reason Code |
|---|---|---|---|---|---|
| 07/12/2005 | 99214 | OFC/OUTPT VISIT E&M EST MOD-HI SEVERITY 25 MIN | 150.00 | 1 | 150.00 | |
| 07/13/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 35.00 | 1 | 35.00 | |
| 07/13/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 07/13/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 07/13/2005 | 98941 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 3-4 REGIONS | 60.00 | 1 | 60.00 | |
| 07/14/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 35.00 | 1 | 35.00 | |
| 07/14/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 07/14/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 07/14/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 07/18/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 35.00 | 1 | 35.00 | |
| 07/18/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 07/18/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 30.00 | 1 | 30.00 | |
| 07/18/2005 | 98940 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 1-2 REGIONS | 45.00 | 1 | 45.00 | |
| 07/20/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 33.00 | 1 | 33.00 | |
| 07/20/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 07/20/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 20.00 | 1 | 20.00 | |
| 07/20/2005 | 98941 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 3-4 REGIONS | 60.00 | 1 | 60.00 | |
| 07/22/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 33.00 | 1 | 33.00 | |
| 07/22/2005 | 97022 | APPLICATION MODALITY TO 1/MORE AREAS; WHIRLPOOL | 35.00 | 1 | 35.00 | |
| 07/22/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 20.00 | 1 | 20.00 | |
| 07/22/2005 | 98941 | CHIROPRACTIC MANIPULATIVE TX; SPINAL 3-4 REGIONS | 60.00 | 1 | 60.00 | |
| 07/25/2005 | 97012 | APPLICATION MODALITY 1/MORE AREAS; TRACTION MECH | 33.00 | 1 | 33.00 | |
| 07/25/2005 | 97014 | APPLICATION MODALITY TO 1 OR MORE AREAS; E-STIM | 35.00 | 1 | 35.00 | |
| 07/25/2005 | 97010 | APPLICATION MODAL 1/MORE AREAS; HOT/COLD PACKS | 20.00 | 1 | 20.00 | |

# EXHIBIT A
# Part 2 of 3

# EXHIBIT 2

# NARRATIVE REPORT
# OF
# MEDICAL EVALUATION
# OF
# OBJECTIVE FINDINGS

### Regarding:
### Ms. Nga N. Phan

### To:
### WHOM IT MAY CONCERN

### From:
### SPINE CARE AND THERAPY
### H. N. Huynh, D.C.



# SPINE CARE AND THERAPY



413 Neponset Ave. 2nd Floor

Ph: (617) 282-6400     Dorchester, MA 02122     Fax: (617) 282-8165

August 29, 2002

TO:  Pilgrim Insurance
     Attn.: Robin DeVoe
     P. O. Box 121244
     Boston, MA 02112

NAME OF PATIENT:          Ms. Nga N. Phan.
YOUR CLAIM NUMBER:        4551.
OUR REFERENCE NUMBER:     1019.
DATE OF ACCIDENT:         July 18, 2002.

Dear Ms. DeVoe:

The following report is respectfully submitted with the permission of Ms. Phan. This is a narrative summary of the medical evaluation and treatment provided for Ms. Phan for injuries sustained by her in a motor vehicle accident.

The patient continued to experienced pain following the accident and subsequently presented herself to this Dorchester, Massachusetts office on July 23, 2002 for evaluation and treatment of injuries incurred.

## HISTORY OF LOSS:

The above alleges her present condition is due to an accident which took place on July 18, 2002 while traveling in Dorchester, Massachusetts. The patient was the restrained driver in the involved vehicle and was looking forward at the time of impact.

## PAST MEDICAL HISTORY:

Ms. Phan reports experiencing good health prior to the accident. Her prior medical history was considered non-contributory.

## CHIEF COMPLAINTS:

The patient voiced the following complaints during the initial evaluation:

Constant, moderate to severe and dull cervicodorsal pain.

The patient mentions that the above symptoms are worsened by bending and turning. The pain interferes with her work, sleep and routine and personal activities.

## EXAMINATION FINDINGS:

The presented patient is a 37 year old female who is of petite build, standing 5' 0" and weighing 108 lbs. with a blood pressure of 102/70 showing fair posture and normal gait. She appeared nourished with a respiration of 15 breaths/min. and a pulse of 66 beats/min. and regular.

Examination of the cervical and thoracic spines revealed palpatory tenderness and trigger points in the trapezius, levator scapulae and cervical extensor musculature on both sides. Paraspinal muscle spasm was noted on both sides of the T1-T10 vertebral levels. Cervical range of motion was reduced in flexion (30), extension (35), left lateral flexion (20), right lateral flexion (20), left rotation (50) and right rotation (50) with pain upon all active ranges of motion. Deep Tendon Reflexes were unremarkable for the upper extremities. Spinous Percussion Test was positive for increased sensitivity at the C2, C4, C6, T3, T5, T6 and T8 vertebral segments. Shoulder Depression Test was positive for dural sleeve adhesions. Maximum Cervical Compression Test was positive for nerve root compression. Soto-Hall's Test was positive for cervical injury.

## X-RAYS:

X-rays of the thoracic area of the spine were exposed on July 23, 2002 at this Dorchester, Massachusetts office. All radiographs exposed were performed in the weight bearing position. The exposed radiographs revealed the following:

1. No evidence of acute fracture, dislocation or bony pathology.
2. Spinous right from T11 through T4, indicative of muscle spasm.
3. Mild thoracolumbar lateral convexity apexing to the left at T11/T12.
4. Severe reduction of the thoracic kyphosis.

## DIAGNOSIS:

These are Ms. Phan's working diagnoses:

1. (E812.0) Motor vehicle collision with another vehicle (driver).
2. (847.0/847.1) Acute, traumatic and moderate cervicodorsal sprain/strain.
3. (739.2) Thoracic segmental dysfunction.
4. (739.1) Cervical segmental dysfunction.
5. (959.9) Traumatic myalgia.
6. (728.85) Deep erector muscle spasm.

## DISABILITY ASSESSMENT:

Based upon objective findings from examination, it was determined that Ms. Phan was:

|  |  |
|---|---|
| **Totally disabled:** | July 23, 2002 to August 06, 2002 |
|  | It was assessed that during the above dates, the patient was unable to perform her work and normal activities without severe pain and impairment. |
| **Partially disabled:** | August 07, 2002 to August 13, 2002 |

**Nga N. Phan**                                                                            **3**

**TREATMENT PROGRAM:**

This treatment program consisted of specific vertebral adjustments that facilitate proper vertebral motion and reduce irritation in the vicinity of the nerves. Deep tissue therapy was employed to help reduce muscle spasm and add resiliency to the muscle tissues. Intersegmental traction was utilized to accelerate the restoration of vertebral motion. Electrotherapy, whirlpool and hot/cold packs were used to reduce muscle spasms as well as pain and to improve circulation in the areas of injury.

**PROGNOSIS:**

All history, objective, x-ray and subjective findings are consistent with the injuries suffered by Ms. Phan in the motor vehicle accident. The patient presented for treatment on a regular basis and demonstrated a good response to the care provided. The patient presented for treatment on a regular basis and demonstrated a good response to the care provided. A final evaluation was performed on August 13, 2002 and the patient reported complete relief from her original symptoms. No significant objective findings were noted on this examination. It was realized that the patient had achieved maximum medical improvement and was discharged from care on that same day.

Due to the nature of the injuries traumatically induced and the reduced functional capacity manifested as a result, it is likely that the areas of injury will remain areas of greater risk in the future. Remissions and exacerbations of complaints on an alternate bases are quite prevalent following injuries of this nature.

Please call this office if you need further information concerning this patient.

Respectfully,

H. N. Huynh, D.C.

HNH/pip⊞

Nga N. Phan                                                                    4

# INITIAL CASE SUMMARY
### for patient # *1019*

Last Name: *PHAM*                First Name: *NGA    N.*
    Age: *37*        Sex: *♀*        Number of Children: *03*
Date of Onset: *JUL-18-02*    Date of Initial Visit: *JUL-23-02*

**Medical History:**
    Pregnancy:  (Y) (N)    LMP: *JUL-20-02*

    *N/A ( JUL-18-02)*

**Examination Findings:**

BP: *120/70*  P: *66* /min.  R: *15* /min.  Ht: *5* ft. *0* in.  Wt: *108*

Current Medications: *Tylenol*
Allergies: *None    Known*

**Orthopedic / Neurological Tests (+):**
*Foraminal Comp*
*Maximum CC*
*Soto-Hall's*

X-Ray:            *-No Acute Fx*        *sparing out ℗*
Views: *TSS*      *- 70 ℗ T1-T4*       *- loss of T1/T12*
                  *36  to muscle spasm*  *- loss of*
Date: *JUL-23-02*  *- Mild Thx fat*     *T-kyphosis*
                  *conc,*

**Diagnosis / Clinical Impression:**
1. *(E812.0) MVA (driver)*      4. *(723.1) Cervical seg dys*
2. *(847.0/1) Cervico lateral s/t (r)* 5. *(959.9) Myalgia*
3. *(739.2) Thoracic segmental dys* 6. *(728.85) Muscle spasm*

**Recommended Treatment Protocol:**

(IST) / MT /(IF)/ MC / US /(HP)/(CB)/(TPT) MR /(MS)/ EX / MB /(AD)/ other: *WP*
    Frequency: *3* x / wk  for *3* wk(s) then *2* x / wk  for ___ wks or as (needed)
Therapy settings: *IF(10 min?) 1-152 Hz, lower, pt. comf c el/10?*

Total disability:    from *JUL-23-02*        to *AUG-AUG-26-02*

Re-evaluation Date: *AUG-23-02*        Doctor's Initials: *KBS*

# PHYSICAL EXAMINATION

Patient's Name: _Wau, Ket N._   Date: _JUL 2 3 2002_   File #: _1019_

Height _5 ft. 0 in._   Weight: _108 lbs._
Blood pressure: (L) _102 70_
(R) _/_   Pulse: _66 bpm_
George's Test ( + ) (−)

**Cardiac Auscultation:**
Carotid Arteries
Suprasternal
Aortic Valve
Pulmonary Valve
Tricuspid Valve
Mitral Valve

**Deep Tendon Reflexes**
( + ) (−)

**Spinous Percussion Test**
( + ) (−)
levels: _C2, C4  C6_
_T2, T5   T8_
_T8 /_

**Anterior Thorax:**
Inspection
Auscultation
Palpation
Percussion
Fremitus

**Abdominal Exam:**
Inspection
Auscultation
Palpation
Percussion
Superficial Reflex
McBurnie's Point
Murphy's Sign

**Posterior Thorax:**
Auscultation
Fremitus
Percussion
Excursion
Murphy's Punch

**Palpation:**
Motion: _P: C1-C4  C2-T2  T4-T8_
Static: _T: C2-C7  T1-T10_

**Cervical Orthopedics:**
Shoulder Shrug
Cervical Distraction
Cervical Compression
Shoulder Depression
Foraminal Compression _e/f_
Jackson's Cervical Compression
Maximum Cervical Compression _e/f_

**Supine Orthopedics:**
Soto-Hall's (−)
Lasegue's
Braggard's
Goldthwaite's
Thomas'
Leg Lowering
Fabere's

**Side Posture Orthopedics:**
Iliac Compression
Lewin-Gaenslen's
Ober's

**Prone Orthopedics:**
Ely's Test
Nachlas
Hibb's
Yeoman's

**Standing Ortho/Neuro:**
Gait Analysis
Toe Walk
Heel Walk
Finger to Nose
Rhomberg's
Neri's Bowing Sign
Trendelenburg's
Kemp's
Supported Adam's

| Cervical ROM | | (Active) | Location of Pain: | Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|---|---|---|---|
| Flexion | (45) | (↓) | | Flexion | (90) | ( ) | |
| Extension | (55) | (↑) | | Extension | (35) | ( ) | |
| L Lateral Flexion | (40) | (↔) | | L Lateral Flexion | (40) | ( ) | |
| R Lateral Flexion | (40) | (↔) | | R Lateral Flexion | (40) | ( ) | |
| L Rotation | (70) | (↻) | | L Rotation | (35) | ( ) | |
| R Rotation | (70) | (↻) | | R Rotation | (35) | ( ) | |

**Doctor's Comments:** _✓_ Initial Comprehensive   ___ Re-Evaluation   ___ Discharge

# PHYSICAL EXAMINATION

Patient's Name: _PHAN, NGA N._ Date: _8/13/02_ File #: _1019_

Height ___ ft. ___ in.  Weight: ___ lbs.
Blood pressure: ( L ) ___/___
             ( R ) ___/___  Pulse: ___ bpm
George's Test ( + ) ( - )

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Palpation:**
Motion: _E.N._
Static: _E.N._

**Deep Tendon Reflexes**
( + )   ( - )
_____
_____

**Spinous Percussion Test**
( + )   ( - )
levels: _E. N._
_____
_____

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Supine Orthopedics:**
___ Soto-Hall's
___ Laseague's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's
___ Supported Adam's

| Cervical ROM | | (Active) | Location of Pain: | Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|---|---|---|---|
| Flexion | (45) | ( ) | | Flexion | (90) | ( ) | |
| Extension | (55) | ( ) | | Extension | (35) | ( ) | |
| L Lateral Flexion | (40) | ( ) | W.N.L. | L Lateral Flexion | (40) | ( ) | |
| R Lateral Flexion | (40) | ( ) | | R Lateral Flexion | (40) | ( ) | |
| L Rotation | (70) | ( ) | | L Rotation | (35) | ( ) | |
| R Rotation | (70) | ( ) | | R Rotation | (35) | ( ) | |

Doctor's Comments: ___ Initial Comprehensive    ___ Re-Evaluation    X Discharge
_PT. DISCHARGED_

# CHIEF COMPLAINT

Name: _Dhul, NGA N._ Date: **JUL 2 8 2002** File #: _1019_

You were the: ___ driver ___ front passenger ___ rear passenger ( L ) ( R ) ( C )
Were you wearing your seat belt: (Y) ( N )
Which way were you looking at the time of impact: (Forward) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: _No there was around_
Do you feel any pain as a result of the accident? (Y) ( N )
Have you had any other trauma since that accident? ( Y ) (N)
How long after the accident did your pain begin? _immediately_

**CERVICAL:** Location of pain: L / R / (Bilat). The intensity of pain from 0 - 10: ___7___

| Duration: | Severity: | Quality: |
|-----------|-----------|----------|
| ✓ constant | ___ mild | ✓ dull |
| ___ intermittent | ✓ moderate | ___ sharp |
| ___ occasional | ✓ severe | ___ burning |

C/S
Does the pain radiate to other parts of your body? ( Y ) (N) ___

**THORACIC:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: ___

| Duration: | Intensity: | Quality: |
|-----------|-----------|----------|
| ___ constant | ___ mild | ___ dull |
| ___ intermittent | ___ moderate | ___ sharp |
| ___ occasional | ___ severe | ___ burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) ___

**LUMBAR:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: ___

| Duration: | Intensity: | Quality: |
|-----------|-----------|----------|
| ___ constant | ___ mild | ___ dull |
| ___ intermittent | ___ moderate | ___ sharp |
| ___ occasional | ___ severe | ___ burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) ___

**AGGRAVATION OF PAIN:**
✓ bending    ___ lifting    ✓ twisting /heavy    ___ coughing
___ sitting    ___ standing    ___ walking    ___ lying down
___ other: ___

**YOUR PAIN INTERFERES WITH:**
✓ work    ✓ sleep    ✓ routine activities    ✓ personal activities
other: ___

**OTHER SYMPTOMS SINCE ACCIDENT:**
___ headaches    ___ chest pain    ___ dizziness    ___ nausea
other: _N/a_

**MUST TYPE OR PRINT**

SEND ORIGINAL TO:
**REGISTRAR OF MOTOR VEHICLES**
P.O. BOX 199100
BOSTON, MASS. 02119

ONE COPY TO
**POLICE DEPARTMENT** in whose juris-
diction the accident occurred.

**COMMONWEALTH OF MASSACHUSETTS**
**OPERATOR'S REPORT**
**OF MOTOR VEHICLE ACCIDENT**

Was this Accident investigated by an Officer?
If Yes, Check One Box Below
1 ☐ Registry    2 ☐ State Police
3 ☐ MDC    4 ☐ Other    5 ☐ Local Police

Date of Accident
Mo 7 - Day 18 - Yr 02

Day of the Week: S M T W T F S
A.M. ☐  P.M. ☒

Hour: 6:40

Have you completed a Mass. driver education course? YES ☐ NO ☐

Number of Vehicles Involved: 2

Date of Birth: Mo 12 Day 20 Yr 64  Sex ☒

Driver's License Number and State: S81204157

**VEHICLE 1**

Name of Operator Making Report: NGA NGOC PHAN
City/Town: DORCHESTER  State: MA  Zip: 02122
Street Address: 232 HAMILTON ST
Owners Name and Address (if same, write "same"): SAME

Registration Number and State: 506810

Year: 97  Make: HONDA  Type: PASSPORT

Name of Insurance Company only may be written here: HORACE MANN

Fire Damage: YES ☐ NO ☐   Parked Car: YES ☐ NO ☐

Approximate Cost to Repair: $

Describe Damage to Vehicle: FRONT

**VEHICLE 2**

Name of Operator: O'DONNELL, LEEANN
City/Town: HYDE PARK  State: MA  Zip: 2136
Street Address: 91 CHILD ST
Owners Name and Address (if same, write "same")

Date of Birth: Mo 3 Day 23 Yr 85  Sex ☐ M ☐ F

Driver's License Number and State: 034709351

Registration Number and State: 5166RM

Year: 90  Make: PLYM  Type: VOYAGE

Name of Insurance Company only may be written here: COMMERCE INS

Fire Damage: YES ☐ NO ☐   Parked Car: YES ☐ NO ☐

Approximate Cost to Repair: $

Describe Damage to Vehicle

**OTHER**

Describe Other Property Damage

Name of Property Owner    Address    Phone

**WITNESS**

Other Witnesses or Persons Present: 0    Address
Bus. Res.
Bus. Res.

Taken by Ambulance? YES ☐ NO ☒

Number Insured    To what hospital was injured taken?
Street    City/Town    State

**INJURED 1**

Name of Injured: NGA NGOC PHAN

Age    Sex ☐ M ☐ F

Ejected from Vehicle: 1 YES  2 NO

INJURY SEVERITY
1 ☐ Killed
2 ☐ Serious Visible Injury
3 ☐ Minor Visible Injury
4 ☒ No Visible Injury but Complains of Pain

RESTRAINT SYSTEMS  Yes ☐ No ☐ ?
1 ☒ Safety Belt Used
2 ☐ Child Restraint Used
3 ☐ Helmet Used
4 ☐ Air Bag Used

PERSON INJURED
In Vehicle
1 ☒ Operator
2 ☐ Passenger
3 ☐ Passenger in Tram, Bus, Etc.
On Motorcycle
4 ☐ Operator
5 ☐ Passenger
6 ☐ Pedestrian
7 ☐ Bicyclist
8 ☐ Mopeds
9 ☐ Other

Street    City/Town    State

**INJURED 2**

Name of Injured

Age    Sex ☐ M ☐ F

Ejected from Vehicle: 1 YES  2 NO

INJURY SEVERITY
1 ☐ Killed
2 ☐ Serious Visible Injury
3 ☐ Minor Visible Injury
4 ☐ No Visible Injury but Complaints of Pain

RESTRAINT SYSTEMS  Yes ☐ No ☐ ?
1 ☐ Safety Belt Used
2 ☐ Child Restraint Used
3 ☐ Helmet Used
4 ☐ Air Bag Used

PERSON INJURED
In Vehicle
1 ☐ Operator
2 ☐ Passenger
3 ☐ Passenger in Tram, Bus, Etc.
On Motorcycle
4 ☐ Operator
5 ☐ Passenger
6 ☐ Pedestrian
7 ☐ Bicyclist
8 ☐ Moped
9 ☐ Other

Street    City/Town    State

**INJURED 3**

Name of Injured

Age    Sex ☐ M ☐ F

Ejected from Vehicle: 1 YES  2 NO

INJURY SEVERITY
1 ☐ Killed
2 ☐ Serious Visible Injury
3 ☐ Minor Visible Injury
4 ☐ No Visible Injury but Complaints of Pain

RESTRAINT SYSTEMS  Yes ☐ No ☐ ?
1 ☐ Safety Belt Used
2 ☐ Child Restraint Used
3 ☐ Helmet Used
4 ☐ Air Bag Used

PERSON INJURED
In Vehicle
1 ☐ Operator
2 ☐ Passenger
3 ☐ Passenger in Tram, Bus, Etc.
On Motorcycle
4 ☐ Operator
5 ☐ Passenger
6 ☐ Pedestrian
7 ☐ Bicyclist
8 ☐ Moped
9 ☐ Other

**BE SURE TO COMPLETE AND SIGN REPORT ON REVERSE SIDE**

Form E23 1000M 4/01 G000900

**LOCATION**

City or Town Where Accident Occurred: DORCHESTER

Street Name or Route Number: LINCOLN ST / DORCHESTER AVE

Which direction was each vehicle traveling?

Vehicle No 1: N S E W   NO 2: N S E W

Nearest Mile Marker | Number of Lanes | At Rotary | NO 2

**TYPE**

Accident Involved Collision With:
- 1 Pedestrian
- 2 Motor Vehicle in Traffic
- 3 Motor Vehicle Parked
- 4 Railroad Train
- 5 Ran off roadway hit fixed object _____ feet from road
- 6 Bicycle

Describe What Happened (Refer to Vehicles by Number):

MV1 was moving on slowly after observed the traffic MV2 suddenly pull up, therefore collided.

My speed immediately prior to the accident was approximately _____ m.p.h.

Signature of operator making report: X phan 1400 1900

Date _____

Name: _Petrol, NGA N,_    N: _4549_  Age: _37_  Sex: _♀_  DIV: _JU-23-02_    File #: _CUI7_

## Patient Progress Report

Pt's signature: _than agor aga_  Date: JUL 2 3 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_BUE ( JU-18-02 )  Neck pain and shou_
_hed bank pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _1st visit  pt's diagnose  Cervia & capf_
_Neck muscle spasm  Consultek c  s/o fuelp_

Plan: _/ IST / MT / IR / MC / US / HP / EN / TPT / MR / MS / WP / G... / MB / ADI / ADII / ADIE /_
_/ FSS / CSS / LSS / L98 / RPE / DE / _____   R/m_

NFV: _____

---

## Patient Progress Report

Pt's signature: _than aga_  Date: JUL 2 5 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck  & upper back_
_pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _Cont Stat  c  s/o  fuelp_

Plan: _/ IST / MT / IR / MC / US / HP / EN / TPT / MR / MS / WP / ... / MB / ADI / ADII / ADIE /_
_/ FSS / CSS / LSS / L98 / RPE / DE / _____

DR'S INT.

---

**1**

---

## Patient Progress Report

Pt's signature: _than aga_  Date: JUL 2 9 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck  and  upper  back_
_pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _Cont Stat  c  s/o  fuelp_

Plan: _/ IST / MT / IR / MC / US / HP / EN / CP / TPT / MR / MS / WP / LX / MB / ADI / ADII / ADIE /_
_/ FSS / CSS / TSS / LAS / RPE / RPE / DE / _____

NFV: _____

DR'S INT.

---

## Patient Progress Report

Pt's signature: _than aga_  Date: JUL 3 1 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck  pain  and  back_
_passed_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _Cont Stat  c  s/o  findings_

Plan: _/ IST / MT / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADI / ADII / ADIE /_
_/ FSS / CSS / TSS / L98 / RPE / RPE / DE / _____   N/a_

NFV: _____

DR'S INT.

Name: _PHAN   NGA N._   SSN: _4549_  Age: _01_  Sex: _F_   DB: _JUNE 03, 98_

## Patient Progress Report

Pt's signature: _phan nga_   Date: AUG 01 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck   and   upper   back_
_pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



(6) pain

Assessment: _Consistent c̄ s/o ptw_

Plan:
IST / MT / IF / IR / MC / US / UD / CP / TFT / MR / MS / WP / EX / MB / ADI / ADII / ADIE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /
NPV: _____   DRS INIT. (6C)

---

## Patient Progress Report

Pt's signature: _phan nga_   Date: AUG 05 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck   and   upper   back_
_pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



(5) pain

Assessment: _Consistent c̄ s/o biw_

Plan:
IST / MT / IF / IR / MC / US / UD / CP / TFT / MR / MS / WP / EX / MB / ADI / ADII / ADIE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /
NPV: _UP_   DRS INIT. (4C)

---

2

---

## Patient Progress Report   AUG 07 2002

Pt's signature: _phan nga_   Date: AUG 07 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Neck   +   mid   back_
_pain   +   injured_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



(2) pain

Assessment: _Consistent c̄ s/o biw_

Plan:
IST / MT / IF / IR / MC / US / UD / CP / TFT / MR / MS / WP / EX / MB / ADI / ADII / ADIE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /
NPV: _F_   DRS INIT. (4C)

---

## Patient Progress Report   AUG 13 2002

Pt's signature: _phan nga_   Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_Pt.   sx.   Eff._

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



Assessment: _Consistent c̄ s/o findings_

Plan:
IST / MT / IF / IR / MC / US / UP / CP / TFT / MR / MS / WP / EX / MB / ADI / ADII / ADIE /
FSS / CSS / TSS / LSS / NPE / EPE /
NPV: _PT. Discharge_   DRS INIT. _____

H.M. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

S T A T E M E N T

07-08-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-1019

Nga Phan  PI
232 Hamilton St
Dorchester MA 02122

LAST CLAIM:   08-29-2002
LAST PAYMENT: 03-13-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 07-23-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 35.00 |
| 07-23-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 65.00 |
| 07-23-2002 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 215.00 |
| 07-23-2002 | *Thoracic 2 views | 72070 | 100.00 | .00 | .00 | 315.00 |
| 07-25-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 350.00 |
| 07-25-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 385.00 |
| 07-25-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 415.00 |
| 07-25-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 455.00 |
| 07-25-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 495.00 |
| 07-29-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 530.00 |
| 07-29-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 565.00 |
| 07-29-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 595.00 |
| 07-29-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 635.00 |
| 07-29-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 685.00 |
| 07-31-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 720.00 |
| 07-31-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 755.00 |
| 07-31-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 785.00 |
| 07-31-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 825.00 |
| 08-01-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 860.00 |
| 08-01-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 895.00 |
| 08-01-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 925.00 |
| 08-01-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 965.00 |
| 08-01-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1005.00 |
| 08-05-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1040.00 |
| 08-05-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1075.00 |
| 08-05-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1105.00 |
| 08-05-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1145.00 |
| 08-07-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1180.00 |
| 08-07-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1215.00 |
| 08-07-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1245.00 |
| 08-07-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1285.00 |
| 08-07-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1325.00 |
| 08-13-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1360.00 |

Continued...

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**STATEMENT**

07-08-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-1019

Nga Phan  PI
232 Hamilton St
Dorchester MA 02122

LAST CLAIM:  08-29-2002
LAST PAYMENT: 03-13-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 08-13-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 1395.00 |
| 08-13-2002 | *EP OV | 99214-2 | 110.00 | .00 | .00 | 1505.00 |
| 03-14-2003 | PIP CK 0750012567 | | .00 | 1436.78 | .00 | 68.22 |
| 03-14-2003 | PIP REDUCTION | | .00 | .00 | 68.22 | .00 |
| | TOTALS | | 1505.00 | 1436.78 | 68.22 | |

---

For proper credit, please enclose this portion with your payment.

Nga Phan
232 Hamilton St
Dorchester MA 02122

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

THANK YOU.

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

ACCOUNT NUMBER: 1000-1019

# INITIAL CASE SUMMARY
## for patient # _1138_

Last Name: _Vo_          First Name: _Long V._
Age: _55_    Sex: _♂_    Number of Children: _03_
Date of Onset: _Sep-10-02_    Date of Initial Visit: _Oct-04-02_

**Medical History:**
Pregnancy: (Y) (N)    LMP: _0_

_MVA ( Sep-10-02 )_

**Examination Findings:**

BP: _116/76_  P: _72_ /min.  R: _15_ /min.  Ht: _5_ ft. _8_ in.  Wt: _114_

Current Medications: _None_
Allergies: _None Known_

**Orthopedic / Neurological Tests (+):**
_Cervical Dist_        _Kemp's_
_Cervical Comp_        _Supinator_ _brown'_s
_Soto-Hall_

X-Ray: _WNP_
Views: _____
Date: _____

**Diagnosis / Clinical Impression:**
1. _5372 ( MVA ( rear ) )_      4. _(847.2) lumbar S/s (M)_
2. _(847.0/1) cervical S/s (M)_  5. _(729.8) faint syndrome_
3. _(723.2) cervicocranial synd._  6. _(780.0) cervicocranial fy dys_
                                  7. _(780.2) lumbar seg dys._

**Recommended Treatment Protocol:**

(IST)/ MT /(IF)/ MC / US /(HP)/(CP)/(TPT)/ MR /(MS)/ EX / MB /(ADJ)/ other: _WF_
Frequency: _3_ x / wk for _4_ wk(s) then _1_ x/ wk for ___ wks or (as needed)
Therapy settings: _IF(lo min)/r 150  Hz   msg  ft Cap._

Total disability:    from _N/A_ _____ to _____

Re-evaluation Date: _Nov-15-02_          Doctor's Initials: (_AC_)

# PHYSICAL EXAMINATION

Patient's Name: ___Ho, Long V.___  Date: __OCT 0 4 2002__  File #: _1138_

Height _5_ ft. _3_ in.  Weight: _114_ lbs.
Blood pressure: (L) _110 / 70_
(R) ___ / ___  Pulse: _72_ bpm
George's Test (+) (−)

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Deep Tendon Reflexes**
(+)  (−)
C3, C4, C7, T2
T5, T6, L2, L3

**Spinous Percussion Test**
(+)  (−)
levels: C3, C4, T2
T7, T8
T11, L2, L3

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression (R) C7
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Supine Orthopedics:**
___ Soto-Hall's (R)
___ Lasegue's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's  L1-L4
___ Supported Adam's

**Palpation:**
Motion: F.: C1-C4   C7-T1, T2-T8   T11-L3
Static:  TT, C1-C3, T2-T6, T10-L5

| Cervical ROM | (Active) | Location of Pain: | Lumbar ROM | (Active) | Location of Pain: |
|---|---|---|---|---|---|
| Flexion (45) | (35) | | Flexion (90) | (70) | |
| Extension (55) | (45) | (R) C/T | Extension (35) | (30) | (R) lw upr |
| L Lateral Flexion (40) | (30) | upr | L Lateral Flexion (40) | (30) | all |
| R Lateral Flexion (40) | (30) | all ROM | R Lateral Flexion (40) | (30) | ROM |
| L Rotation (70) | (65) | | L Rotation (35) | (25) | |
| R Rotation (70) | (50) | | R Rotation (35) | (30) | |

Doctor's Comments: ___Initial Comprehensive___  ___Re-Evaluation___  ___Discharge___
pt. transferred from Parkway Physio & Therapy d/t
a fear of safety.

# PHYSICAL EXAMINATION

Patient's Name: Ho, Wong V.     Date: OCT 3 0 2002     File #: 1138

Height ___ ft. ___ in.   Weight: ___ lbs.
Blood pressure: (L) 130/82
(R) ___ / ___   Pulse: 28 bpm
George's Test ( + ) ( - )

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Deep Tendon Reflexes**
( + )   ( - )
_____
_____
_____

**Spinous Percussion Test**
( + ) ( )
levels: _____
_____

**Supine Orthopedics:**
___ Soto-Hall's
___ Lasegue's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's
___ Supported Adam's

**Palpation:**
Motion: _____
Static: _____

| Cervical ROM | | (Active) | Location of Pain: | Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|---|---|---|---|
| Flexion | (45) | ( ) | | Flexion | (90) | ( ) | |
| Extension | (55) | ( ) | | Extension | (35) | ( ) | |
| L Lateral Flexion | (40) | ( ) | WNL | L Lateral Flexion | (40) | ( ) | WNL |
| R Lateral Flexion | (40) | ( ) | | R Lateral Flexion | (40) | ( ) | |
| L Rotation | (70) | ( ) | | L Rotation | (35) | ( ) | |
| R Rotation | (70) | ( ) | | R Rotation | (35) | ( ) | |

Doctor's Comments: ___ Initial Comprehensive     ___ Re-Evaluation     ✓ Discharge

# CHIEF COMPLAINT

Name: __VO, LONG  V.__    Date: __OCT 0 4 2002__    File #: __1138__

You were the: ___driver    ___front passenger    ___rear passenger ( L ) ( R ) ( C )
Were you wearing your seat belt: ( Y ) (N)
Which way were you looking at the time of impact: (Forward) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: __the steering wheel__
Do you feel any pain as a result of the accident? (Y) ( N )
Have you had any other trauma since that accident? ( Y ) (N)
How long after the accident did your pain begin? __immediately__

**CERVICAL:**   Location of pain: L / R / (Bilat.) The intensity of pain from 0 - 10: ___5___

| Duration: | Severity: | Quality: |
|---|---|---|
| ___constant | ___mild | ✓dull |
| ✓intermittent | ✓moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) (N) _____

**THORACIC:**   Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _____

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**LUMBAR:**   Location of pain: L / R / (Bilat.)  The intensity of pain from 0 - 10: ___5___

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ✓intermittent | ✓moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) (N) _____

**AGGRAVATION OF PAIN:**
✓bending    ___lifting    ___twisting    ___coughing
✓sitting (P)    ___standing    ___walking    ___lying down
✓other: _____

**YOUR PAIN INTERFERES WITH:**
___work    ___sleep    ✓routine activities    ✓personal activities
other: _____

**OTHER SYMPTOMS SINCE ACCIDENT:**
✓headaches (Int)    ___chest pain    ___dizziness    ___nausea
other: (B) shoulder _____

Name: _____ SSN: _____ Age: ___ Sex: ___ DI: ___ __-__-__ File #: __-__

## Patient Progress Report

Pt's signature: _____ Date: OCT 0 4 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TFT / MR / MS / WP / EX / MB / ADI / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    Dr's INIT. ___

## Patient Progress Report

Pt's signature: _____ Date: OCT 0 8 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TFT / MR / MS / WP / EX / MB / ADI / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    Dr's INIT. ___

**1**

## Patient Progress Report

Pt's signature: _____ Date: OCT 0 9 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TFT / MR / MS / WP / EX / MB / ADI / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    Dr's INIT. ___

## Patient Progress Report

Pt's signature: _____ Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TFT / MR / MS / WP / EX / MB / ADI / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    Dr's INIT. ___

Name: _____ SSN: _____ Age: ___ Sex: ___ D/I: _____

## Patient Progress Report

Pt's signature: _____ Date: OCT 15 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MB / MS / WP / EX / MB / ADJ / ADJI / ADJE /
PSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: _____                    DR'S INIT.

## Patient Progress Report

Pt's signature: _____ Date: OCT 17 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MB / MS / WP / EX / MB / ADJ / ADJI / ADJE /
PSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: _____                    DR'S INIT.

**2**

## Patient Progress Report

Pt's signature: _____ Date: _____

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MB / MS / WP / EX / MB / ADJ / ADJI / ADJE /
PSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: _____                    DR'S INIT.

## Patient Progress Report

Pt's signature: _____ Date: OCT 24 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

_____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _____

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MB / MS / WP / EX / MB / ADJ / ADJI / ADJE /
PSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: _____                    DR'S INIT.

Name: _VO, LOAK, V._    SSN: _4581_ Age: _55_ Sex: _O'_ DIV: _OCT-04-02_    File #: _1138_

## Patient Progress Report

Pt's signature: _Unione_    Date: **OCT 2 9 2002**

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.
: _Neck     ach     back     pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _Constat c s/p inly_

Plan:
/ IST / MT / IF / BL / MC / US / HP / CP / TPT / MOR / MS / WP / EX / MB / ADI / ADI / ADJE /
SS / CSS / TSS / LSS / NPE / EPE / DE /
V: _____    DR'S INIT.

---

## Patient Progress Report

Pt's signature: _Unione_    Date: **OCT 3 0 2002**

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.
: _Feely ok     No complaints_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment: _Th leveled RMT     Nc     cont stat c s/p inly_

Plan:
/ IST / MT / IF / BL / MC / US / HP / CP / TPT / MOR / MS / WP / EX / MB / ADI / ADI / ADJE /
/ PSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    DR'S INIT.

---

## Patient Progress Report

Pt's signature: _____    Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.
:
:

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment:
:

Plan:
/ IST / MT / IF / BL / MC / US / HP / CP / TPT / MOR / MS / WP / EX / MB / ADI / ADR / ADJE /
/ PSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    DR'S INIT.

---

## Patient Progress Report

Pt's signature: _____    Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.
:
:

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

Assessment:
:

Plan:    Re-Exam
/ IST / MT / IF / BL / MC / US / HP / CP / TPT / MOR / MS / WP / EX / MB / ADI / ADI / ADJE /
/ PSS / CSS / TSS / LSS / NPE / EPE / DE /
NFV: _____    DR'S INIT.

**3**

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**S T A T E M E N T**

07-08-2005

**BALANCE:** $.00

**ACCOUNT NUMBER:** 1000-1138

Long Vo  PI
40 Melbourne St #3
Dorchester MA 02124

LAST CLAIM:   10-31-2002
LAST PAYMENT: 02-03-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 10-04-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 35.00 |
| 10-04-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 65.00 |
| 10-04-2002 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 215.00 |
| 10-08-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 250.00 |
| 10-08-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 285.00 |
| 10-08-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 315.00 |
| 10-08-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 355.00 |
| 10-09-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 390.00 |
| 10-09-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 430.00 |
| 10-09-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 465.00 |
| 10-09-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 515.00 |
| 10-11-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 550.00 |
| 10-11-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 590.00 |
| 10-11-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 625.00 |
| 10-11-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 675.00 |
| 10-15-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 710.00 |
| 10-15-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 750.00 |
| 10-15-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 785.00 |
| 10-15-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 835.00 |
| 10-17-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 870.00 |
| 10-17-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 910.00 |
| 10-17-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 950.00 |
| 10-17-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 1000.00 |
| 10-21-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1035.00 |
| 10-21-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1070.00 |
| 10-21-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1100.00 |
| 10-24-2002 | *Infared | 97026 | 35.00 | .00 | .00 | 1135.00 |
| 10-24-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1175.00 |
| 10-24-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1215.00 |
| 10-28-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1250.00 |
| 10-28-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 1290.00 |
| 10-28-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1330.00 |
| 10-30-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1370.00 |

Continued...

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**S T A T E M E N T**

07-08-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-1138

Long Vo  PI
40 Melbourne St #3
Dorchester MA 02124

LAST CLAIM:   10-31-2002
LAST PAYMENT: 02-03-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 10-30-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1410.00 |
| 10-30-2002 | *EP OV | 99214-2 | 110.00 | .00 | .00 | 1520.00 |
| 01-16-2003 | PIP CK 0016942660 | | .00 | 750.08 | .00 | 769.92 |
| 01-16-2003 | PIP CK 0016942663 | | .00 | 497.56 | .00 | 272.36 |
| 01-16-2003 | PIP REDUCTION | | .00 | .00 | 34.92 | 237.44 |
| 01-16-2003 | PIP REDUCTION | | .00 | .00 | 22.44 | 215.00 |
| 02-04-2003 | PIP CK 0016986585 | | .00 | 215.00 | .00 | .00 |
| | TOTALS | | 1520.00 | 1462.64 | 57.36 | |

For proper credit, please enclose this portion with your payment.

Long Vo
40 Melbourne St #3
Dorchester MA 02124

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

THANK YOU.

ACCOUNT NUMBER: 1000-1138

# NARRATIVE REPORT
# OF
# MEDICAL EVALUATION
# OF
# OBJECTIVE FINDINGS

**Regarding:**
**Mr. Etienne A. Douglas**

**To:**
**WHOM IT MAY CONCERN**

**From:**
**SPINE CARE AND THERAPY**
**H. N. Huynh, D.C.**



# SPINE CARE AND THERAPY

**413 Neponset Ave. 2ⁿᵈ Floor**
**Ph: (617) 282-6400    Dorchester, MA 02122    Fax: (617) 282-8165**

January 15, 2003

TO:  Commerce Insurance
     Attn.: Kirsten Nicholls
     11 Gore Road
     Webster, MA 01570

REPORT ON:                    Etienne A. Douglas.
OUR REFERENCE NUMBER:         1307.
DATE OF ACCIDENT:             October 18, 2002.
YOUR CLAIM NUMBER:            PJ6804.

Dear Ms. Nicholls:

We are submitting this final narrative report with the permission of Mr. Douglas.

## HISTORY OF LOSS:

Mr. Douglas was first seen in this Dorchester, Massachusetts office on November 21, 2002 for examination and treatment of injuries, which he incurred, from an auto accident, which took place on October 18, 2002 while traveling in Boston, Massachusetts. The patient reports he was the restrained driver in a vehicle involved in an automobile vs. automobile collision. Mr. Douglas mentions he was looking straight ahead at the time of impact. Mr. Douglas treated at Alliance Physical Therapy for the first four weeks. He transferred here because the hours at this facility are more convenient for him.

**Etienne A. Douglas**                                                    1

## CHIEF COMPLAINTS:

Mr. Douglas described the following chief complaints during the initial examination:

1. Constant, moderate to severe and dull thoracolumbar pain.
2. Headaches.

The patient states that the pain is worsened by bending and prolonged sitting and that the pain interferes with his routine and personal activities.

## MEDICAL HISTORY:

Mr. Douglas's prior medical history was considered to be non-contributory to his present condition.

## PHYSICAL EXAMINATION:

## GENERAL IMPRESSIONS:

Mr. Douglas is a 28-year-old mentally alert and cooperative male. His pulse was 74 beats/min. with a respiration of 14 breaths/minute. The patient was 5' 9" in height and weighed 185 pounds. Mr. Douglas's blood pressure was 120/80. The patient presented with a fair posture and ambulated without difficulty. His muscle tone was good and appeared his stated age.

## OBJECTIVE FINDINGS:

## Orthopedic Tests:

1. Soto-Hall's Test was positive for cervical injury.
2. Lasegue's Test was positive with 45 degrees of left hip flexion and 55 degrees of right hip flexion.
3. Kemp's Test was positive for posterior articular facet sprain/strain.
4. Supported Adam's Test was positive for lumbar involvement.
5. Deep Tendon Reflexes for the upper and lower extremities were 2/5 and symmetrical.
6. Spinous Percussion Test was positive for increased sensitivity at the

Etienne A. Douglas                                                          2

C1, C4, T2, T4, T8, L2, L3 and L5 vertebral segments.

**Palpation/R.O.M. evaluation:**

Evaluation of the thoracic and lumbar areas of the spine revealed tenderness and spasms in the erector spinae musculature on both sides of the T5 through T10 and T12 through L5 vertebral levels. Lumbar range of motion was restricted in flexion (70), extension (15), left lateral flexion (25), right lateral flexion (25), left rotation (20) and right rotation (25) with the production of pain in the lumbar area upon all active ranges of motion.

## DIAGNOSIS:

1. (E812.0) Motor vehicle collision with another vehicle (driver).
2. (847.1/847.2) Acute, traumatic and severe thoracolumbar sprain/strain.
3. (724.8) Lumbar facet syndrome.
4. (728.85) Deep and superficial paraspinal muscle spasm.
5. (729.1) Myofascitis.
6. (307.81) Tension headache.
7. (739.2) Thoracolumbar segmental dysfunction.

## DISABILITY ASSESSMENT:

Based upon objective findings from examination, it was determined that Mr. Douglas was:

**Partially disabled:**    November 21, 2002 to January 02, 2003

## TREATMENT:

This treatment program consisted of specific vertebral adjustments that facilitate proper vertebral motion and reduce irritation in the vicinity of the nerves. Deep tissue therapy was used to help reduce spasm muscles and add resiliency to the muscle tissues. Intersegmental traction was utilized to accelerate the restoration of vertebral motion. Electrotherapy, whirlpool and hot/cold packs were used to reduce muscle spasms as well as pain and to improve circulation in the areas of injury.

## PROGNOSIS:

An assessment of the patient's condition, based upon his history, subjective complaint and objective findings, exhibits reasonable medical probability consistent with the injury that would have been evident from the automobile accident that the patient described.   Therefore, in my professional opinion I conclude that Mr. Douglas did receive the above injuries as a result of the accident on the aforementioned date.

The patient presented for treatment on a regular basis and demonstrated a good response to the care provided. The patient presented for treatment on a regular basis and demonstrated a good response to the care provided.   A final evaluation was performed on January 02, 2003 and the patient reported complete relief from his original symptoms.   No significant objective findings were noted on this examination. It was realized that the patient had achieved maximum medical improvement and was discharged from care on that same day.

Injuries of this nature and magnitude are typically attended by avulsion of ligamentous and tendonous attachments at their point of insertion into the periosteal lining of the bone.   This induces subsequent ecchymotic hemorrhage and the later formation of scarring and periarticular joint adhesions of the spinal dysarthrosis as well as around the dural sleeves of the spinal nerves at their points of emergence from the intervertebral foramina in all the areas of involvement.   The degenerative changes of the spinal column normally occurring during aging become accelerated prematurely. This has the tendency to result in localized chronic pain that may occur more prevalent during changes in the weather or at times of overexertion, stress or fatigue.

Please call this office if you need further information concerning this patient.


Respectfully,


H. N. Huynh, D.C.

HNH/pipfm3



Etienne A. Douglas                                                                                      4

# INITIAL CASE SUMMARY
### for patient # _1307_

Last Name: _DOUGLAS_          First Name: _ETIENNE   A._
  Age: _28_      Sex: _♂_      Number of Children: _0_
Date of Onset: _N OCT -18 -02_   Date of Initial Visit: _NOV -21 -02_

**Medical History:**
  Pregnancy: ( Y ) (N)    LMP: _0_

_____ MVA ( OCT -18 -02 ) _____
_pt. treated at Albumia. Unhappy w/ results._

**Examination Findings:**

BP: _120/80_  P: _74_ /min.  R: _14_ /min.  Ht: _5_ ft. _9_ in.  Wt: _185_

Current Medications: _Motrin (400mg )_
Allergies: _Arthealit_

**Orthopedic / Neurological Tests (+):**
  _Laseyes_         _____        _____
  _Kemp's_          _____        _____
  _Supported Adson's_  _____     _____

**X-Ray:**        _DNP_         _____
Views: _____    _____     _____
        _____    _____     _____
Date: _____    _____     _____

**Diagnosis / Clinical Impression:**
1. _(E812.0) MVA (driver)_      4. _(728.85) muscle spasm_
2. _(847.1/2) Paravertebral s/s(s)_  5. _(729.1) Myalgia_
3. _(724.8) Facet syndrome_     6. _(302.81) Tension HA_
                    7. _(739.2) Thoracic column seg dys._

**Recommended Treatment Protocol:**
(IST) / MT (IF) MC / US (HP)(CP)(TPT)/ MR /(MS) EX / MB /(ADJ)/ other: _WP_
  Frequency: _3_ x / wk for _2_ wk(s) then _2_ x / wk for _6_ wks or as needed
Therapy settings: _IF(10 min) 1-110Hz, Sweep, T3 L spine c AP_

Total disability:    from _N/A_        to _____

Re-evaluation Date: _DEC- 21- 02_          Doctor's Initials: _(KW)_

# PHYSICAL EXAMINATION

Patient's Name: __DOUGLAS, ETIENNE A.__  Date: __NOV 2 1 2002__  File #: __1307__

Height __5__ ft. __9__ in.  Weight: __185__ lbs.
Blood pressure: ( L ) __120/ 80__
　　　　　　　　( R ) ___/___  Pulse: __74__ bpm
George's Test ( + ) (‒)

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Deep Tendon Reflexes**
( + ) (‒)
_____
_____

**Spinous Percussion Test**
( + )　( ‒ )
levels: _L1  L4 , T2_
_T4, T8_
_L2, L4, L5_

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Supine Orthopedics:**
___ Soto-Hall's
___ Lasegue's  (L) 45  (R) 55
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's  L/R
___ Supported Adam's

**Palpation:**
Motion: _F: T6 -T10    T L4__
Static: _TT: T5 -T8 ,    T12 - L5__

| Cervical ROM | (Active) | Location of Pain: |
|---|---|---|
| Flexion (45) | ( | ) |  |
| Extension (55) | ( | ) | PAPAIN |
| L Lateral Flexion (40) | ( | ) |  |
| R Lateral Flexion (40) | ( | ) |  |
| L Rotation (70) | ( | ) |  |
| R Rotation (70) | ( | ) |  |

| Lumbar ROM | (Active) | Location of Pain: |
|---|---|---|
| Flexion (90) | (70) |  |
| Extension (35) | (15) | (R) TL |
| L Lateral Flexion (40) | (25) |  |
| R Lateral Flexion (40) | (25) | um |
| L Rotation (35) | (30) | cul Rm |
| R Rotation (35) | (25) |  |

Doctor's Comments: __✓__ Initial Comprehensive　___ Re-Evaluation　___ Discharge

# CHIEF COMPLAINT

Name: __DOUGLAS, ETIENNE A.__    Date: __NOV 2  2002__    File #: __1207__

You were the: __✓__ driver    ___ front passenger    ___ rear passenger ( L ) ( R ) ( C )
Were you wearing your seat belt: (( Y )) ( N )
Which way were you looking at the time of impact: ( Forward ) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: __Was' Shaken__
Do you feel any pain as a result of the accident? ( Y )( N )
Have you had any other trauma since that accident? ( Y ) ( N )
How long after the accident did your pain begin? __immediately__

**CERVICAL:**   Location of pain:  L / R / Bilat.  The intensity of pain from 0 - 10: _____

| Duration: | Severity: | Quality: |
|---|---|---|
| ___ constant | ___ mild | ___ dull |
| ___ intermittent | ___ moderate | ___ sharp |
| ___ occasional | ___ severe | ___ burning |

Does the pain radiate to other parts of your body?  ( Y ) ( N ) _____

**THORACIC:**   Location of pain:  L / R / Bilat.  The intensity of pain from 0 - 10: _____

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___ constant | ___ mild | ___ dull |
| ___ intermittent | ___ moderate | ___ sharp |
| ___ occasional | ___ severe | ___ burning |

Does the pain radiate to other parts of your body?  ( Y ) ( N ) _____

**LUMBAR:**   Location of pain:  L / R / ( Bilat )   The intensity of pain from 0 - 10: __6__

T/L

| Duration: | Intensity: | Quality: |
|---|---|---|
| ✓ constant | ___ mild | ✓ dull |
| ___ intermittent | ✓ moderate | ___ sharp |
| ___ occasional | ✓ severe | ___ burning |

Does the pain radiate to other parts of your body?  ( Y ) (( N )) _____

**AGGRAVATION OF PAIN:**
✓ bending    ___ lifting    ___ twisting    ___ coughing
✓ sitting ( P )    ___ standing    ___ walking    ___ lying down
✓ other: _____

**YOUR PAIN INTERFERES WITH:**
___ work    ___ sleep    ✓ routine activities    ✓ personal activities
other: _____

**OTHER SYMPTOMS SINCE ACCIDENT:**
✓ headaches    ___ chest pain    ___ dizziness    ___ nausea
other: _____

City/Town Where Crash Occurred: **Boston**

Date: **10-18-02**   Time: **1:20**  _ AM _✓ PM

# Vehicles Involved: **2**

## Section A: Crash Location

Please complete Section A1 or A2 below to indicate the location of the crash.
If you need additional space to describe the crash location, please use the Crash Narrative Section on the last page of this form.

**SECTION A1: Complete this Section if the crash occurred at an intersection of two or more streets:**

**Step 1:** Please indicate the route or roadway where you were traveling when the crash occurred:

Route # _____   Name of Roadway/Street: **Mt. Bowdoin Terrace**

**Step 2:** What was the name (or names) of the intersecting streets?

Route # _____   Name of Roadway/Street: **Bullard St.**

Route # _____   Name of Roadway/Street

**OR**

**SECTION A2: Complete this Section if the crash did NOT occur at an intersection:**

**Step 1:** Please indicate the route, roadway and address where the crash occurred:

The crash occurred on Route #: _____ at Street or Address Number: _____

on the Street/Roadway known as: _____

**Step 2:** Please provide as much of the following specific location information as possible:

The crash occurred (estimate the number of feet) _____ feet
(indicate direction as N/S/E/W) _____ of

a) Mile Marker number _____

OR: b) Exit Number _____

OR: c) Intersecting Street/Roadway   Route # _____   Street/Roadway Name _____

OR: d) Landmark _____

## Section B: Vehicle You Were Driving

Number of occupants in vehicle (including yourself): **2**   Was vehicle damage above $1000? _ Yes _ No

| Driver's License Number | License State | Date of Birth | Age | Sex | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| **574585154** | **MA** | **8-1-74** | **20** | _ M _ F | _ D _ A _ B _ C  _ M _ Unknown | H _ Hazardous   N _ Tank vehicles   P _ Passenger   T _ Doubles/triples   X _ Tank and Hazardous   transport |

Your Full Name (Last, First, Middle): **Douglas, Etienne Antwonne**

Street Address: **55 Maxwell St Apt 2**   City/Town: **Boston**   State: **MA**   Zip: **02124**

Insurance Company: **Commerce**   Vehicle Registration #: **8584YP**   Reg. Type: **PAN**   Reg. State: **MA**   Vehicle Year: **1994**   Vehicle Make: **Honda Accord Exhargn**

**Indicate your type of vehicle**

( **1 Passenger car** )
2 Light truck (van, mini-van, pick-up, sport utility)
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

Full Name of Vehicle Owner (Last, First, Middle): **Douglas, Etienne Antwonne**

Street Address: **55 Maxwell St Apt. 2**   City/Town: **Boston, MA**   State Zip: **02124**

Vehicle Travel Direction: _ N _ S _ E _ W **7**

**What Was Your Vehicle Doing Prior to Crash?**

1 Travelling straight ahead
( 2 Slowing or stopped )
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing
11 Parked
97 Other
99 Unknown

Please indicate the Sequence of Events as they occurred to YOUR Vehicle by writing the corresponding number (1-52, or 97, 99) in up to 4 boxes below.

| What happened first? | What happened 2nd (if applicable)? | What happened 3rd (if applicable)? | What happened 4th (if applicable)? |
|---|---|---|---|
| **1** | | | |

**Collision with**
1 Motor vehicle in traffic
2 Parked motor vehicle
3 Pedestrian
4 Cyclist
5 Animal-deer
6 Animal-other
7 Moped
8 Work zone maintenance equipment
9 Railway vehicle (train, engine)
10 Other movable object
11 Unknown movable object
20 Curb
21 Tree
22 Utility pole

23 Light pole or other post/support
24 Guardrail
25 Median barrier
26 Ditch
27 Embankment/Sloping shoulder
28 Highway traffic signpost
29 Overhead sign support
30 Fence
31 Mailbox
32 Crash cushion/Impact attenuator
33 Bridge
34 Bridge overhead structure
35 Other fixed object (wall, building, tunnel)
36 Unknown fixed object

**Non-Collision**
40 Ran off road right
41 Ran off road left
42 Cross median/centerline
43 Overturn/rollover
44 Equipment failure (blown tire, brakes, etc)
45 Fire/explosion
46 Immersion
47 Jackknife
48 Cargo/equipment loss or shift
49 Separation of units
50 Downhill runaway
51 Other non-collision
52 Unknown non-collision
97 Other
99 Unknown

Was your Vehicle Towed From the Scene Due to Damage? _ Yes _✓ No

Vehicle Damaged Area (circle up to three)

10 Undercarriage
11 Totaled

## Section C: You and Your Passengers

Please provide the full name, address, and DOB or ___ passengers in your vehicle. Then write the correspond___ e in each of the boxes for each occupant of the vehicle (yourself and all passengers). A list of the possible ___ s is provided at the bottom of this section.

| | | Date of Birth/Age | Sex (M/F) | A | B | C | D | E | F | G | H | Name of Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Driver** (See previous page) | 11 . . . . . . . . . . . . . | | | | | | | | | | | |
| **Name of Passenger 1** (Last, First, Middle) 6 CORWIN STREET APT: 3 | | 8/23/83 | F | | | | | | | | | |
| CARLINDA Montiero   Boston   MA 02122 | | | | | | | | | | | | |
| Address  City/Town  State  Zip | | | | | | | | | | | | |
| **Name of Passenger 2** (Last, First, Middle) | | | | | | | | | | | | |
| Address  City/Town  State  Zip | | | | | | | | | | | | |
| **Name of Passenger 3** (Last, First, Middle) | | | | | | | | | | | | |
| Address  City/Town  State  Zip | | | | | | | | | | | | |

**A. Seating Position**
1 Front seat - left side (or motorcycle driver)
2 Front seat - middle
3 Front seat - right side
4 Second seat - left side (or motorcycle passenger)
5 Second seat - middle
6 Second seat - right side
7 Third row - left side (or motorcycle passenger)
8 Third row - middle
9 Third row - right side
10 Sleeper section of cab
11 Enclosed passenger area
12 Unenclosed passenger area
13 Trailing unit
14 Riding on vehicle exterior
97 Other
99 Unknown

**B. Safety System Used**
0 None used
1 Shoulder and lap belt ✓
2 Lap belt only
3 Shoulder belt only
4 Child safety seat
5 Helmet
99 Unknown

**C. Air Bag Status**
1 Deployed-front
2 Deployed-side
3 Deployed both front and side
4 Not deployed ✓
5 Not applicable
99 Unknown

**D. Air Bag Switch**
1 Switch in ON position ✓
2 Switch in OFF position
3 ON-OFF switch not present
4 Unknown if switch is present
99 Unknown

**E. Ejected From Vehicle?**
0 Not ejected ✓
1 Totally ejected
2 Partially ejected
3 Not applicable
99 Unknown

**F. Trapped?**
0 Not trapped ✓
1 Freed by mechanical means
2 Freed by non-mechanical means
99 Unknown

**G. Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown ✓

**H. Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown

## Section D: Other Vehicle(s) Involved in the Crash

Number of occupants in the Vehicle: 1   Was vehicle Damage above $1000? _ Yes _ No ?   Moped? _ Yes _ No   Hit and Run? _ Yes _ No ✓

| Driver's License Number | License State | Date of Birth | Age | Sex | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| 509494093 | MA | | | _ M _ F | _ D  _ A  _ B  _ C   _ M  _ Unknown | H _ Hazardous   N _ Tank vehicles   P _ Passenger transport   T _ Doubles/triples   X _ Tank and Hazardous |

**Full Name of Vehicle Driver** (Last, First, Middle): Legrand Hector J.   Street Address: 1115 Hyde Park Ave.   City/Town: Boston   State   Zip

| Insurance Company | Vehicle Registration # 6891 RI | Reg. Type PAN | Reg. State MA | Vehicle Year | Vehicle Make Ford Expedition |
|---|---|---|---|---|---|

**Indicate type of vehicle**   VIN # 1FMPU18L2YLA94220   PH# AU213447
1 Passenger car
2 Light truck (van, mini-van, pick-up, sport utility) ✓
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/double
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

**Full Name of Vehicle Owner** (Last, First, Middle): Ford Motor Credit Co.   Street Address: Box 105704   City/Town: Atlanta   State: GA   Zip

**Vehicle Travel Direction** _ N _ S _ E _ W ?

**What Was The Vehicle Doing Prior to Crash?**
1 Travelling straight ahead
2 Slowing or stopped
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing ✓
11 Parked
97 Other
99 Unknown

## Section E: Non-Motorist(s) Involved in the Crash

**Indicate the type of non-motorist involved**   1 Pedestrian   2 Cyclist   3 Skater   97 Other   99 Unknown

**What was the non-motorist doing prior to the crash?**
1 Entering or crossing location
2 Walking, running or cycling
3 Working
4 Pushing vehicle
5 Approaching or leaving vehicle
6 Working on vehicle
7 Standing
97 Other
99 Unknown

**Where was the non-motorist prior to the crash?**
1 Marked crosswalk at intersection
2 At intersection but no crosswalk
3 Non-intersection crosswalk
4 In roadway
5 Not in roadway
6 Median (but not on shoulder)
7 Island
8 Shoulder
9 Sidewalk
10 Shared-use path or trails
99 Unknown

| Date of Birth/Age | Sex _ M _ F | Full Name of Non-Motorist (Last, First, Middle) | Street Address | City/Town | State Zip |
|---|---|---|---|---|---|

**Safety Equipment?**
0 None used
6 Helmet
7 Protective pads (elbows, knees, etc.)
8 Reflective clothing
9 Lighting
10 Other
99 Unknown

**Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown
If transported, please indicate Hospital/Medical Facility:

P. 3

## Section F: Crash Conditions

**Light Conditions**
- (1) Daylight
- 2 Dawn
- 3 Dusk
- 4 Dark - lighted roadway
- 5 Dark - roadway not lighted
- 6 Dark - unknown roadway lighting
- 97 Other
- 99 Unknown

**Weather Conditions (up to 0)**
- (1) Clear
- 2 Cloudy
- 3 Rain
- 4 Snow
- 5 Sleet, hail, freezing rain
- 6 Fog, smog, smoke
- 7 Severe crosswinds
- 8 Blowing sand, snow
- 97 Other
- 99 Unknown

**Traffic Control Device**
- (1) No controls
- 2 Stop signs
- 3 Traffic control signal
- 4 Flashing traffic control signal
- 5 Yield signs
- 6 School zone signs
- 7 Warning signs
- 8 Railroad crossing device
- 99 Unknown

**Was the traffic control device functioning at the time of the crash?**
- 1 — Yes
- 2 — No ✓

**Surface**
- (1) Dry
- 2 Wet
- 3 Snow
- 4 Ice
- 5 Sand, mud, dirt, oil, gravel
- 6 Water (standing, moving)
- 7 Slush
- 8 Other
- 99 Unknown

**Roadway Intersection Type**
- 1 Not at intersection
- 2 Four-way intersection
- (3) T-intersection
- 4 Y-intersection
- 5 On ramp
- 6 Off ramp
- 7 Traffic circle
- 8 Five-point or more
- 9 Driveway
- 10 Railway grade crossing
- 99 Unknown

**Trafficway Description**
- 1 Two-way, not divided
- 2 Two-way, divided, unprotected median
- 3 Two-way divided, protected median
- (4) One-way, not divided
- 99 Unknown

**School Bus Related?**
- 1 ✓ Yes
- 2 No

**Work Zone Related?**
- 1 ✓ Yes
- 2 ✓ No

**Manner of Collision**
- 1 Single vehicle crash
- 2 Rear-end
- 3 Angle
- 4 Sideswipe, same direction
- 5 Sideswipe, opposite direction
- 6 Head on
- 7 Rear to rear
- 99 Unknown

REAR to FRONT

## Section G: Crash Diagram



*Handwritten diagram with notes:*
"I Beeped my horn several times."
"at MY CAR complete stop"
"BACKING UP"

Please draw a diagram of the roadway or streets where the crash occurred, indicating the vehicles involved and direction of travel using the following symbols:
→ = Direction
[1] = Vehicle 1 (Your Vehicle)
[2] = Vehicle 2
O = Pedestrian/Non-Motorist

Select one of the following if the crash did not occur on a public way:
___ Off-street parking lot
___ Garage
___ Mall/shopping center
___ Other private way

## Section H: Witness Information

| Witness Name (Last, First, Middle) | Address | Phone |
|---|---|---|
| CARlinda Montiero | 6 Corwin St Boston, MA 02122 | 617-825-0577 |

## Section I: Property Damage Information (Other than Vehicles)

| Owner Name (Last, First, Middle) | Address | Phone | Property and Damage Description |
|---|---|---|---|
| | | | |
| | | | |

## Section J: Crash Narrative

I WAS on my WAY to WORK. TRAvelling down MY. BowdoIn TERR. I came to A Complete Stop At the end of the street. I noticed A truck backing up Bullard St. I beeped my horn sEveRAl times. The TRUCK continued to back up And hit the front of MY CAR.

## Section K: Signature

Print: Etienne A. Douglas    Date: 10-18-02

"Signed under Pains and Penalties of Perjury"

Name: DOUGLAS, ETIENNE A.    SSN: 1728    Age: 28    Sex: ♂    DIV: NOV-21-02    File #: 1307

## Patient Progress Report

Pt's signature: _____    Date NOV 2 1 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _mild (oct-18-02) back pain

: _ad HA_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS P LIN IN PI

Assessment:
: _____
: _____

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ1 / ADJ1 / ADJE / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____    NPV
NPV: _____    DR'S INIT. _____

## Patient Progress Report

Pt's signature: _____    Date NOV 2 2 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Back pain and TGT

: _HA_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS P LIN IN PI

Assessment:
: _Counter c s/o faily_

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV: _____    DR'S INIT. _____

## Patient Progress Report

Pt's signature: _____    Date NOV 2 5 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _TGT HA ad back_

: _pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS P LIN IN PI

Assessment:
: _Counter c s/o faily_

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____    MT
NPV: _____    DR'S INIT. _____

## Patient Progress Report

Pt's signature: _____    Date NOV 2 6 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _HA R extra. Back_

: _is sure_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS P LIN IN PI

Assessment:
: _Counter c s/o faily_

Plan:
IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV: _____    DR'S INIT. _____

1

Name: DOUGLAS, ETIENNE A.    SSN: 1728  Age: 28  Sex: O°  DIV NOV-21-02    File #: 1307

## Patient Progress Report

Pt's signature: _____  Date: DEC 0 3 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: HA  and  neck  pain.

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment: _____  Constant c s/o pain.

Plan:
IST / MT / LF / IR / MC / US / HP / CP /TPT/ MR / MS WP / EX / MB / ADJ /ADJI / ADJE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:  F  N    DR'S INIT. _____

## Patient Progress Report

Pt's signature: _____  Date: DEC 1 0 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: HA  and  neck  pain.

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment: _____  Constant c s/o pain.

Plan:
IST / MT / LF / IR / MC / US / HP / CP /TPT/ MR / MS WP / EX / MB / ADJ ADJI / ADJE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:  F    DR'S INIT. _____

**2**

## Patient Progress Report

Pt's signature: _____  Date: DEC 1 2 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: Back  pain.

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment: _____  Constant c s/o pain.

Plan:
/ IST / MT / LF / IR / MC / US / HP / CP /TPT/ MR / MS WP / EX / MB / ADJ / ADJI / ADJE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /  N/A
NPV:  M    DR'S INIT. _____

## Patient Progress Report

Pt's signature: _____  Date: DEC 1 9 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: Back  pain.

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment: _____  Constant c s/o pain.

Plan:
/ IST / MT / LF / IR / MC / US HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:    DR'S INIT. _____

Name: __DOUGLAS, ETIENNE A.__  N: __1728__  Age: __28__  Sex: __♂__  DIV: _____  __NOV-21-02__  File #: __1307__

## Patient Progress Report

Pt's signature: _____  Date: __DEC 2 0 2002__

.bjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: __Back pain.__

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI N IN PI

Assessment: __Cervical c̄ s/o pty__

Plan:
/ IST / MT / IF / IR / MC / US /HP/ CP / TPT / MR / MS / WP / EX / MB / ADJ /(ADJI)/ ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____     DR'S INIT. ___

: __M__

---

## Patient Progress Report

Pt's signature: _____  Date: __JAN 0 2 2003__

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: __Feeling _____ Nishra__
__Ho ___ ___ d/c__

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI N IN PI

Assessment: __Pt. revisit MMI. NC__
__reinstated c̄ s/o pity__

Plan:
/ IST / MT / IF / IR / MC / US/ HP/ CP / TPT / MR /(MS)/ WP / EX / MB / ADJ /(ADJI)/ ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____     DR'S INIT. ___
NPV: _____

**3**

---

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI N IN PI

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____     DR'S INIT. ___
NPV: _____

---

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI N IN PI

Assessment: _____

Plan: __Re-Exam__
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____     DR'S INIT. ___
NPV: _____

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**S T A T E M E N T**

07-08-2005

**BALANCE: $.00**

**ACCOUNT NUMBER: 1000-1307**

Etienne Douglas  PI
55 Maxwell St #2
Dorchester MA 02124

LAST CLAIM:   01-03-2003
LAST PAYMENT: 01-30-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 11-21-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 35.00 |
| 11-21-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 65.00 |
| 11-21-2002 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 215.00 |
| 11-22-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 250.00 |
| 11-22-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 285.00 |
| 11-22-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 315.00 |
| 11-22-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 355.00 |
| 11-22-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 395.00 |
| 11-25-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 430.00 |
| 11-25-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 470.00 |
| 11-25-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 505.00 |
| 11-26-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 540.00 |
| 11-26-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 575.00 |
| 11-26-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 605.00 |
| 11-26-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 645.00 |
| 12-03-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 680.00 |
| 12-03-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 720.00 |
| 12-03-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 755.00 |
| 12-03-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 795.00 |
| 12-10-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 830.00 |
| 12-10-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 870.00 |
| 12-10-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 905.00 |
| 12-10-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 945.00 |
| 12-12-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 980.00 |
| 12-12-2002 | *Infared | 97026 | 35.00 | .00 | .00 | 1015.00 |
| 12-12-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 1055.00 |
| 12-12-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 1090.00 |
| 12-19-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1125.00 |
| 12-19-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1160.00 |
| 12-19-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1190.00 |
| 12-19-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1230.00 |
| 12-19-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1270.00 |
| 12-20-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1305.00 |

**Continued...**

S T A T E M E N T

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

07-08-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-1307

Etienne Douglas  PI
55 Maxwell St #2
Dorchester MA 02124

LAST CLAIM:    01-03-2003
LAST PAYMENT: 01-30-2003

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 12-20-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1340.00 |
| 12-20-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1370.00 |
| 12-20-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1410.00 |
| 01-02-2003 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1445.00 |
| 01-02-2003 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1485.00 |
| 01-02-2003 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1525.00 |
| 01-02-2003 | *EP OV | 99214-2 | 110.00 | .00 | .00 | 1635.00 |
| 01-31-2003 | PIP CK 0016977876 | | .00 | 1590.94 | .00 | 44.06 |
| 01-31-2003 | PIP REDUCTION | | .00 | .00 | 44.06 | .00 |
| | TOTALS | | 1635.00 | 1590.94 | 44.06 | |

For proper credit, please enclose this portion with your payment.

Etienne Douglas
55 Maxwell St #2
Dorchester MA 02124

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

THANK YOU.

ACCOUNT NUMBER: 1000-1307

# PHYSICAL EXAMINATION

**Patient's Name:** DOUGLAS, ETIENNE A **Date:** JAN 0 2 2003 **File #:** 1307

Height ____ ft. ____ in.    Weight: ____ lbs.
Blood pressure: ( L ) 112 / 64
( R ) ____ / ____    Pulse: 70 bpm
George's Test ( + ) ( - )

**Cardiac Auscultation:**
____ Carotid Arteries
____ Suprasternal
____ Aortic Valve
____ Pulmonary Valve
____ Tricuspid Valve
____ Mitral Valve

**Anterior Thorax:**
____ Inspection
____ Auscultation
____ Palpation
____ Percussion
____ Fremitus

**Abdominal Exam:**
____ Inspection
____ Auscultation
____ Palpation
____ Percussion
____ Superficial Reflex
____ McBurnie's Point
____ Murphy's Sign

**Posterior Thorax:**
____ Auscultation
____ Fremitus
____ Percussion
____ Excursion
____ Murphy's Punch

**Palpation:**
Motion: _____
Static: _____

**Deep Tendon Reflexes**
( + )    ( - )
_____
_____

**Spinous Percussion Test**
( + )    ( - )
levels: _____
_____
_____

**Cervical Orthopedics:**
____ Shoulder Shrug
____ Cervical Distraction
____ Cervical Compression
____ Shoulder Depression
____ Foraminal Compression
____ Jackson's Cervical Compression
____ Maximum Cervical Compression

**Supine Orthopedics:**
____ Soto-Hall's
____ Lasegue's
____ Braggard's
____ Goldthwaite's
____ Thomas'
____ Leg Lowering
____ Fabere's

**Side Posture Orthopedics:**
____ Iliac Compression
____ Lewin-Gaenslen's
____ Ober's

**Prone Orthopedics:**
____ Ely's Test
____ Nachlas
____ Hibb's
____ Yeoman's

**Standing Ortho/Neuro:**
____ Gait Analysis
____ Toe Walk
____ Heel Walk
____ Finger to Nose
____ Rhomberg's
____ Neri's Bowing Sign
____ Trendellenburg's
____ Kemp's
____ Supported Adam's

| Cervical ROM | | (Active) | Location of Pain: |
|---|---|---|---|
| Flexion | (45) | ( ) | |
| Extension | (55) | ( ) | |
| L Lateral Flexion | (40) | ( ) | WNL |
| R Lateral Flexion | (40) | ( ) | |
| L Rotation | (70) | ( ) | |
| R Rotation | (70) | ( ) | |

| Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|
| Flexion | (90) | ( ) | |
| Extension | (35) | ( ) | |
| L Lateral Flexion | (40) | ( ) | WNL |
| R Lateral Flexion | (40) | ( ) | |
| L Rotation | (35) | ( ) | |
| R Rotation | (35) | ( ) | |

**Doctor's Comments:** ____ Initial Comprehensive    ____ Re-Evaluation    ✓ Discharge

_____
_____

**CARNEY HOSPITAL**
2100 DORCHESTER AVENUE
DORCHESTER, MA 02124

Emergency Department 617-296-4000; ext. 4444
Medical Clinic 617-296-4000; ext. 4900
Pediatric Clinic 617-296-4000; ext. 4940
Orthopedic / Surgical Clinic 617-296-4000; ext. 4930

DO    AS, ETIENNE A          M
55 MAXWELL STREET          DORCHESTER, MA 02124
(617)822-9541   AGE: 28     DOB: 08/01/1974
PHYS: Cioffi, Leslie A MD

                          REL: NONE
ACCT: CH0004712048    SVC:
MR#: CH00221333 .     ADM: 10/19/02

# EMERGENCY DEPARTMENT
# DISCHARGE INSTRUCTIONS

**DIAGNOSIS (1):** _Head ache after motor accident_  **(2):** _Back Strain_

**Discharge Instructions Given:**

- ☐ Abdominal Pain
- ☐ Allergic Reaction
- ☐ Asthma
- ☐ Back Care
- ☐ Cast / Splint
- ☐ Chest Pain
- ☐ Cornea / Conjunctivitis

- ☐ Dermabond
- ☐ Dizziness
- ☐ Fever
- ☐ Head Injury / Headache
- ☐ Kidney Stone
- ☐ Miscarriage
- ☐ MVA

- ☐ Neck Strain
- ☐ Nosebleeds
- ☐ Otitis Media
- ☐ Respiratory Infection
- ☐ Smoking Cessation
- ☐ Sprains
- ☐ S.T.D.

- ☐ Tetanus Shot
- ☐ Urinary Infection
- ☐ Vomitting / Diarrhea
- ☐ Wound Care / Burn
- ☐ _____
- ☐ _____
- ☐ _____

**Additional Instructions:**

_____

_____

Seek further care or come to the Emergency Department for new or worsening symptoms or for any of the following:

_Vomiting, severe pain, behavior changes_

**Medications:** 1. _Tylenol 1000 mg every 6°_

2. _Ibuprofen 400 mg every 8° w/ food_

3. _____

## CONTACT YOUR PRIMARY CARE DOCTOR AFTER THIS VISIT.
## SPECIALTY CARE ONLY WITH PRIMARY CARE DOCTOR'S APPROVAL.

Please call to arrange a follow-up appointment with: _medical clinic or your MD_

in_____ days at: _____ (Clinic/Site)  Phone # : _____

Your appointment is scheduled with: _____  On: ____/____/____

at:____:____ a.m./p.m.  at: _____ (Clinic/Site)  Phone # : _____

## PLEASE BRING THIS SHEET AND ALL YOUR MEDICATIONS
## TO YOUR NEXT APPOINTMENT

Nurse Signature: _____

Physician Signature: _____    Patient Signature: X _____

**MEDICAL RECORDS COPY**

FORM 11-515

# NARRATIVE REPORT
## OF
# MEDICAL EVALUATION
## OF
# OBJECTIVE FINDINGS

**Regarding:**
**Mr. Chandel Strothers**

**To:**
**WHOM IT MAY CONCERN**

**From:**
**SPINE CARE AND THERAPY**
**H. N. Huynh, D.C.**

# SPI E CARE AND THER PY

**413 Neponset Ave. 2ⁿᵈ Floor**
**Ph: (617) 282-6400        Dorchester, MA  02122        Fax: (617) 282-8165**

September 13, 2002

TO:   National Grange Insurance
      Attn.:  Steven Johnson
      27 Midstate Drive
      Auburn, MA  01501

| | |
|---|---|
| NAME OF PATIENT: | Mr. Chandel Strothers. |
| YOUR CLAIM NUMBER: | 21H81983. |
| OUR REFERENCE NUMBER: | 0977. |
| DATE OF ACCIDENT: | May 27, 2002. |

Dear Mr. Johnson:

The following final report is respectfully submitted with the permission of Mr. Strothers.   This is a narrative summary of the medical evaluation and treatment provided for Mr. Strothers for injuries he incurred from a motor vehicle accident.

## HISTORY OF LOSS:

The above alleges that his present condition is due to an accident, which took place on May 27, 2002.  Mr. Strothers was the rear passenger of a vehicle involved in a motor vehicle accident while traveling in Massachusetts.  The patient states he was wearing a seat belt and looking forward at the time of impact.  The force of impact caused the patient's head to strike the side window.

The patient experienced immediate pain following the accident and subsequently presented to a Chiropractic clinic in Dorchester for a full evaluation.   After approximately four weeks of treatment at the facility, Mr. Strothers then presented to this office for further care.  The patient came to this office initially on July 12, 2002.

**Chandel Strothers**                                                              **1**

## PAST MEDICAL HISTORY:

Mr. Strothers' past medical history was considered non-contributory to his present condition.

## CHIEF COMPLAINTS:

These were the patient's complaints during the initial examination:

1. Constant, moderate to severe and dull cervicodorsal pain.
2. Constant, moderate to severe and dull lumbosacral pain.
3. Dizziness.
4. Headaches.

The patient states the above symptoms are worsened by bending, turning and prolonged sitting. The pain interferes with the patient's routine and personal activities.

## EXAMINATION FINDINGS:

The presented patient is a 20-year-old male who is of average stature, standing 5' 10" and weighing 173 lbs. with a blood pressure of 96/58 showing fair posture and normal gait. He appeared well nourished with a respiration of 15 breaths/min. and a pulse of 84 beats/min. and regular.

Examination of the cervical spine revealed tenderness and hypertonicity in the trapezius, levator scapulae and cervical extensor musculature on both sides. Cervical range of motion was reduced in flexion (35), extension (40), left lateral flexion (25), right lateral flexion (25), left rotation (50) and right rotation (50) with moderate pain produced bilaterally in the cervicodorsal area upon all ranges of motion. Shoulder Depression Test was positive for dural sleeve adhesions. Soto-Hall's Test was positive for cervical injury.

Examination of the thoracic and lumbar areas of the spine revealed tenderness and spasms in the paraspinal musculature on both sides of the lower thoracic and lumbar regions. Lumbar motion was decreased in flexion (70), extension (15), left lateral flexion (25), right lateral flexion (25), left rotation (15) and right rotation (20) with severe lumbosacral pain elicited upon all ranges of motion. Kemp's Test was positive

**Chandel Strothers**                                                                                          2

for posterior articular facet sprain/strain.   Supported Adam's Test was positive for lumbar involvement.


## DIAGNOSIS:

These are Mr. Strothers' working diagnoses:

1. (E812.1) Motor vehicle collision with another vehicle (passenger).
2. (847.2/847.3) Acute, traumatic and severe lumbosacral sprain/strain.
3. (728.85) Deep erector muscle spasm.
4. (847.0/847.1) Acute, traumatic and severe cervicodorsal sprain/strain.
5. (723.2) Cervicocranial syndrome.
6. (739.3) Lumbosacral segmental dysfunction.
7. (739.1) Cervicodorsal segmental dysfunction.


## DISABILITY ASSESSMENT:

Based upon objective findings from examination, it was determined that Mr. Strothers was:

> **Totally disabled:**      July 12, 2002 to July 19, 2002
> During the above dates, the patient was unable to perform his work and normal daily activities without severe pain and impairment.

> **Partially disabled:**    July 20, 2002 to September 11, 2002


## TREATMENT PROGRAM:

This treatment program consisted of specific vertebral adjustments that facilitate proper vertebral motion and reduce irritation in the vicinity of the nerves.  Deep tissue therapy was used to help reduce spasm muscles and add resiliency to the muscle tissues.  Intersegmental traction was utilized to accelerate the restoration of vertebral motion.  Electrotherapy, whirlpool and hot/cold packs wee used to reduce muscle spasms as well as pain and to improve circulation in the areas of injury.


**Chandel Strothers**                                                                                    3

**PROGNOSIS:**

The history, objective and subjective findings were consistent with the type of injury suffered by Mr. Strothers as the result of the auto accident. The patient presented for treatment on a fairly regular basis and demonstrated a good response to the care provided. A final evaluation was performed on September 11, 2002 and the patient reported complete relief from his original complaints. No significant objective findings were noted on this examination. It was realized that the patient had achieved maximum medical improvement and was discharged from care on that same day.

The prognosis in this case is good based on clinical response. Post-traumatic symptoms are possible with these types of injuries, which have a tendency to heal with the formation of scar tissue. These scarred areas are weaker and less flexible than the normal unaffected tissues and are less able to absorb and react to stresses that would normally remain undetected by the body. If further symptoms appear it will be at times of heightened physical or mental stress.

Please call this office if you need further information concerning this patient.


Respectfully,


H. N. Huynh, D.C.


HNH/pipfm8


**Chandel Strothers**                                                                          4

# INITIAL CASE SUMMARY
## for patient # _0977_

Last Name: _STROTHERS_    First Name: _CHANDEL_
    Age: _20_    Sex: _07_    Number of Children: _01_
Date of Onset: _MAY-27-02_    Date of Initial Visit: _JUL-12-02_

**Medical History:**
    Pregnancy: ( Y ) (N)    LMP: _07_

_MVA ( MAY-27-02 )_

**Examination Findings:**

BP: _96/58_   P: _70_ /min.   R: _15_ /min.   Ht: _5_ ft. _6_ in.   Wt: _173_

Current Medications: _None_
Allergies: _None Known_

**Orthopedic / Neurological Tests (+):**
_Shoulder Dep_    _Supported Adam's_
_Soto-Hall's_
_Kemp's_

**X-Ray:**
Views: _____
Date: _____

**Diagnosis / Clinical Impression:**
1. _(E812.1) MVA ( passenger )_   4. _(847.2H) Cervicodorsal s/s (H)_
2. _(847.2/3) Lumbosacral s/s (21)_   5. _(723.2) Cervicocranial synd_
3. _(728.85) muscle spasm_   6. _(739.3) lumbosacral seg dys._
                         7. _(739.1) Cervicodorsal seg dys._

**Recommended Treatment Protocol:**

(IST) / MT /(IF)/ MC / US /(HP)/(CP)/(PT)/ MR /(MS)/ EX / MB /(ADJ)/ other: _wf_
    Frequency: _3_ x / wk for _2_ wk(s) then _2_ x / wk for ~~2-3~~ wks or (as needed)
Therapy settings: _IF/w ais) 1-100 Hz, sweep, pt. comp._

**Total disability:** from _JUL-12-02_ to _JUL-A-02_

**Re-evaluation Date:** _AUG-12-02_     **Doctor's Initials:** (lew)

# PHYSICAL EXAMINATION

**Patient's Name:** _STROTHERS, CHANDEL_  **Date:** _JUL 1 2 2002_  **File #:** _0922_

Height _5_ ft. _10_ in.  Weight: _173_ lbs.
Blood pressure:  ( L ) _96 / 58_
            ( R ) _____ / _____  Pulse: _70_ bpm
George's Test  ( + ) ( - )

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Deep Tendon Reflexes**
( + )   ( - )
_____
_____
_____

**Spinous Percussion Test**
( + )   ( - )
levels: _C3 C4 C7_
_T1 T3 T10_
_C4 C4 L5_

**Palpation:**
Motion: _F : C1-C3,   C5-T1,   T3-T6   T11-L3_
Static: _TP C4-C7,  T1-T4,  T6-T9,  T11-L5_

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Supine Orthopedics:**
___ Soto-Hall's
___ Lasegue's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's _L3-S1_
___ Supported Adam's

| Cervical ROM | | (Active) | Location of Pain: | Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|---|---|---|---|
| Flexion | (45) | (35) | | Flexion | (90) | (70) | |
| Extension | (55) | (40) | B c/s | Extension | (35) | (15) | B c/s |
| L Lateral Flexion | (40) | (35) | | L Lateral Flexion | (40) | (25) | |
| R Lateral Flexion | (40) | (25) | upn | R Lateral Flexion | (40) | (25) | upn |
| L Rotation | (70) | (50) | all | L Rotation | (35) | (15) | all |
| R Rotation | (70) | (50) | | R Rotation | (35) | (20) | |

**Doctor's Comments:** _✓_ Initial Comprehensive    ___ Re-Evaluation    ___ Discharge

# PHYSICAL EXAMINATION

**Patient's Name:** _STROTHERS, CHANDLER_    **Date:** _SEP 1 1 2002_    **File #:** _0922_

Height ____ ft. ____ in.    Weight: ____ lbs.
Blood pressure:  ( L ) _118 / 72_
                 ( R ) ____ / ____    Pulse: _68_ bpm
George's Test ( + ) ( – )

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Deep Tendon Reflexes**
( + )    ( – )
_____
_____
_____

**Spinous Percussion Test**
( + )    (–)
levels: _____
_____
_____

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Palpation:**
Motion: _____
Static: _____

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Supine Orthopedics:**
___ Soto-Hall's
___ Lasegue's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's
___ Supported Adam's

| Cervical ROM | | (Active) Location of Pain: |
|---|---|---|
| Flexion | (45) | ( ) |
| Extension | (55) | ( ) |
| L Lateral Flexion | (40) | ( ) |
| R Lateral Flexion | (40) | ( ) |
| L Rotation | (70) | ( ) |
| R Rotation | (70) | ( ) |

| Lumbar ROM | | (Active) Location of Pain: |
|---|---|---|
| Flexion | (90) | ( ) |
| Extension | (35) | ( ) |
| L Lateral Flexion | (40) | ( ) WNL |
| R Lateral Flexion | (40) | ( ) |
| L Rotation | (35) | ( ) |
| R Rotation | (35) | ( ) |

**Doctor's Comments:** ___ Initial Comprehensive    ___ Re-Evaluation    ✓ Discharge

_____
_____

# CHIEF COMPLAINT

Name: _STROTHERS, CHANDEL_ Date: _JUL 1 2 2002_ File #: _0922_

You were the: ___driver ___front passenger ___rear passenger ( L ) (R) ( C )
Were you wearing your seat belt: (Y) ( N )
Which way were you looking at the time of impact: (Forward) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: _head hit side_
Do you feel any pain as a result of the accident? (Y) ( N )    _window & drn_
Have you had any other trauma since that accident? ( Y ) (N)    _jam_
How long after the accident did your pain begin? _immediately_

**CERVICAL:** Location of pain: L / R / (Bilat). The intensity of pain from 0 - 10: _6_

| Duration: | Severity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**THORACIC:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _____

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**LUMBAR:** Location of pain: L / R / (Bilat.) The intensity of pain from 0 - 10: _6_

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) (N) _____

**AGGRAVATION OF PAIN:**
___bending    ___lifting    ___twisting    ___coughing
___sitting (p)    ___standing    ___walking    ___lying down
___other: _____

**YOUR PAIN INTERFERES WITH:**
___work    ___sleep    ___routine activities    ___personal activities
other:_____

**OTHER SYMPTOMS SINCE ACCIDENT:**
___headaches (at)    ___chest pain    ___dizziness    ___nausea
other:_____

Name: STROTHERS, CHANDEL    SSN: 4496    Age: 20    Sex: M    DIV: JUL-12-02    File #: 0977

## Patient Progress Report

Pt's signature: Chandel Strothers    Date: JUL 12 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: MVA May-27-02 Back pain, neck pain and HA.

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

**Objective:**



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

**Assessment:**
: 1st visit pt's decrease color & coop MVA negative c consult c Sd body

**Plan:**
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: M    DR'S INIT.

## Patient Progress Report

Pt's signature: Chandel Strothers    Date: JUL 16 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: HA later Neck pain and back pain

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

**Objective:**



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

**Assessment:**
: Consistent c s/o poly

**Plan:**
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: TH    DR'S INIT.

**1**

## Patient Progress Report

Pt's signature: Chandel Strothers    Date: JUL 17 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: Neck & back pain

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

**Objective:**



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

**Assessment:**
: Consistent c s/o poly

**Plan:**
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: F    DR'S INIT.

## Patient Progress Report

Pt's signature: Chandel Strothers    Date: JUL 23 2002

**Subjective:** What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: Neck and back improved

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

**Objective:**



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

**Assessment:**
: Consistent c s/o poly

**Plan:**
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE / _____
NPV: TH    DR'S INIT.

Name: _STROTHERS, CHANDLER_    SSN: _4496_    Age: _20_    Sex: _♂_    _JUL-12-02_    File #: _097_

## Patient Progress Report

Pt's signature: _Chandler Strothers_    Date: _JUL 3 0 2002_

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Neck pain and back_
: _pain_

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment:
: _Consistent c s/o findings_

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:_____    DR'S INIT. _JW_

---

## Patient Progress Report

Pt's signature: _Chandel Strothers_    Date: _AUG 0 9 20_

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Neck + Back PAIN_
:

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment:
: _CONSISTENT c s/o FINDINGS_

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:_____    DR'S INIT. _JW_

---

**2**

---

## Patient Progress Report

Pt's signature: _Chandel Strothers_    Date: _AUG 1 2 2002_

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _NECK + BACK PAIN_
:

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment:
: _CONSISTENT c s/o FINDINGS_

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:_____    DR'S INIT. _JW_

---

## Patient Progress Report

Pt's signature: _Cha nd el Strothers_    Date: _AUG 1 5 2002_

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Neck better_
: _Back pain persistent_

**FOR DOCTOR'S USE ONLY BELOW THIS LINE:**

Objective:



C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN PI

Assessment:
: _CONSISTENT c s/o FINDINGS_

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV:_____    DR'S INIT. _JW_

Name: STROTHERS, CHANDEL    SSN: 4496  Age: 20  Sex: 0?  DIV: JUL-12-02    File #: 0977

## Patient Progress Report

Pt's signature: _Chandl Strother_  Date: AUG 2 2 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Neck + Back pain_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

2 PAIN
3 PAIN

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN IN PI

Assessment:
: _CONSISTENT c̄ S/O FINDINGS_

Plan:
/ IST / MT /(IF)/ IR / MC / US / HP /(CP) TPT / MR /(MS)/ WP / EX / MB /(ADJ) ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE / _____
V:_____    DR'S INIT: _SW_

## Patient Progress Report

Pt's signature: _Chandl Strother_  Date: SEP 0 5 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Neck out back today._

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN IN PI

Assessment:
: _Consistent c̄ S/o findings_

Plan:
/(IST)/ MT / IF / IR / MC / US / HP / CP /(TPT) MR /(MS)/ WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /  N/A
NPV: _M_    DR'S INIT: (KB)

**3**

## Patient Progress Report

Pt's signature: _Chandl Strother_  Date: SEP 1 1 2002

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _Feeling ok today. No complaints._

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN IN PI

Assessment:
: _Pt. reached MMI. Discharged. Consistent c̄ S/o findings_

Plan:
(IST)/ MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB /(ADJ) ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NPV: _PRN_    DR'S INIT: (KB)

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 AS AS PI IN IN PI

Assessment:
: _____
: _____

Plan:   Re-Exam
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJI / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE /
NPV: _____    DR'S INIT: _____

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**S T A T E M E N T**

**07-08-2005**

**BALANCE: $.00**

**ACCOUNT NUMBER: 1000-977**

Chandel Strothers  PI
202 Brunswick St #1
Dorchester MA 02124

LAST CLAIM:   10-14-2002
LAST PAYMENT:

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 07-12-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 40.00 |
| 07-12-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 75.00 |
| 07-12-2002 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 225.00 |
| 07-16-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 260.00 |
| 07-16-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 295.00 |
| 07-16-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 325.00 |
| 07-16-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 365.00 |
| 07-17-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 400.00 |
| 07-17-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 440.00 |
| 07-17-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 475.00 |
| 07-17-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 525.00 |
| 07-23-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 560.00 |
| 07-23-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 600.00 |
| 07-23-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 635.00 |
| 07-30-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 670.00 |
| 07-30-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 710.00 |
| 07-30-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 745.00 |
| 07-30-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 795.00 |
| 08-09-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 830.00 |
| 08-09-2002 | *Whirlpool | 97022 | 35.00 | .00 | .00 | 865.00 |
| 08-09-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 905.00 |
| 08-12-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 940.00 |
| 08-12-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 980.00 |
| 08-12-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1020.00 |
| 08-15-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1055.00 |
| 08-15-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1090.00 |
| 08-15-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1120.00 |
| 08-22-2002 | *Interferential | 97014 | 35.00 | .00 | .00 | 1155.00 |
| 08-22-2002 | *Hot/Cold Packs | 97010 | 30.00 | .00 | .00 | 1185.00 |
| 08-22-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1225.00 |
| 08-22-2002 | *Manipulation | 98941 | 50.00 | .00 | .00 | 1275.00 |
| 09-05-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1310.00 |
| 09-05-2002 | *Trigger Point Therapy | 97140-5 | 40.00 | .00 | .00 | 1350.00 |

**Continued...**

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

**S T A T E M E N T**

07-08-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-977

Chandel Strothers  PI
202 Brunswick St #1
Dorchester MA 02124

LAST CLAIM:   10-14-2002
LAST PAYMENT:

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 09-05-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1390.00 |
| 09-11-2002 | *Mechanical Traction | 97012 | 35.00 | .00 | .00 | 1425.00 |
| 09-11-2002 | *Massage Therapy | 97124 | 40.00 | .00 | .00 | 1465.00 |
| 09-11-2002 | *Manipulation | 98940 | 40.00 | .00 | .00 | 1505.00 |
| 09-11-2002 | *EP OV | 99214-2 | 110.00 | .00 | .00 | 1615.00 |
| 08-19-2003 | PIP DENIED LOSS | | .00 | .00 | 1615.00 | .00 |
| | TOTALS | | 1615.00 | .00 | 1615.00 | |

For proper credit, please enclose this portion with your payment.

Chandel Strothers
202 Brunswick St #1
Dorchester MA 02124

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

THANK YOU.

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

ACCOUNT NUMBER: 1000-977

# EXHIBIT A
# Part 3 of 3

# EXHIBIT 3

# **<u>NARRATIVE REPORT</u>** **<u>OF</u>** **<u>MEDICAL EVALUATION</u>** **<u>OF</u>** **<u>OBJECTIVE FINDINGS</u>**

**Regarding:**
**Mr. Thinh N. Lam**

**To:**
**WHOM IT MAY CONCERN**

**From:**
**SPINE CARE AND THERAPY**
**H. N. Huynh, D.C.**

# INITIAL CASE SUMMARY
## for patient # _2215_

Last Name: _LAM_          First Name: _THINK_          MI _N._
    Age: _23_      Sex: _O⁵_          Number of Children: _____
Date of Onset: _JAN-05-04_      Date of Initial Visit: _JAN-13-04_

**Medical History:**
    Pregnancy: ( Y ) (N)      LMP: _O⁵_

_____ MVA (JAN-05-04)_____

**Examination Findings:**

BP: _102/58_   P: _70_ /min.   R: _14_ /min.   Ht: _5_ ft. _5_ in.   Wt _124_

Current Medications: _No RX_
Allergies: _None_

**Orthopedic / Neurological Tests (+):**
_____None_____      _____      _____
_____      _____      _____
_____      _____      _____

**X-Ray:**          _DTP_
Views: _____      _____      _____
_____
Date: _____      _____      _____
_____      _____
_____      _____

**Diagnosis / Clinical Impression:**
1. _(E812.0) MVA (driver)_      5. _____
2. _____      6. _____
3. _____      7. _____
4. _____      8. _____

**Doctor's Initials:** _AW_

# TREATMENT PROTOCOL:

IST / MT / IF / MC / US / HP / CP / IR/ WP/ TPT / MR / MS / EX / MB / ADJ /

other: _____

Therapy settings:_____ *NO    TREATMENT*

_____*PROPOSED*_____

_____

_____

Frequency: ___x / wk  for ___ wk(s) then ___x / wk  for ___ wks   or   as needed

| Treatment Goals: | Short Term | Long Term |
|---|---|---|
| | 1. *N/A* | 1. _____ |
| | 2. _____ | 2. _____ |
| | 3. _____ | 3. _____ |
| | 4. _____ | 4. _____ |
| | 5. _____ | 5. _____ |

**Total disability:**    Injuries sustained in the accident have restricted the patient from performing his/her normal work and/or personal activities

from_____*NONE*_____ to _____

**Re-evaluation Date:**_____    **Doctor's Initials:** *uw*

Abbreviations used on exam forms
and Soap notes:

Therapy abbreviations:

PT = Palpatory tenderness
TP = Trigger point
SP = Spasm
TT = Taut and tender
F =   Fixations

MR = Myofascial Release
IST = Mech. Traction
IF = Interferential
US = Ultrasound
CP = Cryotherapy
WP = Whirlpool
TPT = Trigger Pt. Therapy
MB = Mobilization

MT = Manual Traction
MC = Microcurrent
HP = Moist Heat
IR = Infrared
MS = Massage
EX = Exercise
ADJ = Manipulation

# PHYSICAL EXAMINATION

JAN 1 3 2004

**Patient's Name:** _LAM, THANH N._    **Date:** _____    **File #:** _2215_

Height _5_ ft. _5_ in.    Weight: _129_ lbs.
Blood pressure: ( L ) _124 58_    Pulse: _70_ bpm
( R ) _____ /_____    Resp: _4_ bpm
George's Test ( + ) (-)

**Cardiac Auscultation:**
Carotid Arteries
Suprasternal
Aortic Valve
Pulmonary Valve
Tricuspid Valve
Mitral Valve

**Deep Tendon Reflexes**
( + )    ( - )
_____
_____
_____

**Spinous Percussion Test**
( + )    (-)
levels: _____
_____
_____
_____

**Anterior Thorax:**
Inspection
Auscultation
Palpation
Percussion
Fremitus

**Abdominal Exam:**
Inspection
Auscultation
Palpation
Percussion
Superficial Reflex
McBurnie's Point
Murphy's Sign

**Posterior Thorax:**
Auscultation
Fremitus
Percussion
Excursion
Murphy's Punch

**Palpation:**
Motion: _____
Static: _____

**Cervical Orthopedics:**
Shoulder Shrug
Cervical Distraction
Cervical Compression
Shoulder Depression
Foraminal Compression
Jackson's Cervical Compression
Maximum Cervical Compression

**Supine Orthopedics:**
Soto-Hall's
Lasegue's
Braggard's
Goldthwaite's
Thomas'
Leg Lowering
Fabere's

**Side Posture Orthopedics:**
Iliac Compression
Lewin-Gaenslen's
Ober's

**Prone Orthopedics:**
Ely's Test
Nachlas
Hibb's
Yeoman's

**Standing Ortho/Neuro:**
Gait Analysis
Toe Walk
Heel Walk
Finger to Nose
Rhomberg's
Neri's Bowing Sign
Trendellenburg's
Kemp's
Supported Adam's

| Cervical ROM | | (Active) | Location of Pain: |
|---|---|---|---|
| Flexion | (45) | ( ) | |
| Extension | (55) | ( ) | |
| L Lateral Flexion | (40) | ( ) | |
| R Lateral Flexion | (40) | ( ) | |
| L Rotation | (70) | ( ) | |
| R Rotation | (70) | ( ) | |

| Lumbar ROM | | (Active) | Location of Pain: |
|---|---|---|---|
| Flexion | (90) | ( ) | |
| Extension | (35) | ( ) | |
| L Lateral Flexion | (40) | ( ) | |
| R Lateral Flexion | (40) | ( ) | |
| L Rotation | (35) | ( ) | |
| R Rotation | (35) | ( ) | |

**Doctor's Comments:** ___ Initial Comprehensive ___ Re-Evaluation ✗ Discharge
_No objective findings to correlate c subjective complaints_

# CHIEF COMPLAINT

Name: _LAM, THANH N._ Date: _JAN 1 ? 2004_ File #: _2215_

You were the: ___driver ___front passenger ___rear passenger ( L ) ( R ) ( C )
Were you wearing your seat belt: ( Y ) ( N )
Which way were you looking at the time of impact: ( Forward ) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: _Was thrown forward_
Do you feel any pain as a result of the accident? ( Y ) ( N )
Have you had any other trauma since that accident? ( Y ) ( N )
How long after the accident did your pain begin? _immediately_

**CERVICAL:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _6_

| Duration: | Intensity: | Quality: |
|---|---|---|
| _constant_ | ___mild | _dull_ |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**THORACIC:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _____

| Duration: | Intensity: | Quality: |
|---|---|---|
| ___constant | ___mild | ___dull |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**LUMBAR:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _5_

| Duration: | Intensity: | Quality: |
|---|---|---|
| _constant_ | ___mild | _dull_ |
| ___intermittent | ___moderate | ___sharp |
| ___occasional | ___severe | ___burning |

Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**AGGRAVATION OF PAIN:**
_bending_  _lifting_  _twisting ( P )_  ___coughing
_sitting ( P )_  ___standing  ___walking  ___lying down
___other:_____

**YOUR PAIN INTERFERES WITH:**
___work  ___sleep  ___routine activities  ___personal activities
other:_____

**OTHER SYMPTOMS SINCE ACCIDENT:**
_headaches ( Int )_  ___chest pain  ___dizziness  ___nausea
other:_____

Commonwealth of Massachusetts

# Motor Vehicle Crash
# Exchange Form

| Date of Crash | Time of Crash | CityT |
| | 24HR | |

State Police ☐
Local Police ☑
MBTA Police ☐
Other: ☐

## LOCATION

**AT INTERSECTION:**

| Route# | Direction | Name of Roadway/Street |
At

| Route# | Direction | Name of Intersecting Roadway/Street |
Also at Intersection with

| Route# | Direction | Name of Intersecting Roadway/Street |

**NOT AT INTERSECTION:**

73.8    XWAY

| Route# | Direction | Address # | Name of Roadway/Street |

_____ Feet N S E W of _____ • _____ or _____
Mile Marker            Exit Number

_____ Feet N S E W of _____
Route#    Intersecting Roadway/Street

_____ Feet N S E W of _____
Landmark

---

**Please Select One of the Following:** ☐ Vehicle 1 ___ # Occupants ☐ Hit/Run ☐ Moped

License # 53246198 St. MA DOB/Age 10 23 20 Reg # 97 NW13 Reg Type JC Reg State MA
Sex ☐ Lic. Class 18 18 Lic. Restrictions 19 CDL Endorsement N
Veh Year 91 Veh Make ISU Veh Config. 20
Operator Lam Trinh
Owner Same
Address 98 Packard Ave
Address 63 Granger St #2
City Hull State MA Zip 02145
City Dorchester State MA Zip 02125
Insurance Company Liberty Mutual

According to Massachusetts General Law, Chapter 90, Section 26:  If the damage to any one vehicle or property is over $1,000 or if there is an injury to any person, you are required to complete a crash report within 5 days of the date of the crash.

Please obtain a copy of the operator crash report from your local police department, Registry branch office or from the RMV Website WWW.MASSRMV.COM and submit the original to:

Registry of Motor Vehicles
P.O. Box 199100
Boston, MA 02119
Attn: Accident Records

Also, be sure to forward a copy to your insurance agency, the local police department where the crash occurred, and retain a copy for yourself.

If you would like to obtain a copy of the police report or another operator report, please send a letter to the address above with a check for $10 for each requested report made payable to: RMV. Please specify which report you are requesting and list the date and time of the crash and city/town where it occurred along with your name, address and the registration number of at least one vehicle involved.

---

**Please Select One of the Following:** ☐ Vehicle 2 ___ # Occupants ☐ Non-Motorist A Type 14 ☐ Action 15 ☐ Location 16 ☐ Condition 17 ☐ Hit/Run ☐ Moped

License # 039745599 St. MA DOB/Age 4-3-46 Reg # 264 BXS Reg Type X Reg State MA
Sex ☐ Lic. Class 18 18 Lic. Restrictions 19 CDL Endorsement
Veh Year 92 Veh Make Merc Veh Config. 20
Operator Reihani Javi
Owner
Address 94 Houghton St
Address Sachu
City Dchstr State MA Zip 0212
City _____ State _____ Zip _____
Insurance Company Metropolitan Ins

According to Massachusetts General Law, Chapter 90, Section 26:  If the damage to any one vehicle or property is over $1,000 or if there is an injury to any person, you are required to complete a crash report within 5 days of the date of the crash.

Please obtain a copy of the operator crash report from your local police department, Registry branch office or from the RMV Website WWW.MASSRMV.COM and submit the original to:

Registry of Motor Vehicles
P.O. Box 199100
Boston, MA 02119
Attn: Accident Records

Also, be sure to forward a copy to your insurance agency, the local police department where the crash occurred, and retain a copy for yourself.

If you would like to obtain a copy of the police report or another operator report, please send a letter to the address above with a check for $10 for each requested report made payable to: RMV. Please specify which report you are requesting and list the date and time of the crash and city/town where it

## Section A: Crash Location

| City/Town Where Crash Occurred | Date of Crash | Time of Crash | # Vehicles Involved: |
|---|---|---|---|
| Milton | 1/5/04 | 8:00 __ AM ✓PM | 2 |

Please complete Section A1 or A2 below to indicate the location of the crash.
If you need additional space to describe the crash location, please use Section J on the last page of this form.

**SECTION A1:** Complete this Section if the crash occurred at an intersection of two or more streets:

**OR**

**SECTION A2:** Complete this Section if the crash did **NOT** occur at an intersection:

**Step 1:** Please indicate the route or roadway where you were travelling when the crash occurred:

93 NB          X Way
Route#              Name of Roadway/Street

**Step 2:** What was the name (or names) of the intersecting streets?

_____     _____
Route#              Name of Roadway/Street

_____     _____
Route#              Name of Roadway/Street

**Step 1:** Please indicate the route, roadway and address where the crash occurred:

The crash occurred on Route #: _____ at Street or Address Number: _____
on the Street/Roadway known as: _____

**Step 2:** Please provide as much of the following specific location information as possible:

The crash occurred (estimate number of feet) _____ feet
(indicate direction as N/S/E/W) _____ of

a) Mile Marker number       __ __ __ • __ __
OR: b) Exit Number          _____
OR: c) Intersecting Street/Roadway _____  _____
                                    Route#      Name of Roadway/Street
OR: d) Landmark             _____

## Section B: Vehicle You Were Driving

| Number of occupants in vehicle (including yourself): 2 | Was vehicle damage above $1000? ✓Yes __No |
|---|---|

| Driver's License Number | License State | Date of Birth | Age | Sex | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| 532456 F98 | MA | 10/23/80 | 23 | ✓M __F | D __A __B __C  M __ Unknown | H __ Hazardous  N __ Tank vehicles  P __ Passenger transport  T __ Doubles/Triples  X __ Tank and Hazardous |

| Your Full Name (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Lam, Thinh, N. | 63 Granger St. Apt. 2 | Dorchester MA | | 02122 |

| Insurance Company | Vehicle Registration # | Reg. Type | Reg. State | Vehicle Year | Vehicle Make |
|---|---|---|---|---|---|
| Liberty Mutual | 87 MW13 | | | 1991 | Issu |

**Indicate your type of vehicle**

1 Passenger car
2 Light truck (van, mini-van, pick-up, sport utility)
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

| Full Name of Vehicle Owner (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Lam, Thinh, N. | 63 Granger St. Apt. 2 | Dorchester, MA | | 02122 |

| Vehicle Travel Direction | What Was Your Vehicle Doing Prior to the Crash? |
|---|---|
| ✓N _S _E _W | 1 Travelling straight ahead   4 Turning left   7 Leaving traffic lane   10 Backing   97 Other  2 Slowing or stopped   5 Changing lanes   8 Making U-turn   11 Parked   99 Unknown  3 Turning right   6 Entering traffic lane   9 Overtaking/passing |

Please Indicate the Sequence of Events as they occurred to YOUR Vehicle by writing the corresponding number (1-52, or 97, 99) in **up to 4 boxes** below.

| What happened first? | What happened 2nd (if applicable)? | What happened 3rd (if applicable)? | What happened 4th (if applicable)? |
|---|---|---|---|
| 2 | | | |

**Collision with**
1 Motor vehicle in traffic
2 Parked motor vehicle
3 Pedestrian
4 Cyclist
5 Animal- deer
6 Animal- other
7 Moped
8 Work zone maintenance equipment
9 Railway vehicle (train, engine)
10 Other movable object
11 Unknown movable object
20 Curb
21 Tree
22 Utility pole
23 Light pole or other post/support
24 Guardrail
25 Median barrier
26 Ditch
27 Embankment/Sloping shoulder
28 Highway traffic signpost
29 Overhead sign support
30 Fence
31 Mailbox
32 Crash cushion/Impact attenuator
33 Bridge
34 Bridge overhead structure
35 Other fixed object (wall, building, tunnel)
36 Unknown fixed object

**Non-Collision**
40 Ran off road right
41 Ran off road left
42 Cross median/centerline
43 Overturn/rollover
44 Equipment failure (blown tire, brakes, etc)
45 Fire/explosion
46 Immersion
47 Jackknife
48 Cargo/equipment loss or shift
49 Separation of units
50 Downhill runaway
51 Other non-collision
52 Unknown non-collision
97 Other
99 Unknown

| Was your Vehicle Towed From the Scene Due to Damage? __Yes ✓No | Vehicle Damaged Area (circle up to three) | 0 None  10 Undercarriage  11 Totaled  97 Other  99 Unknown |
|---|---|---|

## Section C: You and Your Passengers

Please provide the full name, address, and DOB or Age for all passengers in your vehicle. Then write the corresponding code in each of the boxes for each occupant of the vehicle (yourself and all passengers). A list of the possible codes is provided at the bottom of this section.

| | Date of Birth/Age | Sex M/F | A | B | C | D | E | F | G | H | Name of Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Driver (See previous page)** Thinh Lam | | | 1 | 3 | 5 | 3 | 0 | 0 | 4 | 1 | |
| **Name of Passenger 1 (Last, First, Middle)** Tran Nguyen | 63 Granger St. Dorchester MA 02#22 | 2/2/84 F | 4 | 3 | 5 | 3 | 0 | 0 | 2 | 1 | |
| Address, City/Town, State, Zip | | | | | | | | | | | |
| **Name of Passenger 2 (Last, First, Middle)** | | | | | | | | | | | |
| Address, City/Town, State, Zip | | | | | | | | | | | |
| **Name of Passenger 3 (Last, First, Middle)** | | | | | | | | | | | |
| Address, City/Town, State, Zip | | | | | | | | | | | |

**A. Seating Position**
1 Front seat - left side (or motorcycle driver)
2 Front seat - middle
3 Front seat - right side
4 Second seat - left side (or motorcycle passenger)
5 Second seat - middle
6 Second seat - right side
7 Third row - left side (or motorcycle passenger)
8 Third row - middle
9 Third row - right side
10 Sleeper section of cab
11 Enclosed passenger area
12 Unenclosed passenger area
13 Trailing unit
14 Riding on vehicle exterior
97 Other
99 Unknown

**B. Safety System Used**
0 None used
1 Shoulder and lap belt
2 Lap belt only
3 Shoulder belt only
4 Child safety seat
5 Helmet
99 Unknown

**C. Air Bag Status**
1 Deployed-front
2 Deployed-side
3 Deployed both front and side
4 Not deployed
5 Not applicable
99 Unknown

**D. Air Bag Switch**
1 Switch in ON position
2 Switch in OFF position
3 ON-OFF switch not present
4 Unknown if switch is present
99 Unknown

**E. Ejected From Vehicle?**
0 Not ejected
1 Totally ejected
2 Partially ejected
3 Not applicable
99 Unknown

**F. Trapped?**
0 Not trapped
1 Freed by mechanical means
2 Freed by non-mechanical means
99 Unknown

**G. Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**H. Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown

## Section D: Other Vehicle(s) Involved in the Crash

Number of occupants in the Vehicle: 1    Number of injured occupants: ___    Was Vehicle Damage __Yes __No    Moped? __Yes __No    Hit and Run? __Yes ✓No above $1000?

| Driver's License Number | License State | Date of Birth | Age | Sex | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| 029345599 | MA | 4/3/46 | 58 | ✓M __F | __ A __ B __ C H __ Hazardous  T __ Doubles/Triples | N __ Tank vehicles  X __ Tank and Hazardous  P __ Passenger transport |

| Full Name of Vehicle Driver (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Neimann, Paul, C. | 94 Houghton St. | Porchester, MA | 0 2121 | |

| Insurance Company | Vehicle Registration # | Reg. Type | Reg. State | Vehicle Year | Vehicle Make |
|---|---|---|---|---|---|
| Metropolitan | 264 BXS | PC | | 1997 | Mercury |

**Indicate type of vehicle**
✓1 Passenger car
2 Light truck (van, mini-van, pick-up, sport utility)
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

| Full Name of Vehicle Owner (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Neimann, Paul, C. | 94 Houghton St | Porchester, MA | 0212L | |

**Vehicle Travel Direction**
✓ N __ S
__ E __ W

**What Was the Vehicle Doing Prior to the Crash?**
1 Travelling straight ahead
2 Slowing or stopped
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing
11 Parked
97 Other
99 Unknown

**Vehicle Damaged Area** (circle up to three)
1 None
10 Undercarriage
11 Totaled
97 Other
99 Unknown

## Section E: Non-Motorist(s) Involved in the Crash

**Indicate the type of non-motorist involved**    1 Pedestrian    2 Cyclist    3 Skater    97 Other    99 Unknown

**What was the non-motorist doing prior to the crash?**
1 Entering or crossing location
2 Walking, running, or cycling
3 Working
4 Pushing vehicle
5 Approaching or leaving vehicle
6 Working on vehicle
7 Standing
97 Other
99 Unknown

**Where was the non-motorist prior to the crash?**
1 Marked crosswalk at intersection
2 At intersection but no crosswalk
3 Non-intersection crosswalk
4 In roadway
5 Not in roadway
6 Median (but not on shoulder)
7 Island
8 Shoulder
9 Sidewalk
10 Shared-use path or trails
99 Unknown

| Date of Birth/Age | Sex __M __F | Full Name of Non-Motorist (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

**Safety Equipment?**
0 None used
6 Helmet
7 Protective pads (elbows, knees, etc.)
8 Reflective clothing
9 Lighting
10 Other
99 Unknown

**Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown

If transported, please indicate Hospital/Medical Facility:

## Section F: Crash Conditions

**Light Conditions**
1 Daylight
2 Dawn
3 Dusk
4 Dark - lighted roadway
5 Dark - roadway not lighted
6 Dark - unknown roadway lighting *(circled)*
97 Other
99 Unknown

**Weather Conditions (up to two)**
1 Clear
2 Cloudy
3 Rain *(circled)*
4 Snow
5 Sleet, hail, freezing rain
6 Fog, smog, smoke
7 Severe crosswinds
8 Blowing sand, snow
97 Other
99 Unknown

**Traffic Control Device**
1 No controls
2 Stop signs
3 Traffic control signal
4 Flashing traffic control signal
5 Yield signs
6 School zone signs
7 Warning signs
8 Railroad crossing device
99 Unknown *(circled)*

**Was the traffic control device functioning at the time of the crash?**
1 ___ Yes
2 ___ No

**Road Surface**
1 Dry
2 Wet *(circled)*
3 Snow
4 Ice
5 Sand, mud, dirt, oil, gravel
6 Water (standing, moving)
7 Slush
97 Other
99 Unknown

**Roadway Intersection Type**
1 Not at intersection
2 Four-way intersection
3 T-intersection
4 Y-intersection
5 On ramp
6 Off ramp
7 Traffic circle
8 Five-point or more
9 Driveway
10 Railway grade crossing
99 Unknown *(circled)*

**Trafficway Description**
1 Two-way, not divided
2 Two-way, divided, unprotected median
3 Two-way, divided, protected median
4 One-way, not divided
99 Unknown *(circled)*

**School Bus Related?**
1 ___ Yes
2 ✓ No

**Work Zone Related?**
1 ___ Yes
2 ✓ No

**Manner of Collision**
1 Single vehicle crash
2 Rear-end *(circled)*
3 Angle
4 Sideswipe, same direction
5 Sideswipe, opposite direction
6 Head on
7 Rear to rear
99 Unknown

## Section G: Crash Diagram



Indicate North by Arrow

*Thinh's Car parked*
*ER light on*
*breakdown lane*
*(Paul's Car)*

Please draw a diagram of the roadway or streets where the crash occurred, indicating the vehicles involved and direction of travel using the following symbols:
→ = Direction
1 = Vehicle 1 (Your Vehicle)
2 = Vehicle 2
O = Pedestrian/Non-motorist
(N) = North

Select one of the following if the crash did not occur on a public way:
___ Off-street parking lot
___ Garage
___ Mall/shopping center
___ Other private way

## Section H: Witness Information

| Witness Name (Last, First, Middle) | Address | Phone |
|---|---|---|
| | | |

## Section I: Property Damage Information (Other than Vehicles)

| Owner Name (Last, First, Middle) | Address | Phone | Property and Damage Description |
|---|---|---|---|
| | | | |
| | | | |

## Section J: Description of What Happened

Stopped my vehicle on emergency lane because my friend was feeling sick and wanted to throw up. In a couple of minutes, Mr. Paul Neimann's car rear-ended my parked car. Luckily, my passenger and I both had seat belts on. This saved our lives. However, after the accident, I have back pains and my passenger injured her neck and head.

## Section K: Signature

"Signed under Pains and Penalties of Perjury"    Print  THINH LAM    Date  01/05/04

Name: LAM, THANH N.    SSN: 9423 Age: 23 Sex: O⁷ DI __JAN 13·74__ File #: 2215

## Patient Progress Report

Pt's signature: _Truth Lam_  Date: JAN 1-3 200⁴

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: Mon / Jan-05-04    Nec
: f cml pn

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

NO treatment necessary

C1
C2
C3
C4
C5
C6
C7
T1
T2
T3
T4
T5
T6
T7
T8
T9
T10
T11
T12
L1
L2
L3
L4
L5
AS AS
PI IN IN PI

Assessment: 1st Visit, Pt's demean calm: good
: Prs adshd c cnslt c 10/10

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / / FSS / CSS / TSS / LSS / NPE /EPE / DE /_____ No    (se)
NPV: _Pha_    DR'S INIT.

---

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1
C2
C3
C4
C5
C6
C7
T1
T2
T3
T4
T5
T6
T7
T8
T9
T10
T11
T12
L1
L2
L3
L4
L5
AS AS
PI IN IN PI

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV: _____    DR'S INIT. _____

---

**1**

---

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1
C2
C3
C4
C5
C6
C7
T1
T2
T3
T4
T5
T6
T7
T8
T9
T10
T11
T12
L1
L2
L3
L4
L5
AS AS
PI IN IN PI

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV: _____    DR'S INIT. _____

---

## Patient Progress Report

Pt's signature: _____  Date: _____

Subjective: What symptoms do you have today? (pain, soreness, numbness, tightness, etc...) Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:

C1
C2
C3
C4
C5
C6
C7
T1
T2
T3
T4
T5
T6
T7
T8
T9
T10
T11
T12
L1
L2
L3
L4
L5
AS AS
PI IN IN PI

Assessment: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE / / FSS / CSS / TSS / LSS / NPE / EPE / DE /_____
NPV: _____    DR'S INIT. _____

**S T A T E M E N T**

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

07-11-2005

BALANCE: $.00

ACCOUNT NUMBER: 1000-2215

Thinh Lam
63 Granger St Apt 2
Dorchester   02122

LAST CLAIM:   05-03-2004
LAST PAYMENT: 06-29-2004

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 01-13-2004 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 150.00 |
| 06-30-2004 | PIP CK 14352216 | | .00 | 150.00 | .00 | .00 |
| | TOTALS | | 150.00 | 150.00 | .00 | |

---

**For proper credit, please enclose this portion with your payment.**

Thinh Lam
63 Granger St Apt 2
Dorchester   02122

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

THANK YOU.

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

ACCOUNT NUMBER: 1000-2215

# *NARRATIVE REPORT*
# *OF*
# *MEDICAL EVALUATION*
# *OF*
# *OBJECTIVE FINDINGS*

**Regarding:**
**Miss Tran Nguyen**

**To:**
**WHOM IT MAY CONCERN**

**From:**
**SPINE CARE AND THERAPY**
**H. N. Huynh, D.C.**

# INITIAL CASE SUMMARY
### for patient # _2216_

Last Name: _NGUYEN_     First Name: _TRAN_     MI____
Age: _19_     Sex: _♀_     Number of Children:_____
Date of Onset: _JAN-05-04_ / Date of Initial Visit: _JAN-13-04_

**Medical History:**
     Pregnancy: ( Y ) (N)     LMP:_____

_____
_____
_____
_____

**Examination Findings:**

BP: _96/54_     P: _70_ /min.     R: _14_ /min.     Ht: _5_ ft. _1_ in.     Wt: _118_

Current Medications: _None_____
Allergies: _None_____

**Orthopedic / Neurological Tests (+):**

_____ N/N _____     _____     _____
_____     _____     _____

**X-Ray:**
Views: _____ DNP _____     _____
                 _____     _____
Date:_____     _____     _____
                 _____     _____

**Diagnosis / Clinical Impression:**
1. _(E812.1) MVA (injury)_     5._____
2._____     6._____
3._____     7._____
4._____     8._____

**Doctor's Initials:** _(hc)_

# TREATMENT PROTOCOL:

IST / MT / IF / MC / US / HP / CP / IR/ WP/ TPT / MR / MS / EX / MB / ADJ /

other: _____

Therapy settings:_____ *NO TREATMENT PROPOSED* _____

_____

_____

_____

_____

Frequency: ___x / wk  for ___ wk(s) then ___x / wk  for ___ wks   or   as needed

| **Treatment Goals:** | **Short Term** | | **Long Term** | |
|---|---|---|---|---|
| | 1. *N/A* | | 1. _____ | |
| | 2. _____ | | 2. _____ | |
| | 3. _____ | | 3. _____ | |
| | 4. _____ | | 4. _____ | |
| | 5. _____ | | 5. _____ | |

**Total disability:**    Injuries sustained in the accident have restricted the patient from
performing his/her normal work and/or personal activities

from____ *NONE* _____ to _____

**Re-evaluation Date:**_____        **Doctor's Initials:** *(hw)*

Abbreviations used on exam forms
and Soap notes:

Therapy abbreviations:

PT = Palpatory tenderness
TP = Trigger point
SP = Spasm
TT = Taut and tender
F =  Fixations

MR = Myofascial Release
IST = Mech. Traction          MT = Manual Traction
IF = Interferential            MC = Microcurrent
US = Ultrasound               HP = Moist Heat
CP = Cryotherapy              IR = Infrared
WP = Whirlpool                MS = Massage
TPT = Trigger Pt. Therapy   EX = Exercise
MB = Mobilization             ADJ = Manipulation

# PHYSICAL EXAMINATION

**Patient's Name:** _NGUYEN, TRAN_     **Date:** JAN 1 3 2004     **File #:** _2216_

Height _5_ ft. _1_ in.     Weight: _118_ lbs.
Blood pressure: (L) _96/54_     Pulse: _70_ bpm
         (R) _/_     Resp: _14_ bpm
George's Test ( + ) **( - )**

**Cervical Orthopedics:**
___ Shoulder Shrug
___ Cervical Distraction
___ Cervical Compression
___ Shoulder Depression
___ Foraminal Compression
___ Jackson's Cervical Compression
___ Maximum Cervical Compression

**Supine Orthopedics:**
___ Soto-Hall's
___ Lasegue's
___ Braggard's
___ Goldthwaite's
___ Thomas'
___ Leg Lowering
___ Fabere's

**Side Posture Orthopedics:**
___ Iliac Compression
___ Lewin-Gaenslen's
___ Ober's

**Prone Orthopedics:**
___ Ely's Test
___ Nachlas
___ Hibb's
___ Yeoman's

**Standing Ortho/Neuro:**
___ Gait Analysis
___ Toe Walk
___ Heel Walk
___ Finger to Nose
___ Rhomberg's
___ Neri's Bowing Sign
___ Trendellenburg's
___ Kemp's
___ Supported Adam's

**Cardiac Auscultation:**
___ Carotid Arteries
___ Suprasternal
___ Aortic Valve
___ Pulmonary Valve
___ Tricuspid Valve
___ Mitral Valve

**Anterior Thorax:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Fremitus

**Abdominal Exam:**
___ Inspection
___ Auscultation
___ Palpation
___ Percussion
___ Superficial Reflex
___ McBurnie's Point
___ Murphy's Sign

**Posterior Thorax:**
___ Auscultation
___ Fremitus
___ Percussion
___ Excursion
___ Murphy's Punch

**Deep Tendon Reflexes**
( + )     ( - )
_____
_____
_____

**Spinous Percussion Test**
( + )     (-)
levels:_____
_____
_____
_____

**Palpation:**
Motion: _C2-C5, T11-L2_
Static: _____

**Cervical ROM**     (Active)  **Location of Pain:**
Flexion         (45)     ( )
Extension       (55)     ( )
L Lateral Flexion (40)   ( )    _WNL_
R Lateral Flexion (40)   ( )
L Rotation      (70)     ( )
R Rotation      (70)     ( )

**Lumbar ROM**     (Active)  **Location of Pain:**
Flexion          (90)    ( )
Extension        (35)    ( )
L Lateral Flexion (40)   ( )    _WNL_
R Lateral Flexion (40)   ( )
L Rotation       (35)    ( )
R Rotation       (35)    ( )

**Doctor's Comments:**   Initial Comprehensive   Re-Evaluation   ✗ Discharge
_No objective findings to correlate subjective_
_complaints. Pt. either has recovered_
_from injuries or did not recate sustain_
_any._

# CHIEF COMPLAINT

Name: _NGUYEN, TRAN_ _____ Date: JAN 1 3 2004 _____ File #: _2216_

You were the: ___driver ___front passenger ___rear passenger (L) (R) (C)
Were you wearing your seat belt: ( Y ) (N)
Which way were you looking at the time of impact: (Forward) ( Left ) ( Right )
Did any part of your body hit the vehicle at the time of impact: _Was thrown around_
Do you feel any pain as a result of the accident? (Y) ( N )
Have you had any other trauma since that accident? ( Y ) (N)
How long after the accident did your pain begin? _immediately_

**CERVICAL:** Location of pain: L / R / (Bilat.) The intensity of pain from 0 - 10: _6_

Duration:                     Intensity:                     Quality:
___constant                   ___mild                        ___dull /achy
✓intermittent                 ✓moderate                      ___sharp
___occasional                 ___severe                      ___burning
Does the pain radiate to other parts of your body? ( Y ) (N) _____

**THORACIC:** Location of pain: L / R / Bilat. The intensity of pain from 0 - 10: _____

Duration:                     Intensity:                     Quality:
___constant                   ___mild                        ___dull
___intermittent               ___moderate                    ___sharp
___occasional                 ___severe                      ___burning
Does the pain radiate to other parts of your body? ( Y ) ( N ) _____

**LUMBAR:** Location of pain: L / R /(Bilat.) The intensity of pain from 0 - 10: _5_

Duration:                     Intensity:                     Quality:
✓constant                     ___mild                        ___dull /sore
___intermittent               ✓moderate                      ___sharp
___occasional                 ___severe                      ___burning
Does the pain radiate to other parts of your body? ( Y ) (N)) _____

**AGGRAVATION OF PAIN:**
✓bending                      ✓lifting         ✓twisting /lying   ___coughing
✓sitting (P)                  ___standing      ✓walking           ___lying down
✓other: _____

**YOUR PAIN INTERFERES WITH:**
___work         ___sleep         ___routine activities    ___personal activities
other: _____

**OTHER SYMPTOMS SINCE ACCIDENT:**
✓headaches /a+   ___chest pain    ___dizziness      ___nausea
other: _(L) Shoulder_

# Motor Vehicle Crash
## Exchange Form

| Date of Crash | Time of Crash | City/Tow |
|---|---|---|
| | 24HR | |

State Police ☐
Local Police ☐
MBTA Police ☐
Other:

**LOCATION**

AT INTERSECTION:     NOT AT INTERSECTION:

| Route# | Direction | Name of Roadway/Street |
|---|---|---|
| | | At |

Route# _____ Direction _____ Address # _____  Name of Roadway/Street _X_JAY_

_73 18_

| | | Feet [N][S][E][W] of |

_____ • _____  or _____
Mile Marker        Exit Number

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|
| | | Also at Intersection with |

Feet [N][S][E][W] of _____
Route# _____ Intersecting Roadway/Street

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|

Feet [N][S][E][W] of _____
Landmark

**Please Select One of the Following:** ☐ Vehicle 1 _# Occupants_  ☐ Hit/Run  ☐ Moped

License # _5524 61 93 St. M_ DOB/Age _10 23 80_ Reg # _97 NW13_  Reg Type _JC_  Reg State _MA_

Sex ☐ Lic. Class [18][18] St _____ Lic. Restrictions [19] CDL Endorsement _N_   Veh Year _91_  Veh Make _ISU_  Veh Config.

Operator _Lam Thinh_   Owner _Same_

Address _93 PACKard Ave_   Address _62 Granger St #2_

City _Hull_ State _MA_ Zip _02045_   City _Dorchester_ State _MA_ Zip _0212_

Insurance Company _Liberty Mutual_

According to Massachusetts General Law, Chapter 90, Section 26: If the damage to any one vehicle or property is over $1,000 or if there is an injury to any person, you are required to complete a crash report within 5 days of the date of the crash.

Please obtain a copy of the operator crash report from your local police department, Registry branch office or from the RMV Website WWW.MASSRMV.COM and submit the original to:

Registry of Motor Vehicles
P.O. Box 199100
Boston, MA 02119
Attn: Accident Records

Also, be sure to forward a copy to your insurance agency, the local police department where the crash occurred, and retain a copy for yourself.

If you would like to obtain a copy of the police report or another operator report, please send a letter to the address above with a check for $10 for each requested report made payable to: RMV. Please specify which report you are requesting and list the date and time of the crash and city/town where it occurred along with your name, address and the registration number of at least one vehicle involved.

**Please Select One of the Following:** ☐ Vehicle 2 _# Occupants_  ☐ Non-Motorist A Type [14] Action [15] Location [16] Condition [17]  ☐ Hit/Run  ☐ Moped

License # _039745599_ St _MA_ DOB/Age _4-3-40_ Reg # _264 BXS_  Reg Type _X_  Reg State _MA_

Sex ☐ Lic. Class [18][18] Lic. Restrictions [19] CDL Endorsement _____   Veh Year _92_  Veh Make _merc_  Veh Config.

Operator _Gihani Davi C_   Owner _Same_

Address _94 Houghton St_   Address _____

City _Roxbury_ MA Zip _02121_   City _____ State _____ Zip _____

Insurance Company _Metropolitan Ins_

According to Massachusetts General Law, Chapter 90, Section 26: If the damage to any one vehicle or property is over $1,000 or if there is an injury to any person, you are required to complete a crash report within 5 days of the date of the crash.

Please obtain a copy of the operator crash report from your local police department, Registry branch office or from the RMV Website WWW.MASSRMV.COM and submit the original to:

Registry of Motor Vehicles
P.O. Box 199100
Boston, MA 02119
Attn: Accident Records

Also, be sure to forward a copy to your insurance agency, the local police department where the crash occurred, and retain a copy for yourself.

If you would like to obtain a copy of the police report or another operator report, please send a letter to the address above with a check for $10 for each requested report made payable to: RMV. Please specify which report you are requesting and list the date and time of the crash and city/town where it

## Section A: Crash Location

City/Town Where Crash Occurred: **Milton**

Date of Crash: **1/5/04**

Time of Crash: **8 : 00** __ AM ✓ PM

# Vehicles Involved: **2**

Please complete Section A1 or A2 below to indicate the location of the crash.
If you need additional space to describe the crash location, please use Section J on the last page of this form.

**SECTION A1:** Complete this Section if the crash occurred at an intersection of two or more streets:

**OR**

**SECTION A2:** Complete this Section if the crash did **NOT** occur at an intersection:

**Step 1:** Please indicate the route or roadway where you were travelling when the crash occurred:

**93 NB        X Way**
Route#        Name of Roadway/Street

**Step 2:** What was the name (or names) of the intersecting streets?

_____
Route#        Name of Roadway/Street

_____
Route#        Name of Roadway/Street

**Step 1:** Please indicate the route, roadway and address where the crash occurred:

The crash occurred on Route #: _____ at Street or Address Number: _____
on the Street/Roadway known as: _____

**Step 2:** Please provide as much of the following specific location information as possible:

The crash occurred (estimate number of feet) _____ feet
(indicate direction as N/S/E/W) _____ of

a) Mile Marker number        __ __ __ • __ __
OR: b) Exit Number        _____
OR: c) Intersecting Street/Roadway _____
        Route#        Name of Roadway/Street
OR: d) Landmark _____

## Section B: Vehicle You Were Driving

Number of occupants in vehicle (including yourself): **2**

Was vehicle damage above $1000? ✓ Yes __ No

Driver's License Number: **532456198**

License State: **MA**

Date of Birth: **10/23/80**

Age: **23**

Sex: ✓ M __ F

License Class: __ D  A  B __ C  __ M __ Unknown

Commercial Driver's License Endorsements: H __ Hazardous  N __ Tank vehicles  P __ Passenger transport  T __ Doubles/Triples  X __ Tank and Hazardous

Your Full Name (Last, First, Middle): **Lam, Thinh, N.**

Street Address: **63 Granger St. Apt. 2**

City/Town: **Dorchester**

State: **MA**

Zip: **02122**

Insurance Company: **Liberty Mutual**

Vehicle Registration #: **87 MW13**

Reg. Type: _____

Reg. State: _____

Vehicle Year: **1991**

Vehicle Make: **ISSU**

Indicate your type of vehicle

1 Passenger car
2 Light truck (van, mini-van, pick-up, sport utility)
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

Full Name of Vehicle Owner (Last, First, Middle): **Lam, Thinh, N.**

Street Address: **63 Granger St. Apt. 2**

City/Town: **Dorchester, MA**

State: _____

Zip: **02122**

**What Was Your Vehicle Doing Prior to the Crash?**

Vehicle Travel Direction: ✓ N __ S __ E __ W

1 Travelling straight ahead
2 Slowing or stopped
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing
11 Parked
97 Other
99 Unknown

Please indicate the Sequence of Events as they occurred to YOUR Vehicle by writing the corresponding number (1-52, or 97, 99) in **up to 4 boxes** below.

What happened first? **2**

What happened 2nd (if applicable)?

What happened 3rd (if applicable)?

What happened 4th (if applicable)?

**Collision with**
1 Motor vehicle in traffic
2 Parked motor vehicle
3 Pedestrian
4 Cyclist
5 Animal- deer
6 Animal- other
7 Moped
8 Work zone maintenance equipment
9 Railway vehicle (train, engine)
10 Other movable object
11 Unknown movable object
20 Curb
21 Tree
22 Utility pole
23 Light pole or other post/support
24 Guardrail
25 Median barrier
26 Ditch
27 Embankment/Sloping shoulder
28 Highway traffic signpost
29 Overhead sign support
30 Fence
31 Mailbox
32 Crash cushion/Impact attenuator
33 Bridge
34 Bridge overhead structure
35 Other fixed object (wall, building, tunnel)
36 Unknown fixed object

**Non-Collision**
40 Ran off road right
41 Ran off road left
42 Cross median/centerline
43 Overturn/rollover
44 Equipment failure (blown tire, brakes, etc)
45 Fire/explosion
46 Immersion
47 Jackknife
48 Cargo/equipment loss or shift
49 Separation of units
50 Downhill runaway
51 Other non-collision
52 Unknown non-collision
97 Other
99 Unknown

Was your Vehicle Towed From the Scene Due to Damage? __ Yes ✓ No

Vehicle Damaged Area (circle up to three)

## Section C: You and Your Passenger

Please provide the full name, address, and DOB or Age for all passengers in your vehicle. Then write the corresponding code in each of the boxes for each occupant of the vehicle (yourself and all passengers). A list of the possible codes is provided at the bottom of this section.

| | | | Date of Birth/Age | Sex M/F | A | B | C | D | E | F | G | H | Name of Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Driver (See previous page)** | Thinh Lam | . . . . . . . . . . | | | 1 | 3 | 5 | 3 | 0 | 0 | 4 | 1 | |
| **Name of Passenger 1 (Last, First, Middle)** | Tran Nguyen | 63 Granger St. Address / MA | 2/2/84 | F | 4 | 3 | 5 | 3 | 0 | 0 | 2 | 1 | |
| | | City/Town Dorchester State MA Zip 02122 | | | | | | | | | | | |
| **Name of Passenger 2 (Last, First, Middle)** | | Address | | | | | | | | | | | |
| | | City/Town State Zip | | | | | | | | | | | |
| **Name of Passenger 3 (Last, First, Middle)** | | Address | | | | | | | | | | | |
| | | City/Town State Zip | | | | | | | | | | | |

**A. Seating Position**
1 Front seat - left side (or motorcycle driver)
2 Front seat - middle
3 Front seat - right side
4 Second seat - left side (or motorcycle passenger)
5 Second seat - middle
6 Second seat - right side
7 Third row - left side (or motorcycle passenger)
8 Third row - middle
9 Third row - right side
10 Sleeper section of cab
11 Enclosed passenger area
12 Unenclosed passenger area
13 Trailing unit
14 Riding on vehicle exterior
97 Other
99 Unknown

**B. Safety System Used**
0 None used
1 Shoulder and lap belt
2 Lap belt only
3 Shoulder belt only
4 Child safety seat
5 Helmet
99 Unknown

**C. Air Bag Status**
1 Deployed-front
2 Deployed-side
3 Deployed both front and side
4 Not deployed
5 Not applicable
99 Unknown

**D. Air Bag Switch**
1 Switch in ON position
2 Switch in OFF position
3 ON-OFF switch not present
4 Unknown if switch is present
99 Unknown

**E. Ejected From Vehicle?**
0 Not ejected
1 Totally ejected
2 Partially ejected
3 Not applicable
99 Unknown

**F. Trapped?**
0 Not trapped
1 Freed by mechanical means
2 Freed by non-mechanical means
99 Unknown

**G. Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**H. Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown

## Section D: Other Vehicle(s) Involved in the Crash

Number of occupants in the vehicle: 1    Number of injured occupants: ___    Was Vehicle Damage above $1000? __Yes __No    Moped? __Yes __No    Hit and Run? __Yes ✓No

| Driver's License Number | License State | Date of Birth | Age | Sex M/F | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| 029345599 | MA | 4/3/46 | 58 | ✓M __F | ✓D __A __C H — Hazardous M — Unknown T — Doubles/Triples | N — Tank vehicles X — Tank and Hazardous P — Passenger transport |

| Full Name of Vehicle Driver (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Neimann, Paul, C. | 94 Houghton St. | Dorchester, MA | | 02121 |

| Insurance Company | Vehicle Registration # | Reg. Type | Reg. State | Vehicle Year | Vehicle Make |
|---|---|---|---|---|---|
| Metropolitan | 264 BXS | PC | | 1997 | Mercury |

**Indicate type of vehicle**
✓1 Passenger car
2 Light truck (van, mini-van, pick-up, sport utility)
3 Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

| Full Name of Vehicle Owner (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| Neimann, Paul, C. | 94 Houghton St | Dorchester, MA | | 02121 |

**Vehicle Travel Direction**
✓N __S
__E __W

**What Was the Vehicle Doing Prior to the Crash?**
1 Travelling straight ahead
2 Slowing or stopped
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing
11 Parked
97 Other
99 Unknown

**Vehicle Damaged Area (circle up to three)**
0 None
10 Undercarriage
11 Totaled
97 Other
99 Unknown

## Section E: Non-Motorist(s) Involved in the Crash

Indicate the type of non-motorist involved    1 Pedestrian    2 Cyclist    3 Skater    97 Other    99 Unknown

**What was the non-motorist doing prior to the crash?**
1 Entering or crossing location
2 Walking, running, or cycling
3 Working
4 Pushing vehicle
5 Approaching or leaving vehicle
6 Working on vehicle
7 Standing
97 Other
99 Unknown

**Where was the non-motorist prior to the crash?**
1 Marked crosswalk at intersection
2 At intersection but no crosswalk
3 Non-intersection crosswalk
4 In roadway
5 Not in roadway
6 Median (but not on shoulder)
7 Island
8 Shoulder
9 Sidewalk
10 Shared-use path or trails
99 Unknown

| Date of Birth/Age | Sex __M __F | Full Name of Non-Motorist (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

**Safety Equipment?**
0 None used
6 Helmet
7 Protective pads (elbows, knees, etc.)
8 Reflective clothing
9 Lighting
10 Other
99 Unknown

**Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown
If transported, please indicate Hospital/Medical Facility:

## Section F: Crash Conditions

**Light Conditions**
1. Daylight
2. Dawn
3. Dusk
4. Dark - lighted roadway
5. Dark - roadway not lighted
6. Dark - unknown roadway lighting
97. Other
99. Unknown

**Weather Conditions (up to two)**
1. Clear
2. Cloudy
3. Rain
4. Snow
5. Sleet, hail, freezing rain
6. Fog, smog, smoke
7. Severe crosswinds
8. Blowing sand, snow
97. Other
99. Unknown

**Traffic Control Device**
1. No controls
2. Stop signs
3. Traffic control signal
4. Flashing traffic control signal
5. Yield signs
6. School zone signs
7. Warning signs
8. Railroad crossing device
99. Unknown

**Was the traffic control device functioning at the time of the crash?**
1. ___ Yes
2. ___ No

**Road Surface**
1. Dry
2. Wet
3. Snow
4. Ice
5. Sand, mud, dirt, oil, gravel
6. Water (standing, moving)
7. Slush
97. Other
99. Unknown

**Roadway Intersection Type**
1. Not at intersection
2. Four-way intersection
3. T-intersection
4. Y-intersection
5. On ramp
6. Off ramp
7. Traffic circle
8. Five-point or more
9. Driveway
10. Railway grade crossing
99. Unknown

**Trafficway Description**
1. Two-way, not divided
2. Two-way, divided, unprotected median
3. Two-way, divided, protected median
4. One-way, not divided
99. Unknown

**School Bus Related?**
1. ___ Yes
2. ___ No

**Work Zone Related?**
1. ___ Yes
2. ✓ No

**Manner of Collision**
1. Single vehicle crash
2. Rear-end
3. Angle
4. Sideswipe, same direction
5. Sideswipe, opposite direction
6. Head on
7. Rear to rear
99. Unknown

## Section G: Crash Diagram



Indicate North by Arrow

Think's Car parked

ER light on

breakdown lane

(Paul's Car)

**Please draw a diagram of the roadway or streets where the crash occurred, indicating the vehicles involved and direction of travel using the following symbols:**
→ = Direction
1 = Vehicle 1 (Your Vehicle)
2 = Vehicle 2
O = Pedestrian/Non-motorist
(N) = North

**Select one of the following if the crash did not occur on a public way:**
___ Off-street parking lot
___ Garage
___ Mall/shopping center
___ Other private way

## Section H: Witness Information

| Witness Name (Last, First, Middle) | Address | Phone |
|---|---|---|
| | | |

## Section I: Property Damage Information (Other than Vehicles)

| Owner Name (Last, First, Middle) | Address | Phone | Property and Damage Description |
|---|---|---|---|
| | | | |
| | | | |

## Section J: Description of What Happened

Stopped my vehicle on emergency lane because my friend was feeling sick and wanted to throw up. In a couple of minutes, Mr. Paul Neimann's car rear-ended my parked car. Luckily, my passenger and I both had seat belts on. This saved our lives. However, after the accident, I have back pains and my passenger injured her neck and head.

## Section K: Signature

Signature _____

Print: THINH LAM    Date: 01/05/04

"Signed under Pains and Penalties of Perjury"

Name: _Newton, Tron_    SSN: _____    Age: _19_    Sex: _♀_    DIV _____    _JAN 73 D?_    File #: _2216_

## Patient Progress Report

Pt's signature: _[signature]_    Date: **JAN 1 3 2004**

Subjective:  What symptoms do you have today?  (pain, soreness, numbness,
tightness, etc...)  Please give the location and intensity of pain.

: _Neck (Jan-05-04)_

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



| | |
|---|---|
| | C1 |
| | C2 |
| | C3 |
| | C4 |
| | C5 |
| | C6 |
| | C7 |
| | T1 |
| | T2 |
| | T3 |
| | T4 |
| | T5 |
| | T6 |
| | T7 |
| | T8 |
| | T9 |
| | T10 |
| | T11 |
| | T12 |
| | L1 |
| | L2 |
| | L3 |
| | L4 |
| | L5 |
| | AS AS |
| | PI IN IN PI |

_No Treatment necessary_

Assessment:
: _1st visit, pt's demeur calm/coop_

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE / ____
NPV: _prn_    DR'S INIT. ____

---

## Patient Progress Report

Pt's signature: _____    Date: _____

Subjective:  What symptoms do you have today?  (pain, soreness, numbness,
tightness, etc...)  Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



Assessment:
: _____
: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE / ____
NPV: _____    DR'S INIT. ____

---

**1**

---

## Patient Progress Report

Pt's signature: _____    Date: _____

Subjective:  What symptoms do you have today?  (pain, soreness, numbness,
tightness, etc...)  Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



Assessment:
: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE / ____
NPV: _____    DR'S INIT. ____

---

## Patient Progress Report

Pt's signature: _____    Date: _____

Subjective:  What symptoms do you have today?  (pain, soreness, numbness,
tightness, etc...)  Please give the location and intensity of pain.

: _____
: _____

FOR DOCTOR'S USE ONLY BELOW THIS LINE:

Objective:



Assessment:
: _____

Plan:
/ IST / MT / IF / IR / MC / US / HP / CP / TPT / MR / MS / WP / EX / MB / ADJ / ADJ1 / ADJE /
/ FSS / CSS / TSS / LSS / NPE / EPE / DE / ____
NPV: _____    DR'S INIT. ____

**S T A T E M E N T**

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122
617-282-6400

07-11-2005

**BALANCE: $.00**

**ACCOUNT NUMBER: 1000-2216**

Tran Nguyen  PI

Dorchester MA 02122

LAST CLAIM:   05-03-2004
LAST PAYMENT: 06-29-2004

| Date | Description | Code | Charge | Credit | Adjust | Balance |
|------|-------------|------|--------|--------|--------|---------|
| 01-13-2004 | *NP OV Intermediate | 99203 | 150.00 | .00 | .00 | 150.00 |
| 06-30-2004 | PIP CK 14352217 | | .00 | 150.00 | .00 | .00 |
| | TOTALS | | 150.00 | 150.00 | .00 | |

**For proper credit, please enclose this portion with your payment.**

Tran Nguyen

Dorchester MA 02122

BALANCE: $.00
PAY THIS AMOUNT:
AMOUNT ENCLOSED: _____
Please fill in blank.

DATE DUE: On Receipt

THANK YOU.

H.N. Huynh, D.C.
413 Neponset Ave #2
Dorchester, MA 02122

ACCOUNT NUMBER: 1000-2216

# EXHIBIT 4

COPY    COMMONWEALTH OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THUY NGUYEN,                                          )
                                                     )
        vs.                                          )
                                                     )
METROPOLITAN PROPERTY AND CASUALTY INS. CO.          )
Date of Loss:  April 9, 2004                         )
Claim No.:  WBB83702                                 )
Insured:  Hoa Nguyen                                 )
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

        EXAMINATION UNDER OATH OF THUY NGUYEN,

before Meredith A. Fairbanks, a Notary Public

and Shorthand Reporter in and for the

Commonwealth of Massachusetts, at the offices

of McGovern & Ganem, 21 Merchants Row,

Boston, Massachusetts 02109, on Wednesday,

September 22, 2004, commencing at 12:17 p.m.


**DUNN & GOUDREAU COURT REPORTING SERVICE, INC.**
**One State Street**
**Boston, Massachusetts 02109**
**Telephone (617) 742-6900**

1        you go to John Dabrowski?

2    A.   Because that place is close to where I work,

3        and so I went there.

4    Q.   Which place is close to where you work?

5    A.   499 Washington Street is the closest to where

6        I work.

7    Q.   And what were the injuries that you were

8        complaining of?

9    A.   I felt pain, but I go for treatment and

10       taking medications and rubbing some type of

11       ointment and it got better.

12   Q.   What part of your body was injured as a

13       result of the accident?

14   A.   The nose and the back and the leg. Leg is

15       not as bad as the nose and the back.

16   Q.   So your lower back?

17   A.   Yes, the lower back.

18   Q.   And which leg?

19            THE INTERPRETER:  I want to make

20       something here.  She's saying right leg, but

21       she's pointing to the left leg.

22   Q.   (By Ms. Ganem)  Is it your right or your left

23       leg, point to it?

24            THE INTERPRETER:  She's showing her left

1                  leg and she said, "This leg."

2        Q.    (By Ms. Ganem)  Did you have any injury to

3              your neck?

4        A.    Yes, before.  But my nose was very bad and I

5              go for treatment and it got better.

6        Q.    Is there any part of your body that's still

7              bothering you now that you've completed your

8              treatment?

9        A.    No.  I still take medication.

10       Q.    What kind of medication?

11       A.    Tylenol.  Sometimes Advil.

12       Q.    For what?

13       A.    Because of the pain, my nose, but also

14             sometimes I take it.

15       Q.    Can you describe for me the treatment that

16             you received at Spine Care?

17       A.    There is a bed where I would lay down and

18             then sometimes I would lay on my stomach and

19             they put a towel on my back and sometimes I

20             would sit in a chair and there's a chair that

21             is more like, has water inside.

22       Q.    How many different beds did you lay in at

23             Spine Care?

24       A.    At one time or are you asking me how many

1      more like with water inside that chair.

2  Q.  Did you ever get one treatment each and every

3      time that you went, the same thing each and

4      every time?

5  A.  No.

6  Q.  Did anybody ever place their hands on your

7      body to provide you with treatment?

8  A.  No.  It's all women there.

9  Q.  No, but did anybody ever actually physically

10     put their hands on your body to treat you?

11  A.  They put towel or something like that on my

12     back or something that is more for electric

13     treatment.  They do that.

14  Q.  But did anybody ever actually give you a

15     physical massage?

16  A.  No.

17  Q.  When you were receiving your treatment at

18     Spine Care, did anybody take a machine and

19     hold it against one part of your body for

20     treatment that would make it hot?

21  A.  I don't know what it is they put in my back.

22     It's kind of warm.  It's more like a towel.

23     When I lay on my stomach, it's kind of heavy.

24     And also, when they put things on my back for

1       electric treatment.

2   Q.  But I'm asking if anybody ever actually held

3       a piece of equipment up towards your body,

4       and it produced some heat?

5   A.  No.

6   Q.  Did Dr. Huynh ever give you any of the

7       treatment himself?

8   A.  Dr. Hai himself would examine me and then few

9       weeks after he re-examined to see if I was

10      still in pain or things like that, and then

11      he himself, and he's the only one who

12      examined me.

13  Q.  Did he ever use any equipment on your body

14      for treatment purposes?

15  A.  No.  The girls do all that and he examined to

16      see if I was still in pain.

17  Q.  And how many times did you actually see or

18      were examined by Dr. Huynh?

19  A.  I don't remember.

20  Q.  More than five?

21  A.  More than five, but not more than 10.

22  Q.  20?

23  A.  No.

24  Q.  Can you describe how many different girls

# EXHIBIT B

# ATTORNEY LIST

Thomas Eisenstadt, Esq    Office   (617) 696-6900
    1197 Adams St.    Fax    (617) 696-1013
    Dorchester, MA 02124

Stanley Cooper, P.C    Office   (617) 782-2222
    15 N. Beacon St.  Unit F   Fax    (617) 782-2212
    Allston, MA 02134

Daniel Harrington, P.C    Office   (617) 227-1795
    18 Tremont St.    Fax    (617) 227-2078
    Boston, MA 02108

Dane M. Shulman, Esq    Office   (617) 471-3200
    25 Newport Ave    Fax    (617) 769-7020
    North Quincy, MA 02171

Ronald  Pinson, LLP    Office   (617) 929-5282
    153 Neponset Ave.    Fax    (617) 929-5283
    Dorchester, MA 02122

John Dabrowski, Esq    Office   (617) 282-0230
    499 Washington St.
    Dorchester, MA 02124

Ezenwal L. Nwogu, P.C    Office   (617) 282-7008
    1445 Dorchester Ave.    Fax    (617) 282-4734
    Dorchester, MA 02122

Jonathan D. Braun. P. C    Office   (617) 282-5800
    1939 Dorchester Ave.    Fax    (617) 282-9890
    Dorchester, MA 02124

Richard F. Landrigan, P. C    Office   (617) 625-4322
    421 Highland Ave.    Fax    (617) 625-5911
    Somerville, MA 02144

Andrew L. Barrett, P. C    Office   (617) 288-4345
    1493 Dorchester Ave.    Fax    (617) 288-4989
    Dorchester, MA 02122

Gannon & Hurley, P.C    Office   (617) 269-1993
    P. O. Box E46    Fax    (617) 269-7072
    South Boston, MA 02127

William L. Harvey, P.C    Office   (978) 250-1122
    47 Chelmsford Street    Fax    (978) 250-1905
    Chelmsford, MA 01824

Guy F. Caruso, Esq    Office   (617) 298-1818
    1160 Washington St.    Fax    (617) 298-1925
    Dorchester, MA 02124

Mark H. Avery, P.C    Office   (617) 929-1111
    172 Neponset Ave    Fax    (617) 929-0550
    Dorchester, MA 02122

Matthew McCarthy, Esq...    Office   (617) 288-4345
    1493 Dorchester Ave.     617) 288-4989
    Dorchester, MA 02120

Samuel P. Reef, Esq    Office (781) 799-5519
    P. O. Box 502
    Canton, MA 02021

Paul G. Foster, LLC    Office (617) 387-7000
    537 Broadway
    Everett, MA 02149

John Lee Diaz Esq    Office (617) 445-7900
    801A Tremont St.
    Boston, MA 02118

John S. Sweeney Esq    Office (617) 328-5900
    1147 Hancock St.
    Quincy, MA 02169

Mitchell Katzman P. C    Office (617) 338-2272
    50 Federal St.  Suite 204
    Boston, MA 02110

Thomas DiBiase P. C    Office (617) 742-4470
    Three Center Plaza Ste 800
    Boston, MA 02108

Donald Green P. C    Office (617) 442-0050
    2235 Washington St.
    Roxbury, MA 02119

Brian Gunning    Office (617) 288-1111
    1558 Dorchester Ave.
    Dorchester, MA 02122

Robert Ahearn P.C    Office (617) 773-8890
    15 Cottage Ave. Ste 202
    Quincy, MA 02169

Dana Rosencranz    Office (617) 523-6900
    One Center Plaza
    Boston, MA 02108

Vy Hoang Truong    Office (617) 265-1767
    1157 Dorchester Ave.   Fax:  (617) 265-2660
    Dorchester, MA 02125

# EXHIBIT C

# O'BRIEN&LEVINE

## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Insured: Long Tran; Metropolitan Claim No. WBC03456

Transcript of the Testimony of:

# My Khiet

# January 21, 2005

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

# ORIGINAL

Jennifer Foley   1-13798

My Khiet  1-21-2005
Insured: Long Tran; Metropolitan Claim No.  WBC03456

80

1          bed.

2    Q.    But never the two beds together --

3    A.    No.

4    Q.    -- in the same treatment?

5    A.    Not that I remember.

6    Q.    Were you ever treated with any sort of infrared

7          lighting?

8    A.    What do you mean by "infrared lighting"?

9    Q.    A device that would be passed along your body

10         that has any sort of red light to it?

11   A.    Not that I remember.

12   Q.    Were you ever given any sort of what's referred

13         to as trigger point therapy, if you know what

14         that is?

15   A.    Yes.

16   Q.    What is it?

17   A.    It's where -- it's when I guess I tell Dr. Hai

18         where I'm hurting and he does massaging on that

19         particular part of my body.

20   Q.    How many times did you have that particular form

21         of treatment?

22   A.    Pretty much by the end of the treatment.

23   Q.    How many times is my question.

24   A.    I'm not sure.  I go there like about three times

# EXHIBIT D

GOODWIN | PROCTER

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

October 13, 2005

**By Hand and Facsimile**

The Honorable Richard G. Stearns
c/o Mary H. Johnson, Courtroom Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 7130
Boston, MA  02210

Re:    *Metropolitan Property and Casualty Company*
       *v. Hai Nhu Huynh and Spine Care and Therapy, Inc.*
       *Civil Action No. 05-11287-RGS*

Dear Judge Stearns:

We received electronic notification yesterday afternoon of your order denying defendants'
motion to dissolve the *ex parte* attachments, based on your consideration of the allegations in the
supplemental affidavit of Mark Huard, which was filed on September 30.  We were surprised to
receive this ruling inasmuch as the Court had yet to consider the defendants' response to
plaintiff's supplemental papers, which the parties and the Court had agreed at the hearing on
September 26 would not be due until October 14 (tomorrow) due to defendants' co-counsel
Andrew Nebenzahl being out of the country for 10 days in early October.  The allegations in the
supplemental Huard affidavit – on which this Court based its ruling – differ substantially from
those in plaintiff's original *ex parte* attachment papers, and defendants have never had a chance
to respond to them.  Suffice it to say, defendants have important responses to these new
allegations, and hope to have an opportunity to present them to the Court.

I write to inquire as to whether it is possible there was confusion as to whether our response to
plaintiff's supplemental filing would be forthcoming.  If so, we would like the opportunity to file
our response for the Court's consideration.  If not, we will instead file a motion for
reconsideration.

GOODWIN | PROCTER

The Honorable Richard G. Stearns
October 13, 2005
Page 2

I will follow up on this letter with Ms. Johnson.  If the Court or Ms. Johnson have any questions please do not hesitate to call me at the number referenced above.

Very truly yours,

James C. Rehnquist

JCR/ng

cc:    Glenda H. Ganem, Esq. *(by facsimile)*
       Andrew D. Nebenzahl, Esq. *(by facsimile)*