**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Metropolitan Property and Casualty Insurance Company | COURT CASE NUMBER: 05 11287 RGS |
| DEFENDANT: Hai Nhu Huynh, et. al. | TYPE OF PROCESS: Writ of Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Middlesex South District Registry of Deeds, Plan No. 807 of 1999 in Book 30467, Page 28
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
81 Hardwick Road, Ashland, Massachusetts 01721

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clayton R. Henderson, Esq.
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 0
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This is an ex parte attachment
Property Owner: Hai Nhu Huynh

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 617-723-1444
DATE: 9/1/05

U.S. MARSHAL SERVICE RECEIVED 2005 SEP -1 P 4:57 BOSTON, MA

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 9/1/05

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 135.00 | 18.25 | — | 153.25 | — | 153.25    $0.00 |

REMARKS: Fwd to USM sub-office Worcester 9/2/05 at Register of Deeds is not located at the above address 9/7/05 USM Decaire Process returned to USM in Boston

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Metropolitan Property & Casualty Ins. Co.
_____,
Plaintiff(s)

V.                                                            CIVIL ACTION NO. **05 11287 RGS**

Hai Nhu Huynh
_____,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court:

GREETINGS:

In an action filed in this Court on __June 20, 2005__, in which the Plaintiff(s) is/are: __Metropolitan Property and Casualty Insurance Company__, of __700 Quaker Lane, Warwick, Rhode Island__ whose attorney is __Glenda H. Ganem, Esq.__ of __McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts__, and the defendant(s) is/are __Hai Nhu Huynh and Spine Care & Therapy, Inc.__ we command you to attach the real estate and/or personal property of the Defendant(s) __Hai Nhu Huynh__ in accordance with the following directions and/or limitations (if any): __including, but not limited to the real property at 81 Hardwick Road, Ashland, Massachusetts, recorded in Middlesex South District Registry of Deeds, Plan No. 807 of 1999 in Book 30467, Page 28__ _____to the value of $ __800,000.00__, and make due return of this writ with your doings thereon into said Court.

This attachment was _____ 9/1/05 by __RICHARD G. STEARNS,__ D.J. in the amount _____.

Dated at __BOSTON, MA__ this _____ day of __September__, 2005

SEAL

SARA A. THORNTON,
CLERK OF COURT
By: _____
Deputy Clerk

(Attachment.wpd – 3/7/2005)

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Metropolitan Property and Casualty Insurance Company | 05 11287 RGS |
| DEFENDANT | TYPE OF PROCESS |
| Hai Nhu Huynh, et. al. | Writ of Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Middlesex South District Registry of Deeds
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
208 Cambridge Street, East Cambridge, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clayton R. Henderson, Esq.
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

*U.S. MARSHAL SERVICE RECEIVED BOSTON, MA 2005 SEP -8 A 1:33*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

This is an ex parte attachment.
Property Owner: Hai Nhu Huynh
Property to be Attached: 81 Hardwick Road, Ashland, MA 01721 (Middlesex South District Registry of Deeds Plan No. 807 of 1999 in Book 30467, Page 28)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-723-1444
DATE: 9/1/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 9/8/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
SUSAN CARON / Supervisor - Recorded Land Dept.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 10-03-05  Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 1.46 | — | 46.46 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Metropolitan Property & Casualty Ins. Co.
_____,
Plaintiff(s)

V.                                                      CIVIL ACTION NO. **05 11287 RGS**

Hai Nhu Huynh
_____,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court:

**GREETINGS:**

In an action filed in this Court on __June 20, 2005__, in which the Plaintiff(s) is/are: __Metropolitan Property and Casualty Insurance Company__, of __700 Quaker Lane, Warwick, Rhode Island__ whose attorney is __Glenda H. Ganem, Esq.__ of __McGovern & Ganem, P.C., 21 Merchants Row, 4th Floor, Boston, Massachusetts__, and the defendant(s) is/are __Hai Nhu Huynh and Spine Care & Therapy, Inc.__ we command you to attach the real estate and/or personal property of the Defendant(s) __Hai Nhu Huynh__ in accordance with the following directions and/or limitations (if any): __including, but not limited to the real property at 81 Hardwick Road, Ashland, Massachusetts, recorded in Middlesex South District Registry of Deeds, Plan No. 807 of 1999 in Book 30467, Page 28__ to the value of $ __800,000.00__, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 9/1/05 by __RICHARD G. STEARNS__, D.J. in the amount of _____.

Dated at __BOSTON, MA__ this ____ day of __September__, 2005

SEAL

SARA A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd – 3/7/2005)

```
*------------------------------------------------*
Official Receipt for Recording in:

        Middlesex South Registry of Deeds
        208 Cambridge St.

        Cambridge, Massachusetts 02141

Issued To:
        W



                Recording Fees
*------------------------------------------------*
Document                                Recording
Description   Number     Book/Page        Amount
*------------------------------------------------*
ATT           00219280   46207   252      $75.00
                                         ---------
                                          $75.00
              Collected Amounts
*------------------------------------------------*
   Payment
   Type                                   Amount
*------------------------------------------------*
Check                     5116            $75.00
                                         ---------
                                          $75.00


         Total Received  :               $75.00
      Less Total Recordings:             $75.00
                                         ---------
         Change Due      :                $.00


              Thank You
     EUGENE C. BRUNE - Register of Deeds

     By: Carol Di


         Receipt#   Date      Time
         0472289  10/03/2005  11:03a
```