UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11287-RGS

_____
                                            )
METROPOLITAN PROPERTY AND    )
CASUALTY INSURANCE COMPANY, )
Plaintiff,                                      )
                                            )
v.                                          )
                                            )
HAI NHU HUYNH and                )
SPINE CARE AND THERAPY, INC., )
Defendants.                             )
_____)

**LOCAL RULE 16.1(D)(3) CERTIFICATIONS OF
HAI NHU HUYNH AND SPINE CARE AND THERAPY, INC.
AND THEIR COUNSEL**

Pursuant to Local Rule 16.1(D)(3), defendants Hai Nhu Huynh and Spine Care and Therapy, Inc. and their counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| HAI NHU HUYNH | ATTORNEYS FOR HAI NHU HUYNH AND SPINE CARE AND THERAPY, INC. |
|   /s/ Hai Nhu Huynh<br>Spine Care and Therapy, Inc.<br>413 Neponset Avenue, 2nd Floor<br>Dorchester, MA 02122<br>(617) 282-6400 |   /s/ James C. Rehnquist<br>James C. Rehnquist (BBO# 552602)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |
| SPINE CARE AND THERAPY, INC. | |
|   /s/ Hai Nhu Huynh<br>By: Hai Nhu Huynh<br>Spine Care and Therapy, Inc.<br>413 Neponset Avenue, 2nd Floor<br>Dorchester, MA 02122<br>(617) 282-6400 |   /s/ Andrew D. Nebenzahl<br>Andrew D. Nebenzahl (BBO# 368065)<br>NEBENZAHL │ DuBOSQUE, LLP<br>One Post Office Square<br>Sharon, MA 02067<br>(781) 784-2000 |

Dated: November 30, 2005

LIBA/1651312.1