UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11287-RGS

_____
                                    )
METROPOLITAN PROPERTY AND           )
CASUALTY INSURANCE COMPANY,         )
Plaintiff,                          )
                                    )
v.                                  )
                                    )
HAI NHU HUYNH and                   )
SPINE CARE AND THERAPY, INC.,       )
Defendants.                         )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to District of Massachusetts Local Rule 7.3(A), defendant Spine Care and Therapy, Inc., by its undersigned counsel, states as follows:

<u>Parent Corporation</u>:  None.

<u>Publicly-Held Companies Owning More Than 10% Of Corporation</u>:  None.

Respectfully submitted,

SPINE CARE AND THERAPY, INC.,

By its attorneys,

 /s/ James C. Rehnquist_____
James C. Rehnquist (BBO# 552602)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

                                    2

                                    /s/ Andrew D. Nebenzahl  
                                Andrew D. Nebenzahl (BBO# 368065)  
                                NEBENZAHL │ DuBOSQUE, LLP  
                                One Post Office Square  
                                Sharon, MA  02067  
                                (781) 784-2000

Dated: November 30, 2005

LIBA/1651319.1