UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 11287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) |

**PLAINTIFF, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S LOCAL RULE 16.1(D)(4) CERTIFICATION**

It is hereby certified that an authorized representative of the Plaintiff, Metropolitan Property and Casualty Insurance Company, and Plaintiff's counsel have conferred regarding a budget for the above-captioned litigation, as well as the use of alternative dispute resolution programs in this matter.

Respectfully submitted,
By the Plaintiff,
Metropolitan Property and Casualty
Insurance Company,

By its authorized representative,

_____
Matthew J. Griffin
Special Investigations Unit
Metropolitan Property & Casualty
Insurance Company

By its attorneys,

_____
Glenda H. Ganem, Esq.
BBO# 564374
Clayton R. Henderson, Esq.
BBO# 659532
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451
(617) 723-1444

Date: 12/1/05

Date: 12/1/05