## McGOVERN & GANEM, P.C.
ATTORNEYS AT LAW
21 MERCHANTS ROW
BOSTON, MASSACHUSETTS 02109

RICHARD A. McGOVERN
GLENDA H. GANEM*
MICHAEL L. SNYDER

PATRICE L. SIMONELLI
CHERIE L. FINEBERG†
CLAYTON R. HENDERSON
JOSEPH R. CIOLLO
WILLIAM M. WISE
MICHAEL J. SPILLANE

*ALSO ADMITTED IN NH
†ALSO ADMITTED IN RI

TELEPHONE (617) 723-1444
FAX (617) 723-3555

E-MAIL mg@mcgovernganem.com

March 2, 2006

**Via In Hand Delivery**
Civil Clerk's Office
United States District Court for
The District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Attention: Elaine Flaherty, Docket Clerk

Re:   Metropolitan Property and Casualty Insurance Company v. Hai Nhu Huynh and Spine Care and Therapy, Inc.
United States District Court for the District of Massachusetts
Civil Action No.:   05 11287 RGS
Our File No.:   MS.5410

Dear Ms. Flaherty:

Enclosed please find the following:

- **Stipulation for Dismissal; and,**

- **Certificate of Service.**

Thank you for your attention to this matter.

Very truly yours,

Glenda H. Ganem
GHG: cmr
Enclosures
cc:   Andrew Nebenzahl, Esq.
James C. Rehnquist, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 11287 RGS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, <br><br> v. <br><br> HAI NHU HUYNH and SPINE CARE AND THERAPY, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) |

**STIPULATION FOR DISMISSAL**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be dismissed, with prejudice and without costs.

Dated this 2nd day of March, 2006.

| | |
|---|---|
| Respectfully submitted, <br> By the Plaintiff, <br> Metropolitan Property and Casualty Ins. Co. <br> By its attorneys, <br><br> _____ <br> Glenda H. Ganem, Esq. <br> BBO# 564374 <br> Clayton R. Henderson, Esq. <br> BBO# 659532 <br> McGovern & Ganem, P.C. <br> 21 Merchants Row, 4th Floor <br> Boston, MA 02451 <br> (617) 723-1444 | Respectfully Submitted, <br> By the Defendants, <br> Hai Nhu Huynh and <br> Spine Care and Therapy, Inc., <br> By their attorney, <br><br> _____ <br> Andrew D. Nebenzahl, Esq. <br> BBO# 368065 <br> Nebenzahl DuBosque, LLP <br> One Post Office Square <br> Sharon, MA 02607 <br> (781) 784-2000 |

## CERTIFICATE OF SERVICE

I, Glenda H. Ganem, attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that I have this day delivered, via first class mail, postage prepaid, a copy of the within document direct to:

Andrew Nebenzahl, Esq.        James C. Rehnquist, Esq.
Nebenzahl DuBosque, LLP       Goodwin Procter
On Post Office Square         Exchange Place
Sharon, MA 01950              Boston, MA 02109

**Signed under the pains and penalties of perjury this** 3rd **day of March, 2006.**

_____
Glenda H. Ganem, Esq.

2